UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

**FILED**
MAR 18 2008
Mar 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Jerome B. Hendricks,

v.

Defendant(s) State of Illinois

**08CV1589**
**JUDGE KENNELLY**
**MAG. JUDGE NOLAN**

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Jerome B. Hendricks, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☒ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Jerome B. Hendricks
Movant's Signature

P.O. Box 711 Menard, Ill
Street Address

Menard, Ill 62259
City/State/Zip

Date: _____

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Leo Holt | 88CR-12517 |
| Case Title | |
| Post Conviction | |
| Appointed Attorney's Name | |
| Public Defenders office | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Leo Holt | 88CR-12517 |
| Case Title | |
| Direct Appeal | |
| Appointed Attorney's Name | |
| Public Defenders office | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Leo Holt | 88CR-12517 |
| Case Title | |
| Trial | |
| Appointed Attorney's Name | |
| Public Defenders office | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| | |
| Case Title | |
| | |
| Appointed Attorney's Name | |
| | |
| If case is still pending, please check box: ☐ | |

Due to often Lock Downs, I was handcuffed to Prepare the (3) Three petitions-Arguement, By Hand, was not able to prepare in institution Law Library because of Lock Downs,

Sign: Jerome B. Hendricks
#N-53807