## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1589 | **DATE** | March 28, 2008 |
| **CASE TITLE** | U.S. ex rel. Jerome Hendricks (N–53807) v. Don Hulick | | |

**DOCKET ENTRY TEXT:**

Petitioner's motion for leave to file *in forma pauperis* [3] is granted. Respondent is ordered to respond to the petition on or before 4/30/08. Petitioner's motion for the appointment of counsel [4] is denied, without prejudice to renewal by petitioner after respondent files its response to the petition.

■ [For further details see text below.]                                                                                             Docketing to mail notices.

### STATEMENT

Petitioner Jerome Hendricks (–53807), currently confined at Menard Correctional Center, has filed a petition for habeas corpus relief pursuant to 28 U.S.C. § 2254. Petitioner asserts challenges to his 1991 conviction for first degree murder, aggravated criminal sexual assault, and kidnapping. Finding that petitioner is indigent, the court grants his motion for leave to file *in forma pauperis*.

Respondent is ordered to respond to the petition on or before 4/30/08.

Petitioner's motion for the appointment of counsel is denied, without prejudice to renewal by petitioner after respondent files its response to the petition. Although the court may appoint counsel for an evidentiary hearing and at any time during the proceedings if the interests of justice so require, *see* Rule 8(c) of the Rules Governing Section 2254 Cases, counsel is not warranted at this stage of the proceedings.

Petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. In addition, petitioner must send an exact copy of any filing to Chief, Criminal Appeals Division, Office of the Attorney General, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. The original paper filed with the Prisoner Correspondent must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the court or returned to the petitioner.

isk