**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 1589 |

Jerome Hendricks, Petitioner,

     v.

Warden Don Hulick, Respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Don Hulick, Respondent.

| |
|---|
| NAME (Type or print) <br>     Garson Fischer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/ Garson Fischer |
| FIRM <br>     Office of the Illinois Attorney General |
| STREET ADDRESS <br>     100 W. Randolph Street, 12th Floor |
| CITY/STATE/ZIP <br>     Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6286165 | 312-814-2566 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X     NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐     NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐     NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐     NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. JEROME HENDRICKS, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) ) ) | No. 08 C 1589 |
| DON HULICK, Warden, | ) ) | The Honorable Matthew F. Kennelly, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF ELECTRONIC FILING

    PLEASE TAKE NOTICE that on April 29, 2008, Don Hulick, through his attorney, Lisa Madigan, Attorney General of Illinois, submitted this Appearance for electronic filing and uploading to the CM/ECF system.  A copy of this document was mailed by the United States Postal Services to the following non-CM/ECF users:

Jerome Hendricks, #N53807,
Menard Correctional Center,
711 Kaskaskia Street
P.O. Box 711
Menard, Illinois, 62259.

                                                 LISA MADIGAN
                                                 Attorney General of Illinois

        By:             /s/ Garson Fischer
                        GARSON FISCHER
                        Assistant Attorney General
                        100 W. Randolph, 12th Floor
                        Chicago, IL 60601
                        (312) 814-2566
        E-Mail:     gfischer@atg.state.il.us
                        Atty. Reg. #6286165