IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. | ) | |
| JEROME HENDRICKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 08 C 1589 |
| | ) | |
| DON HULICK, Warden, | ) | The Honorable |
| | ) | Matthew F. Kennelly, |
| Respondent. | ) | Judge Presiding. |

---

## MOTION FOR EXTENSION OF TIME

Respondent, DON HULICK, Warden of Menard Correctional Center, through his attorney, LISA MADIGAN, Attorney General of Illinois, hereby moves this Honorable Court for a thirty (30) day extension of time to answer or otherwise plead to the above-captioned petition for writ of habeas corpus, from April 30, 2008, to and including May 30, 2008.

An affidavit in support of this motion is attached hereto.

April 29, 2008

Respectfully submitted,
LISA MADIGAN
Attorney General of Illinois

By:    /s/ Garson Fischer
GARSON FISCHER
Assistant Attorney General
100 W. Randolph
12th Floor
Chicago, Il. 60601
(312) 814-2566
Atty. Reg. #6286165

State of Illinois    )
                     )  SS.
County of  Cook      )

<u>A F F I D A V I T</u>

GARSON FISCHER, being first duly sworn upon oath, deposes and states as follows:

1.    That I am the Assistant Illinois Attorney General assigned to handle this matter.

2.    That petitioner filed the instant habeas petition on March 18, 2008.

3.    That respondent, Don Hulick, was ordered to respond to the instant federal habeas corpus petition on or before April 30, 2008, by this Court's order of March 28, 2008.

4    That affiant was assigned to this case on April 3, 2008.

5.    That despite due diligence, your affiant will be unable to file a response on behalf of respondent by April 30, 2008.

6.    That this is respondent's first request for an extension of time to answer or otherwise plead to the instant petition for writ of habeas corpus.

7.     That your affiant has ordered, but not yet received, all of the state court materials necessary for filing an informed response to the instant petition.

8.    That this motion is not for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

1

9.     That respondent respectfully request that this Honorable Court grant his thirty (30) day motion for an extension of time to and including May 30, 2008, within which to file his answer or otherwise plead to the instant petition for writ of habeas corpus.

FURTHER AFFIANT SAYETH NOT.

/s/ Garson Fischer_____
GARSON FISCHER

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. | ) | |
| JEROME HENDRICKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 08 C 1589 |
| | ) | |
| DON HULICK, Warden, | ) | The Honorable |
| | ) | Matthew F. Kennelly, |
| Respondent. | ) | Judge Presiding. |

## <u>NOTICE OF ELECTRONIC FILING</u>

PLEASE TAKE NOTICE that on April 29, 2008, Don Hulick, through his attorney, Lisa Madigan, Attorney General of Illinois, submitted this **Motion for Extension of Time** for electronic filing and uploading to the CM/ECF system.  A copy of this document was mailed by the United States Postal Services to the following non-CM/ECF users:

Jerome Hendricks, #N53807,
Menard Correctional Center,
711 Kaskaskia Street
P.O. Box 711
Menard, Illinois, 62259.

LISA MADIGAN
Attorney General of Illinois

By:          /s/ Garson Fischer
GARSON FISCHER
Assistant Attorney General
100 W. Randolph, 12th Floor
Chicago, IL 60601
(312) 814-2566
E-Mail:     gfischer@atg.state.il.us
Atty. Reg. #6286165

3