IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. JEROME HENDRICKS, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | |
| | ) ) | No. 08 C 1589 |
| DON HULICK, Warden, | ) ) | The Honorable Matthew F. Kennelly, |
| Respondent. | ) | Judge Presiding. |

NOTICE OF MOTION

TO:   Jerome Hendricks, #N53807,
      Menard Correctional Center,
      711 Kaskaskia Street
      P.O. Box 711
      Menard, Illinois, 62259.

   PLEASE TAKE NOTICE that on Tuesday, May 6, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Matthew F. Kennelly, who sits in Courtroom 2188, at 219 South Dearborn Street in Chicago, and then and there present the attached MOTION FOR AN EXTENSION OF TIME, a copy of which is hereby served upon you.

April 29, 2008                    Respectfully submitted,
                                  LISA MADIGAN
                                  Attorney General of Illinois

                                  s/ Garson Fischer
                                  GARSON FISCHER, Bar #: 6286165
                                  Assistant Attorney General
                                  100 West Randolph Street, 12th Floor
                                  Chicago, Illinois 60601
            TELEPHONE:            (312) 814-2566
            FAX:                  (312) 814-2253
            E-MAIL:               gfischer@atg.state.il.us

**NOTICE OF ELECTRONIC FILING**

PLEASE TAKE NOTICE that on April 29, 2008, Don Hulick, through his attorney, Lisa Madigan, Attorney General of Illinois, submitted this Notice of Motion for electronic filing and uploading to the CM/ECF system. A copy of this document was mailed by the United States Postal Services to the following non-CM/ECF users:

Jerome Hendricks, #N53807,
Menard Correctional Center,
711 Kaskaskia Street
P.O. Box 711
Menard, Illinois, 62259.

|  |  |
|---|---|
|  | LISA MADIGAN |
|  | Attorney General of Illinois |
| By: | /s/ Garson Fischer |
|  | GARSON FISCHER |
|  | Assistant Attorney General |
|  | 100 W. Randolph, 12th Floor |
|  | Chicago, IL 60601 |
|  | (312) 814-2566 |
| E-Mail: | gfischer@atg.state.il.us |
|  | Atty. Reg. #6286165 |