## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1589 | **DATE** | 5/29/2008 |
| **CASE TITLE** | Jerome Hendricks vs. Don Hulick | | |

**DOCKET ENTRY TEXT**

Respondent has answered the petition for a writ of habeas corpus.  Because respondent argues the weight of the evidence regarding guilt, the Court directs respondent to file the transcript of the state trial court proceedings by no later than 6/13/08.  Petitioner is directed to reply to the response on or before 7/17/08.  In his reply, petitioner should address, in addition to respondent's other arguments, the contention that petitioner's claim of prosecutorial misconduct has been procedurally defaulted.  In responding to that contention, petitioner should state whether he agrees with respondent's contention that he did not raise this claim in state court and should identify any explanations or reasons that might excuse his failure to raise the claim in state court.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|