

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. | ) | |
| JEROME HENDRICKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 08 C 1589 |
| | ) | |
| DON HULICK, Warden, | ) | The Honorable |
| | ) | Matthew F. Kennelly, |
| Respondent. | ) | Judge Presiding. |

**FILED**
Jun 13, 2008
JUN 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
EA

## <u>TO THE CLERK OF THE UNITED STATES DISTRICT COURT</u>

In compliance with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and this Court's order of May 29, 2008, respondent files the attached transcript of trial court proceedings in *People v. Hendricks*, No. 88-CR-12517, in support of respondent's Motion to Dismiss the above-captioned petition for writ of habeas corpus.

June 13, 2008

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:

GARSON FISCHER, Bar # 6286165
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
TELEPHONE: (312) 814-2566
FAX: (312) 814-2253
E-MAIL: gfischer@atg.state.il.us

1 of 2

**95-0474**

CCCR-310

# Transcript of Record

## Appeal

## to

_____ APPELLATE _____ **Court of Illinois**

_____ FIRST _____ **District**

**Circuit Court No.** __88 CR 12517_____

**Trial Judge** _____ LEO E. HOLT _____

**Reviewing Court No.** ___95-0474_____

_____ THE PEOPLE OF THE STATE OF ILLINOIS _____

### vs.

_____ JEROME HENDRICKS _____

## from
## CIRCUIT COURT
## of
## COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, CRIMINAL DIVISION

**FILED**
APPELLATE COURT
AUG 1 9 1996
GILBERT S. MARCHMAN CLERK

ORDER ENTERED
JAN 1 / 2007
APPELLATE COURT, FIRST DISTRICT

**AURELIA PUCINSKI**

**Clerk of Court**

SUPPLEMENTAL RECORD

Per _____ AP/NJD _____

**Deputy**

(Rev. 4/8 /92) CCCR 0051

# UNITED STATES OF AMERICA

State of Illinois   )
Cook County    )   ss.

Pleas, before a branch of the Circuit Court of Cook County, in said County and

State, begun and held at the Circuit Court, in said County, COOK

one thousand nine hundred and _____**NINETY-FIVE**_____ AND OF THE INDEPENDENCE
OF THE UNITED STATES OF AMERICA, TWO HUNDRED AND EIGHTEENTH YEAR.

**Present: Honorable**

THOMAS R. FITZGERALD..... Judge of the Circuit Court of Cook County

JACK M. O'MALLEY............................... State's Attorney

MICHAEL F. SHEAHAN...................... Sheriff of Cook County

AURELIA PUCINSKI........................................ Clerk

Attest:

And afterwards, to-wit: on

JUNE 8. , 19 95  ,  there was RECEIVED and FILED

in the Office of the Clerk of the Clerk of the Circuit Court of Cook County, Illinois. COUNTY DEPARTMENT,
CRIMINAL DIVISION.  AN INFORMATION GENERAL                  FOLLOWING TO WIT:

# FILED

### JUN 0 5 1995

**AURELIA PUCINSKI**
CLERK OF CIRCUIT COURT

STATE OF ILLINOIS   )
                    )   SS:
COUNTY OF C O O K   )

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT-CRIMINAL DIVISION

THE PEOPLE OF THE   )
STATE OF ILLINOIS   )
                    )
        vs.           )   88 CR 12517
                    )
                    )
JEROME HENDRICKS   )

SUPPLEMENTAL REPORT OF PROCEEDINGS

had at the hearing of the above-entitled cause,

before the Honorable LEO E. HOLT, Judge of said

court; on the 27th day of July, A.D., 1994.

APPEARANCES:

        HON. JACK O'MALLEY,
        State's Attorney of Cook County, by
        MR. JOHN HASKINS,
          Assistant State's Attorneys,
          appeared on behalf of the People;

        MS. RITA FRY,
        Public Defender of Cook County, by
        MR. CHRISTOPHER SNEED,
          Assistant Public Defender,
          appeared on behalf of the Defendant.

LASER STOCK FORM FMU

THE CORBY GROUP 1-800-255-5040

Date of Hearing:  7/27/94

Pages:  A-1 through A-4

                    I    N    D    E    X

Continuance

LASER STOCK FORM FMU

THE CORBY GROUP 1-800-255-5040

I N D E X

PEOPLE OF THE STATE OF ILLINOIS-vs-JEROME HENDRICKS

DATE:   9-16-94

PAGES:   B-1 through B-2

CONTENTS:   Appointment of Public Defender and
            Continuance.

LASER STOCK FORM FMU

THE CORBY GROUP 1-800-255-5040

1    THE CLERK:  Sheet 1 line 1.  Jerome Hendricks.

2    MR. HASKINS:  Good morning, your Honor.

3         For the record, John Haskins, representing

4    the People of the State of Illinois.

5         This is a Post-Conviction case, your Honor.

6    Last time it was up, your Honor, you waived our

7    appearance and you found that the case was not

8    frivolous and you put it on the call for today's

9    date.

10        I don't know if you appointed a Public

11   Defender or if there's a Counsel on the case for

12   the Petitioner.

13   THE COURT:  In the interim, due to my vacation,

14   I've kind of lost where this case is in my head.  I

15   have the file on my desk and I did not have an

16   opportunity to take a look at it.  I'm pretty

17   certain that this case is beyond the point where I

18   can dismiss it, summarily, anyway.

19   MR. HASKINS:  I think it probably is, Judge.

20   THE COURT:  The Petition was filed in April and I

21   have ninety days.  And we're now at the end of

22   July.  So I'm pretty certain that the ninety days

23   have gone pass.

24   MR. HASKINS:  I think so, Judge.  I think that's

A-2

05

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

SIXTH MUNICIPAL DISTRICT

PEOPLE OF THE STATE )
)
OF ILLINOIS, )
)
            Plaintiffs, )
) No. 88 CR 12517
-vs- )
)
JEROME HENDRICKS, )
)
            Defendant. )

REPORT OF PROCEEDINGS

of the hearing had on the 16th day of September,

1994, before the Honorable LEO HOLT, Judge of said

Court.

        PRESENT:

            HON. JACK O'MALLEY,
            State's Attorney for Cook County,
            By MR. JOHN HASKINS,
            Assistant State's Attorney,
            appeared on behalf of the People;

            MR. MICHAEL KILMER,
            Assistant Public Defender,
            appeared on behalf of the Defendant.

Sheri Hodorowicz, CSR
Official Court Reporter
Lic. No. 084-001901

                        B-1

1      THE CLERK:  Jerome Hendricks.

2      MR. HASKINS:  I don't know -- did you ever

3  appoint the Public Defender?  You did rule that it

4  wasn't frivolous.

5      THE COURT:  I don't know whether I did or not.

6      MR. HASKINS:  You did in July.  Besides, it was

7  filed April 19th.  It's past the time.

8      THE COURT:  Well beyond.  I must appoint counsel.

9      MR. HASKINS:  Well, anyhow, we can tell him

10  so they know.

11      THE COURT:  The Public Defender is appointed

12  for Mr. Hendricks.

13      MR. HASKINS:  Can we have by agreement the same

14  date?

15      MR. KILMER:  12-16.  If I can get a copy of the

16  petition.

17      THE COURT:  By agreement, December 16th.

18  I believe there is an extra copy in the court

19  file.  If not, you can always make a copy of the

20  one that is in the file.

21

22      (Which were all the proceedings had

23        in the above cause for that date.)

24

B-2

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

SIXTH MUNICIPAL DISTRICT


I, Sheri Hodorowicz, CSR, Official Court Reporter for the Circuit Court of Cook County, do hereby certify that I reported in shorthand the proceedings had in the above cause; that I thereafter caused the foregoing to be transcribed into typewriting, which I hereby certify to be a true and accurate transcript of the proceedings had in the above cause.


Dated this ___22___ day of ___May___ 199_5_.

FILED

STATE OF ILLINOIS    )
                     )  SS:
COUNTY OF C O O K    )

JUN 0 5 1995

AURELIA PUCINSKI
CLERK OF CIRCUIT COURT

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT-CRIMINAL DIVISION

THE PEOPLE OF THE      )
STATE OF ILLINOIS      )
                       )
      -vs-             )      No.    88 CR 12517   PC
                       )
                       )
JEROME HENDRICKS       )

REPORT OF COMPLIANCE

I, FRED PANOZZO, Supervisor, Official Short-
hand Reporter of the Circuit Court of Cook County, County
Department- Criminal  Division, do hereby certify that on
the 6 day of ~~May~~ June, 1995, the original and a
carbon copy of the Report of Proceedings in the above-
entitled cause were filed with the Clerk of this Court.

Fred Panozzo, Supervisor
District Six      MS

12

(Rev. 2/18/93)  CCCR-56

STATE OF ILLINOIS
COUNTY OF COOK } ss

I, AURELIA PUCINSKI, Clerk of the Circuit Court of
Cook County, in said County and State, and Keeper of the Records and Seal thereof, do hereby certify the
above and foregoing to be a true, perfect and complete copy of . . A (ONE) VOLUME SUPPLEMENTAL RECORD
CONSISTING OF THE REPORT OF PROCEEDINGS, ONLY. NO PRAECIPE HAVING BEEN FILED
PURSUANT TO THE NOTICE OF APPEAL FILED IN THE APPELLATE COURT UNDER APPELLATE
COURT NO. 95-0474.
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

in a certain cause . . . . . . . . . . . . . . . . . . . . LATELY . . . . . . . . . . . . . . . . . . . . pending in said Court, between
The People of the State of Illinois . . . . . . . . . . . . . . . WERE . . . . . . . . . . . . . . . . . . . . . . . . . ., Plaintiffs and
. . . . . . . . . . . . . . . . . . . . . . . . . . JEROME HENDRICKS    WAS . . . . . . . . . . . . . ., Defendant. . . .

Witness:  AURELIA PUCINSKI,
Clerk of the court, and the Seal thereof, at Chicago
In said County, . . . . . . . . . . . . JUNE . 8 . . , 19 .95 .

. . . . . . . . Aurelia Pucinski/kjc . . . . . . . .
Clerk

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

88CR

94-1

12517

At t

**APPELLATE** — Court of Illinois

**FIRST** — District

POST—CONVICTION

## Circuit Court No. ___ 88 CR 12517

## Trial Judge ___ LEO E. HOLT

## Reviewing Court No. ___ 94-1570

THE PEOPLE OF THE STATE OF ILLINOIS

## vs.

JEROME HENDRICKS

FILED APPELLATE COURT 1st DIST

# from
# CIRCUIT COURT
# of
# COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CRIMINAL DIVISION

VOLUME ONE

COMMON LAW RECORD APP ONLY

JAN 1 2007

**AURELIA PUCINSKI**

**Clerk of Court**

Per ___ AP/GL

**Deputy**

THE PEOPLE OF THE STATE OF ILLINOIS VS.    CASE NO.    88CR12517

Jerome Hendricks

| DATE | PAPERS FILED |
|------|--------------|
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| SEP 02 1988 | FITZGERALD | Arr 9-2-88 |
|      |        | Attorney PD          Non Appearance |
|      |        | W. P. R.O. Arraigned, waives formal, |
|      |        | reading of charges, enters Plea of |
|      |        | not guilty. C/O Transfer to Judge |
|      |        | Holt  09/09/88 |
|      |        | State Motion for Pre-Trial Disc. Filed. |
|      |        | M.S. S/J Carey |
| 9/9/88 Presiding | | Mark PD deft in custody.  Atty Grant files Appearance.  Transcripts tendered.  BA 10/17/88 x |
| OCT 17 1988 JUDGE LEO E. HOLT | | PD deft in custody. Draft Order for Discovery filed by Court. Subpoenaed material tendered to PD in open court. Deft admonished as to Trial in Absentia. B/A 12-16-88 x |

CCG-69 (3-81)                                                      (OVER)

C    1

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| DEC 16 1988 | JUDGE LEO E. HOLT | pp deft in custody. M3 Leave is file Answer to Discovery allowed. BA 2/2/89 x |
| FEB 02 1989 | JUDGE LEO E. HOLT | pp deft in custody. Atty present. M/S Leave to file long form Answer to Discovery allowed. M/D Leave to file Motions regarding Death Penalty Phase of Case. allowed. State tenders Discovery. BA 3/29/89 w/s |
| MAR 29 1989 | LEO E. HOLT | pp deft in custody. Atty present. M/D to Preclude Death Penalty Procedure- Denied. M/D to Compel the Prosecution to Disclose whether it will Request a Death Penalty Hearing etc- Denied. M/D to Prohibit Consideration of Arrest not resulting in Conviction etc- Withdrawn. M/D to Declare the Illinois Death Penalty Unconstitutional - Denied. M/D to Compel Prosecution to Disclose whether it will Request a Death Penalty Hearing if Jerome Hendricks is Convicted of Murder - Denied. M/D for individual Voir Dire and Sequestration of Jurors during Voir Dire - Granted. M/D to Compel Prosecution to Disclose any Non-Statutory Aggravating Factor, it will Present at the Sentencing hearing - Granted. M/D to Preclude the State from Death Qualifying a Potential Jury etc - Denied. M/D to Bar a Death Penalty Sentence hearing Under 9-1(d) and to Bar Imposition of the |

C      2

THE PEOPLE OF THE STATE OF ILLINOIS VS.

*Jerome Hendricks*

CASE NO. 88 CR 12517

| DATE | PAPERS FILED |
|------|--------------|
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
|      |       | Death Penalty - Denied. MD to allow deft the right of allocution - Denied. MD to Preclude Death-Qualification of the Jury @ the Guilt / Innocence Phase, etc - Withdrawn. MD for a Hearing on Proportionality - Denied. MD for Atty. Participation in Voir Dire - Granted. MD for Certain Orders Regarding Pre-Trial Publicity - Denied. MD for Discovery and a Bill of Particulars as to Aggravation Granted. MD to Prohibit Death - Qualification of the Jury at the Guilt/ Innocence Stage of the Trial - Denied. MD to Produce the Record in all Juvenile Court Proceedings Involving any Prosecution Witness - Granted. MD to Waive Jury for Death Eligible Phase of Sentencing - Withdrawn. BA 4/14/89 x |
| APR 14 1989 | LEO E. HOLT | pp deft in custody. BA 4/18/89 x |

CCG-69 (3-81)                                                                 (OVER)

C      3

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| APR 18 1989 | LEO E. HOLT | pp deft in custody. Atty present. MP Lane to file Motion to Quash Arrest and Suppress Evidence allowed. BA 6/5/89 w/s |
| UN 05 1989 | LEO E. HOLT | pp deft in custody Atty present BA 8/14/89 w/s |
| UG 14 1989 | LEO E. HOLT | pp deft in custody. Atty not present MD 8/21/89 x |
| UG 21 1989 | LEO E. HOLT | pp deft. in custody. MD 8/23/89 x |
| AUG 23 1989 | LEO E. HOLT | pp deft in custody. BA 10/6/89 x |
| OCT 06 1989 | LEO E. HOLT | pp deft in custody. BA 11/17/89 x |
| NOV 17 1989 | LEO E. HOLT | pp deft in custody. Atty. present BA 1/12/90 x final status |
| JAN 12 1990 | LEO E. HOLT | PP. defendant present (cust ) M/O 1-19-90 x final status |
| AN 19 1990 | LEO E. HOLT | pp deft in custody. BA 2/15/90 w/s Motions |
| EB 15 1990 | LEO E. HOLT | pp deft in custody Atty not present MD 2/20/90 w/s Motions |
| EB 20 1990 | LEO E. HOLT | pp deft in custody Atty present. BA 2/27/90 w/s Motions |

4

THE PEOPLE OF THE STATE OF ILLINOIS

*Jerome Hendricks*

NO. 88CR12517

| DATE | PAPERS FILED |
|------|--------------|
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| FEB 27 1990 | LEO E. HOLT | pp: deft. in custody. Atty. present. Hearing on Motion to Quash Arrest and Suppress Evidence. Opening Statements heard. Petitioner presents testimony Defense rests Motion state to Denied Petition o/c. States motion Denied Further testimony heard O/C 3-7-90 x further testimony |
| MAR 07 1990 | LEO E. HOLT | pp deft. in custody. MD 3/13/90 x 1.00 |
| MAR 13 1990 | LEO E. HOLT: | pp deft. in custody. BA 3/29/90 x |
| MAR 29 1990 | LEO E. HOLT | pp deft in custody. Respondant presents testimony O/C 4/4/90x |
| APR 04 1990 | LEO E. HOLT: | PP DEFT. custody. M/D 4/9/90 |
| PR 09 1990 | LEO E. HOLT: | pp deft. in custody. Atty. present MD 5/10/90 x |

CCG-69 (3 81)                                                                 (OVER)

C          5

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| MAY 16 1990 | LEO E. HOLT | pp deft. in custody. Atty present. TTD 5/31/90 x |
| MAY 31 1990 | LEO E. HOLT | pp deft in custody Petitioner presents testimony in rebuttal. Respondant presents further testimony. Respondant rests Both sides rest. Arguments heard. Ruling of the Court taken under advisement — QC 6/27/90 x |
| JUN 27 1990 | LEO E. HOLT | pp deft in custody Atty present Ruling of the Court — Motion to Quash Arrest and Suppress Evidence is Denied BA 8/3/90 x |
| JG 03 1990 | LEO E. HOLT | pp deft in custody Atty. present BA 8/10/90 x |
| JG 10 1990 | LEO E. HOLT | pp deft in custody. Atty present BA 10/9/90 w/s Jury |
| CT - 9 1990 | LEO E. HOLT | pp deft in custody. BA 10/23/90 x status |
| T 23 1990 | LEO E. HOLT | pp. deft. in custody. BA 1/14/90 w/s trial (Jury) |
| JAN 14 1991 | LEO E. HOLT | pp deft in custody. BA 1/22/91 w/s Jury MS Leave to file Motion to Conform the Defense of the States Intention to Proceed on the Theory of Felony Murder not charged in the Indictment allowed. MS Leave to file Motion to |

THE PEOPLE OF THE STATE OF ILLINOIS VS.    CASE NO.    *8 cr 12517*

*Jerome Hendricks*

| ~~D~~ATE | PAPERS FILED |
|------|------|
| | |
| | |
| | |
| | |
| | |
| | |

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| | | Inform the Defense of the States Intention to Use Evidence of Another Crime and amend States Answer to Discovery Allowed. |
| JAN 22 1991 | LEO E. HOLT · | pp - deft. in custody MD 2/4/91 w/S Jury |
| ~~FEB~~ 0 4 1991 | LEO E. HOLT · | pp deft. in custody MD 2/5/91 w/S Jury |
| FEB 05 1991 | LEO E. HOLT · | pp deft in custody. MS Leave to amend Counts 3 & 4 of the indictment allowed. Deft waives right to hearing by jury as to the death phase and signs jury waiver. Plea of not guilty (HG) is entered. O/C 2/6/91 x 11:00 |
| FEB 06 1991 | LEO E. HOLT · | pp deft in custody. MS Leave to amend Cts 5, 6, 7, 8, 9 & 11 allowed. Deft advised of right to trial by jury, waives jury trial and signs jury waiver. BA 2/7/91 x 1:00 |

CC 9 (3-81)                                                    (OVER)

C    7

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| FEB 07 1991 | LEO E. HOLT | pp deft in custody. Pleas of not guilty (HE) is entered. Opening Statements heard. State presents testimony. O/C 2/8/91 x (1:00) |
| FEB 08 1991 | LEO E. HOLT | pp deft in custody. Atty present. MD Leave to file Motion to Dismiss allowed. Defts Motion to Dismiss heard & denied O/C 2/11/91 x |
| FEB 11 1991 | LEO E. HOLT | pp deft in custody. Atty present. State presents further testimony. O/C 12/13/91 x |
| FEB 13 1991 | LEO E. HOLT | pp deft in custody. Atty present. State presents further testimony. O/C 2/14/91 x |
| 2/14/91 | HOLT | pp deft in custody. State presents further testimony. O/C 2/19/91 x 1 p.m. |
| 2/19/91 | HOLT | pp deft in custody. State presents further testimony. O/C 2/20/91 x (1:00) |
| FEB 20 1991 | LEO E. HOLT | pp deft in custody. State presents further testimony. MD to Strike testimony denied. State rests O/C 2/21/91 x |
| FE 21 1991 | LEO E. HOLT | pp deft in custody. MD Leave to file Memorandum in Support of Motion for a directed finding allowed. C BD 3/25/91 x |

THE PEOPLE OF THE STATE OF ILLINOIS VS.  CASE NO.  *Jerome Hendricks*    88 CR 12577

| DATE | | PAPERS FILED |
|------|--|--------------|
| | | |
| | | |
| | | |
| | | |
| | | |

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| MAR 25 1991 | LEO E. HOLT | pp. deft in custody. Ruling on Motion for a directed finding — √ MD for a directed finding of not guilty denied Sustained as to Counts 5 & 8 (Agg Crim Sex Assault) and denied as to Cts 1, 2, 3, 4 (Murder), 6, 7, 9, 10 (Agg Crim Sex Assault), 11 (Crim Sex Assault), 12 (Conceal Hom Death), 13 (Kidnapping), 14, 15, 16, 17 (Agg Kidnapping) and Ct. 18 (Unlawful Restraint). O/C 3/26/91 x |
| MAR 26 1991 | LEO E. HOLT | pp deft in custody. Defense presents testimony. O/C 4/16/91 x |
| APR 16 1991 | LEO E. HOLT | pp deft in custody Defense presents testimony O/C 5/21/91 x |
| MAY 21 1991 | LEO E. HOLT | pp deft in custody BA 5/23/91 x |
| CC 23/91 | HOLT | pp deft in custody BA √ 5/29/91 w/s Bench (OVER) |

C    9

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|

5/29/91 | HOLT | pp deft in custody. Defense rests. Both sides rest. Closing arguments heard.
O/C 5/30/91 x 1:00

5/30/91 | HOLT | pp deft in custody. Finding of the Court deft guilty of Counts 1, 2 & 3 (Murder) CT 10 (Agg Crim Sex Assault), Ct 12 (Unc Hom Myth), Ct 13 (Kidnapping Ct 14, 15, 16, 17 (Agg Kidnapping) and Ct 13 (Unlawful Restraint). Judgment entered on Counts 1, 10, 12 and 14 only. Finding of Not Guilty on Counts 4, 6, 7, 9 and 11. Bond Revoked. PSI ordered.
O/C 8/20/91 x

6/18/91 | CLERK | There was filed in the Clerks office a Motion for a New Trial as to deft. Jerome Hendricks.

8/20/91 | HOLT | pp deft in custody. Motion for a New Trial heard & denied.
O/C 8/22/91 x 9:30

AUG 22 1991 | LEO E. HOLT | pp deft in custody. Ruling of the Court, deft found eligible for Imposition of the Death Penalty. Testimony heard in aggravation and mitigation.
O/C 8/26/91 x 9:30
for sentencing

THE PEOPLE OF THE STATE OF ILLINOIS VS.

Jerome Hendrickson

CASE NO. 88cr12517

| DATE | PAPERS FILED |
|------|--------------|
|      |              |

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| 8/26/91 | HOLT | pp deft, in custody. Deft sentenced on finding and judgment to Natural Life on the charge of Murder (Ct 1), 30 years on the charge of Aggravated Criminal Sexual Assault (Ct 10) to run consecutive to Count 1, 5 years on the charge of Concealment Homicidal Death (Ct 12) to run concurrent with Count 10 and consecutive to Count 1, and 15 years on the charge of Aggravated Kidnapping (Ct 14) concurrent with Counts 10 & 12 and consecutive to Count 1. Mittimus to Issue. |
|      |      | Deft advised of right to appeal |
| 8-28-91 | Clerk | NOTICE OF APPEAL RECEIVED AND FILED IN CLERK'S OFFICE |
| 9-5-91 | Clerk | NOTICE OF APPEAL MAILED O/c set on Appellate Calendar 9-13-91 |
| 9-13-91 | T.R. Fitzgerald | O/c P/A appt'd on Appeal H exito [?] one filed |

CCG 64 (3-81)                                                      (OVER)

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| — | | O/c. Free report of proceeding Ordered. |
| 1-14-94 | CLKS. OFF. | **APPELLATE COURT MANDATE** **FILED IN CLERKS OFFICE** **TRANSFER TO PRESIDING JUDGE** FOR 1-24-94 ☐ DISMISSED ☒ AFFIRMED ☐ RECALLED ☐ |
| 1-24-94 | Fitzgerald | Aff. Cir Ct |
| 1-24-94 | clerk | RE: PETITION FOR POST CONVICTION RELIEF FILED. To be heard on 3-10-94 in 101 |
| 3-10-94 | CASTONE | TRANSFER TO JUDGE HOLT FOR 3-17-94 |
| MAR 17 1994 | LEO E. HOLT | pp DNP O/C 3/23/94 x |
| 3/27/94 | HOLT | pp DNP Motion to Advance Sustained. Petition for Post Conviction Relief - Dismissed Draft order entered. |
| 3/29/94 | CLERK | Certification mailed to Defendant regarding Post-Conviction & Disposition |

THE PEOPLE OF THE STATE OF ILLINOIS VS.

*Jerome Hendricks*

CASE NO. *88 cr 12517*

| DATE | PAPERS FILED |
|------|--------------|
|      |              |

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
|      | CLERKS OFFICE | NOTICE OF APPEAL FILED *4-7-94* |
|      |       | NOTICE OF APPEAL MAILED *5-5-94* |
|      |       | APPELLATE HEARING DATE ASSIGNED BEFORE PRESIDING JUDGE ON *5-20-94* |
| MAY 10 1994 | T.R. FITZGERALD | O/C ☐ STATE APPELLATE DEFENDER |
|      |       | ☒ PUBLIC DEFENDER |
|      |       | ☐ PRIVATE ATTORNEY |
|      |       | ☐ OTHER |
|      |       | APPOINTED TO REPRESENT THE DEFENDANT ON THE APPEAL |
|      |       | ☒ FREE REPORT OF PROCEEDINGS, ALLOWED |
|      |       | ☐ FREE REPORT OF PROCEEDINGS, DENIED |

(OVER)

C   13

C    14

FILED

FEB 24 1994

**ORIGINAL**
**FILE COPY**
**DO NOT REMOVE**

AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

STATE OF ILLINOIS ) 
) SS:
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, ) | POST CONVICTION NUMBER_____ |
| ) | INDICTMENT NO. CR- |
| Respondent. ) | 88 CR 12517 |
| ) | |
| vs ) | CIRCUIT COURT OF COOK COUNTY, |
| ) | |
| JEROME HENDRICKS, ) | HONORABLE |
| ) | |
| ) | LEO HOLT |
| ) | JUDGE PRESIDING |
| ) | |
| PRO SE PETITIONER. ) | |

PRO SE POST CONVICTION PETITION RELIEF

Petitioner, Jerome Hendricks, comes before the Court and requests

leave to file his Pro Se Post Conviction Petition Relief pursuant

to the Post-Conviction Act, Illinois Compiled Statutes, Chapter

725, Section 5/122 et seq.

GENERAL BACKGROUND

1. Petitioner Jerome Hendricks was found guilty of these offenses
in August of 1991, on a bench trial, First Degree Murder,
Aggravated Criminal Sexual Assault, Aggravated Kidnapping, and
Concealment of a Homicidal Death.

2. Petitioner Jerome Hendricks was sentenced to Natural Life Imprisonment
for First Degree Murder, plus 30 years, to be served consecutively,
for the remaining charges.

3. Indictment Number 88 CR-12517.

4. Bench Trial.

5. Sentence Judge: Honorable Leo Holt.

6. Sentence date; August 26, 1991.

C     15

ORIGINAL
FILE COPY
DO NOT REMOVE

HISTORY IN THE APPELLATE COURT

**FILED**

NOTICE OF APPEAL

FEB 24 1994

AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

GENERAL BACKGROUNDS

1. A Notice Of Appeal was timely filed on August 28, 1991.

2. His conviction was affirmed by the Illinois Appellate Court, First District, First Division in a published opinion date September 7, 1993.

3. No petition for rehearing was filed.

4. An affidavit of intent to seek further review by the Illinois Supreme Court was filed on September 24, 1993.

5. The Illinois Supreme Court denied the Petitioner rehearing in 1993.

6. The pro se Petitioner are filing a pro se post conviction petition to the Cook County Circuit Court Judge Leo Holt in February of 1994.

## NATURE OF THE CASE

The defendant, Jerome Hendricks, was charged under Indictment 88 CR
12517 with the offenses of first degree murder, aggravated criminal
sexual assault, criminal sexual assault, aggravated kidnapping,
concealment of a homicidal death, and unlawful restraint.
Following a bench y trial before the Honorable Leo Holt,
Hendricks was convicted of first degree murder, aggravated criminal
sexual assault, aggravated kidnapping and concealment of a homicidal
death. Hendricks was sentenced to natural life imprisonment for murder,
plus 30 years, to be served consecutively, for the remaining charges.

FILED

FEB 24 1994

AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

(2)c    17

ORIGINAL
FILE COPY
DO NOT REMOVE

## STATEMENT OF FACTS

Jerome Hendricks was indicted for and convicted of first degree murder, aggravated criminal sexual assault, and aggravated kidnapping.

# FILED

FEB 24 1994

AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

(3)  C    18

CONSTITUTIONAL VIOLATIONS
I.

JEROME HENDRICKS WAS DENIED DUE PROCESS OF THE LAW UNDER THE

UNITED STATES CONSTITUTION , BECAUSE THE POLICE DID NOT HAVE

PROBABLE CAUSE TO ARREST HIM.

The trial court erred by ruling that Jerome Hendricks arrest was supported by probable cause. The police had no probable cause to arrest Jerome Hendricks, and his arrest and all evidence flowing from it should have been suppressed.

Following a lengthy pre-trial motion to quash arrest and suppress evidence, the trial court made, as its findings of fact, that Jerome Hendrick was arrested in his home in violation of Payton v. New York, 445 U.S. 573, 100 S. Ct. 1371, 63 L. Ed. 2d 639 (1980).

This determination that probable cause existed was in error and violated Jerome Hendricks right to be free from unreasonable search and seizure. U.S. Const., amends. IV, XIV; Ill. Const., 1970, art. I. sec. 6.

The trial judge ruled this satisfied probable cause, and found no Fourth Amendment violation to exist. This decision was in error.

The Fourth Amendment to the United States Constitution prohibits police from arresting persons on the basis of "mere suspicion.

The knowledge that a defendant was the last person to be seen with the victim does not support a finding of probable cause, but rather remains in the realm or mere suspicion and probability.

Jerome Hendricks, however, was not the last person to be seen with victim Denise. Yolanda Hill testified that she ordered Jerome Hendricks to leave her house, and then ordered Denise to go upstairs.

Jerome Hendricks arrest was not based upon probable cause. The evidence adduced at trial was that Jerome Hendricks was kept in continuous custody until he made a statement. The statement was the fruit of the illegal arrest and must be suppressed.

Wong Sun v. United States, 371 U.S. 471, 83 S. Ct. 407, 9 L. Ed. 2d 441 (1963). It is respectfully requested that the trial court's determination that probable cause existed be reversed, and that the statement and any other evidence obtained as a result of the illegal arrested be suppressed.

C    19
(4)

## CONSTITUTIONAL VIOLATIONS
### 2.

JEROME HENDRICKS WAS DENIED A FAIR BENCH TRIAL UNDER THE

UNITED STATES CONSTITUTION SIXTH AMENDMENT , HE WAS NOT

PROVEN GUILTY OF FIRST DEGREE MURDER BEYOND A REASONABLE

DOUBT.

Jerome Hendricks was not proven guilty of first degree murder beyond a
reasonable doubt. The State's sole evidence linking Hendricks to
Denise Johnson's death was Hendrick's statement, but that statement did not
implicate Hendrick's in committing first degree murder.

In the instant case, Jerome Hendricks was convicted of first degree murder
based upon circumstantial evidence.
There was no evidence linking Jerome Hendricks to the death of Denise Johnson.

As our Supreme Court stated:

The elements of murder which must be established are: The proof of death and
the proof of a criminal agency causing death. Both of these elements
must be established by evidence beyond a reasonable doubt. After these
elements, termed in law the corpus delicti, have been proved, then the law
requires that the evidence establish beyond a reasonable doubt that the
defendant was the criminal agency or put in motion the criminal agency,
which caused the death of the victim.
 People v. Wilson, 400 Ill. 461, 81 N.E. 2d 211, 220 (1984).


The Seventh Circuit has observed that a verdict must not rest soley on
the piling of inference upon inference, but proper judgment must be
used to evaluated what reasonably may be inferred from circumstantial
evidence. U.S. v. Guzzino, 810 F. 2d 687 (7th Cir.1987).

## CONSTITUTIONAL VIOLATIONS
### 3.

JEROME HENDRICKS NATURAL LIFE SENTENCE VIOLATES DUE PROCESS OF THE LAW AND EQUAL PROTECTION OF THE LAWS UNDER THE UNITED STATES CONSTITUTION EIGHTH AMENDMENT. THE SENTENCE ARE EXCESSIVE.

The trial court abused its discretion in sentencing Jerome Hendricks to natural life in prison without possibility of parole for the offense of first degree murder, The judge ruled that Jerome Hendricks actions were brutal and heinous, but that judgment was in error.

" Heinous" has been defined as " hatefully or shockingly evil.....grossly bad.. enormously and flagrantly criminal". "brutal" has been defined as " grossly ruthless.... devoid of mercy or compassion......cruel and cold- blooded." People v. LaPointe, 88 Ill. 2d 482, 501.
"Cruelty" has been further defined as a "disposition to inflict pain or suffering or to enjoy its being inflicted."

FILED

FEB 24 1994

AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

C   21

( b )

## CONSTITUTIONAL VIOLATIONS
### 4.


THE ILLINOIS PENALTY STATUTES FOR MURDER VIOLATE DUE PROCESS

AND EQUAL PROTECTION BECAUSE THEY ALLOW THOSE WHO ARE FOUND

GUILTY OF AN EXCEPTINALLY BRUTAL OR HEINOUS MURDER TO BE

SENTENCED TO EITHER NATURAL LIFE OR AN EXTENDED TERM.


The trial judge sentenced Jerome Hendricks to natural life in prison
because he believed the Jerome Hendricks actions were exceptionally brutal and
heinous indicative of wanton cruelty.

Jerome Hendricks knows of no way these statutes can be read together so that
the application of the
statute imposing natural life can be found constitutional.
hen the existence of the same factor forms the basis for two sentencing
schemes, one more favorable to the defendant than the other, defendants have
been accorded the benefits of the more favorable sentencing provisions.

See People v. Williams, 60 Ill. 2d I, 16-17, 322 N.E. 2d 819 (1975).


This favorable treatment should apply here as well.
Jerome Hendricks should have received no more than the maximum extended
term sentence.

For the reasons given, the Illinois penalty statutes for exceptinally brutal
or heinous murders are unconstitutionally arbitrary, disparate, and
discriminatory. Because the violation of Jerome Hendricks rights to due process
and equal protection is plain (Ill. Rev. Stat., 1987, ch 110A, par. 616(a),
this Honorable Court should remand this matter for resentencing.

# FILED

FEB 24 1994

AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

**ORIGINAL**
FILE COPY
DO NOT REMOVE

**FILED**

FEB 24 1994

AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS

      Plaintiff

vs.

**FILED**

Pro Se Petitioner

FEB 24 1994

Jerome Hendricks,

AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

Indictment Number 88 CR 12517

---

### NOTICE OF FILING

TO: JACK O'MALLEY        AURELIA PUCINSKI
    STATE'S ATTORNEY      CLERK OF THE CIRCUIT COURT OF COOK
    309 DALEY CENTER      COUNTY, ILLINOIS COUNTY DEPARTMENT
    CHICAGO, IL 60612     DEPARTMENT-CRIMINAL DIVISION
                           2650 SOUTH CALIFORNIA AVE
                           CHICAGO, ILLINOIS 60608

PLEASE TAKE NOTICE that on _____, I filed 6 copies

of my Pro Se Post Conviction Petition

to the Cook County Circuit Clerk Mrs. Pucinski.

### PROOF OF SERVICE

I, the undersigned, being first duly sworn on oath,

depose and state that on this date I served 6 copies of my

Pro Se Post Conviction Petition to the Cook County Circuit Court

Clerk, Mrs. Pucinski.

                            X Pro Se Petitioner

Subscribed and Sworn To
Before me this 15th day of July , A.D. 1994.

Notary Public

OFFICIAL SEAL
KATHRYN J. DONOVAN
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXP. MAY 8,1994

(8)     C    23

STATE OF ILLINOIS )
              ) SS:
COUNTY OF COOK  )

**ORIGIN**
**FILE COPY**
**DO NOT REMOVE**

IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION

|  |  |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) POST CONVICTION NUMBER_____ |
|  | ) INDICTMENT NO. CR-88 12517 |
| RESPONDENT. | ) CIRCUIT COURT OF COOK COUNTY, |
|  | ) HONORABLE: |
| VS. | ) LEO HOLT |
| JEROME HENDRICKS, | ) JUDGE PRESIDING |
| PRO SE PETITIONER. | ) |

---

APPLICATION TO SUE OR DEFEND AS A POOR PERSON

Applicant, Jerome Hendricks, respectfully requests the Court, pursuant to Illinois Revised Statutes, Ch. 110. Sec. 5-105 and Rule 298 of the Illinois Supreme Court, to grant him leave to defend the above-captioned cause as a poor person. In support of this request, applicant states the following statements are true in substance and in fact:

. . I am the defendant in the above-captioned legal proceeding.

2. I am a poor person and unable to defend this action and an unable to pay the costs, fees, and expenses of this action.

3. My occupation or means of subsistence:
  (a) I am not currently employed due to my imprisonment at Pontiac Correctional Center, but I do receive a State stipend of $40.00 per month as a reccyling worker.

  (b) The amount and source of all other income or support are:

4. My total income for the preceding year was None.

5. The sources and amount of income expected by me hereafter are:
  None:_____

6. The nature and current value of my property, real or personal, owned by me:

  (a) Real Estate: None Value: None

  (b) Automobile: None Value: None

  (c) Cash, Savings, Checking Accounts: None

7. No applications for leave to sue or defend as a poor person were filed by me or on my behalf during the preceeding year, except as follows;

8. I believe in good faith that I have a meritorious defense.

(9)

**ORIGINAL**
**FILE COPY**
**DO NOT REMOVE**

STATE OF ILLINOIS ) SS:
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, )<br><br>RESPONDENT. )<br>)<br>)<br>VS. )<br>)<br>)<br>JEROME HENDRICKS, )<br>)<br>PRO SE PETITIONER. ) | POST CONVICTION NUMBER<br>INDICTMENT NO. CR-88 12517<br><br>CIRCUIT COURT OF COOK COUNTY,<br><br>HONORABLE:<br><br>LEO HOLT<br>JUDGE PRESIDING |

MOTION TO PROCEED IN FORMA
PAUPERIS AND TO APPOINT COUNSEL

Petitioner , Jerome Hendrick, comes before the Court and respectfully
requests that he be permitted to file the attached Petition for a
Pro Se Petition in forma pauperis and to proceed in forma pauperis,
and to have an attorney appointed to represent him in this proceeding.
In support of this request, petitioner states:

1. He is presently incarcerated at the Pontiac Correctional Center,
   in Pontiac, Illinois 61764.

2. He is without adequate income or assets with which to pay the costs
   of this litigation or to procure counsel.

WHEREFORE, petitioner prays that he be granted leave to file and to
proceed in forma pauperis in the above- captioned Petition for the
Petition and to have counsel appointed to represent him this proceeding.

×Petitioner, Pro Se

I, Jerome Hendricks, swear that the facts stated in this Motion are
true and correct in substance and in fact.

×Petitioner, Pro Se

Signed before me this ___15th___ day of ___July___, ___1994___.

OFFICIAL SEAL
KATHRYN J. DONOVAN
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXP. MAY 8, 1994

Notary Public

ORIGINAL
FILE COPY
DO NOT REMOVE

STATE OF ILLINOIS )
                  ) SS :
COUNTY OF COOK    )

IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS,    ) POST CONVICTION NUMBER_____
                                    )
          RESPONDENT.               )    INDICTMENT NO. CR-88 12517
                                    )
VS.                                 ) CIRCUIT COURT OF COOK COUNTY
                                    )
     JEROME HENDRICKS,              ) HONORABLE:
                                    )
     PRO SE PETITIONER.             ) LEO HOLT
                                    )
                                    ) JUDGE PRESIDING
                                    )

A F F I D A V I T

I, Jerome Hendrick, affiant, do solemnly state as follows that:

      1 .   I am the Pro Se Petitioner in the above entitled cause.

      2.    I have read and understand the attached
            Pro Se Post Conviction Petition Relief.

      3.    The Pro Se Post Conviction Petition Relief is true and
            correct to the best of my knowledge.

Date:_____          X_____
                                     Signature, Pro Se Petitioner

Subscribed And Sworn To before me this

_____15th_____ day of ____July_____, 1994.

_____
Signature of Notary Public

OFFICIAL SEAL
KATHRYN J. DONOVAN
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXP. MAY 6,1994

(11)^C    2 6

**ORIGINAL**
FILE COPY
DO NOT REMOVE

STATE OF ILLINOIS )
                  ) SS:
COUNTY OF COOK    )

IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS,    )    POST CONVICTION NUMBER _____
                                    )
            Respondent.             )    INDICTMENT NO. CR- 88 CR-12517
                                    )
                                    )
        vs.                         )    HONORABLE
                                    )
                                    )
JEROME HENDRICKS,                   )    LEO HOLT
                                    )    JUDGE PRESIDING
                                    )
                                    (
PRO SE PETITIONER.                  (

## MEMORANDUM IN SUPPORT OF PETITIONER'S POST CONVICTION PETITION

The petitioner, JEROME HENDRICKS, pro se, respectfully submits this
memorandum in support of his Petition For Post Conviction Relief.

### I.

### STATEMENT OF FACTS

His name is JEROME HENDRICKS. He has spent more than three (3) years at
Pontiac Correctional Center, convicted of these offenses,
First Degree Murder, Aggravated Criminal Sexual Assault, Aggravated
Kidnapping, and Concealment of a Homicidal Death,
sentenced to natural life and plus 30 years imprisonment.
JEROME HENDRICKS was represented by the Office of the Public Defenders.

1. THE POLICE DID NOT HAVE PROBABLE CAUSE TO ARREST JEROME HENDRICKS,
   AND THE TRIAL COURT THEREFORE ERRED IN DENYING THE MOTION TO QUASH
   ARREST AND SUPPRESS EVIDENCE.

2. JEROME HENDRICKS WAS NOT PROVEN GUILTY OF FIRST DEGREE MURDER BEYOND
   A REASONABLE DOUBT.

C (12)$^{27}$

I.

3. JEROME HENDRICKS SENTENCE OF NATURAL LIFE FOR FIRST
   DEGREE MURDER WAS EXCESSIVE.

4. THE ILLINOIS PENALTY STATUTES FOR MURDER VIOLATES DUE
   PROCESS AND EQUAL PROTECTION BECAUSE THEY ALLOW THOSE WHO
   ARE FOUND GUILTY OF AN EXCEPTIONALLY BRUTAL OR HEINOUS
   MURDER TO BE SENTENCED TO EITHER NATURAL LIFE OR AN
   EXTENDED TERM.

## STATEMENT OF FACTS
### 2.

JEROME HENDRICKS WAS NOT PROVEN GUILTY OF FIRST DEGREE MURDER BEYOND
A REASONABLE DOUBT.

1. When looking at the evidence in a light most favorable to the
   prosecution, there is no proof beyond a reasonable doubt
   that JEROME HENDRICKS committed first degree murder.

2. Proof of the other offenses does not logically infer proof of murder,

3. There was no real hard evidence linking JEROME HENDRICKS
   to the death of Denise Johnson.

4. The medical examination could not reveal the date of Denise Johnson
   death in JEROME HENDRICKS case.

See: People v. Weinstein, 35 Ill. 2d 467, 220, N.E. 2d (432) 1966.

The prosecution has the burden of proving beyond a reasonable doubt

all the material and essential facts constituting the crime.

The burden of proof never shifts to the accused, but remains

the responsibity of the prosecution throughout the trial.

The prosecution in defendant JEROME HENDRICKS case have basis his case

upon all kind of reasonable doubts that constitutes defendant

JEROME HENDRICKS a new trial.

Basis upon entirely circumstantial evidence, was not sufficient

to prove defendant JEROME HENDRICKS guilty beyond a reasonable doubt.

Petitioner's JEROME HENDRICKS conviction must be reversed because
there was a grave and substantial doubt that exists both as to
the criminal agency and the cause of death of  Denise Johnson.

See: People v. Martin, 26 Ill. 2d 547, 188 N.E. 2d 4 (1963)
Murder conviction reversed where grave and substantial doubt exists
both as to the criminal agency and the cause of death.

## STATEMENT OF FACTS
### 3.

JEROME HENDRICKS SENTENCE OF NATURAL LIFE FOR FIRST DEGREE MURDER

WAS EXCESSIVE.

1. While the death of a girl by strangulation is tragic and deserving of punishment, the facts do not support a sentence of natural life imprisonment.

2. The medical evidence suggests nothing except strangulation.

3. The court's own finding were that no forcible rape occurred.

4. The evidence against JEROME HENDRICK does not satisfy the definitions for heinous, brutal or cruel.


See: People v. Barnes, 107 Ill. App. 3d 262, 437 N.E. 2d 848 (1st Dist. 1982) The defendant was convicted of murder for the strangulation of his girl friend. The conviction was based primarily upon defendant's statement in which he admitted causing the death; however, in the same statement, he also claimed that he and the girl friend became involved in an altercation, he thought she was reaching for a knife, he threw an iron at her, and the electrical cord wrapped around her neck.
A pathologist testified that the mark on the deceased's neck was "most likely made by hand as opposed to a string or cord".
Conviction reversed and remanded..


The trial judge findings only referred to aggravation and md made no mention of the mitigation evidence at JEROME HENDRICKS sentencing hearing.

People v. Goodman, 98 Ill. App. 3d 743, 424 N.E. 2d 663(2d Dist.1981). The defendant was convicted for murder and was sentenced to a term of natural life. At the sentencing hearing evidence in mitigation(i.e. defendant's alcoholic treatment and heavy drinking at the time of the crime) was presented, but the trial judge's findings only referred to aggravation and made no mention of the mitigation evidence.
The Illinois Appellate Court held that in this circumstance the record failed to adequately demonstrate that the trial judge considered the proper criteria in imposing sentence. Sentence vacated and remanded for a new sentencing hearing.

FILED

FEB 24 1994

AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

STATEMENT OF FACTS

II.

THE ILLINOIS PENALTY STATUTES FOR MURDER VIOLATES DUE PROCESS AND EQUAL

PROTECTION BECAUSE THEY ALLOW THOSE WHO ARE FOUND GUILTY OF AN

EXCEPTIONALLY BRUTAL OR HEINOUS MURDER TO BE SENTENCED TO EITHER NATURAL

LIFE OR AN EXTENDED TERM.

1. Because the violation of JEROME HENDRICKS rights to due process
   and equal protection of the law, his natural life sentence must
   be vacated.

2. The trial judge's comments infected the sentencing process in
   JEROME HENDRICK case.

3. There was no real evidence of any premeditation of this murder
   on the behalf of JEROME HENDRICKS.

4. There was no unnecessary pain or torture involved in this murder case
   of JEROME HENDRICKS.

5. The circumstantial evidence convinced the judge that JEROME HENDI
   HENDRICKS was guilty of murder, but of murder which did not
   occur as part of rape.

6. The pathological testimony was that death was due to strangulation.

7. There was no evidence of any gunshot wounds, stab wounds, fractures,
   or even bruises to the deceased body.


In addition, due process and the Eighth Amendment of the United States
Constitution require that relevant facts and circumstances be considered
before the defendant is permanently removed from society;
 Lockett v. Ohio, 438 U.S. 586 (1978), Woodson v. North Carolina, 428 U.S.
280(1976)

The Supreme Court in Woodson stated that the State's power to punished under
the Eighth Amendment must be " exercised within the limits of civilized
standards." 428 U.S.

In Lockett, the Supreme Court noted that the accepted method for sentencing
is individualized sentencing where all information about defendant and other
circumstances in aggravation and mitigation are considered.



ORIGINAL
FILE COPY
DO NOT REMOVE

CONCLUSION

On the basis of the foregoing allegations ---- and taking into account any arguments to this Pro Se Post Conviction Petition to be tendered as and when additional factual information becomes available to counsel----- Hendricks moves that his conviction and sentence be vacated, and that he be afforded a new trial, on grounds that his conviction and sentence are

violative of his constitutional rights to Due Process Of Law, as set forth above.

WHEREFORE JEROME HENDRICKS, petitioner pro se moves for an evidentiary hearing on the foregoing allegations, and thereafter, for relief pursuant to the Post Conviction Hearing Act, Ill. Rev. Stat., Ch. 38, Section -122-1 et seq.  Post Conviction Act, Illinois Compiled Statutes, Chapter 725, Section 5/122 et seq.

Respectfully submitted,

/s/ x _____
JEROME HENDRICKS
N-53807
P.O. Box-99
Pontiac Correctional Center
Pontiac, Il 61764

_____
Pro Se Petitioner

SUBSCRIBED and SWORN to before me

this 15th day of Feburary, 1994.

_____
NOTARY PUBLIC

OFFICIAL SEAL
KATHRYN J. DONOVAN
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXP. MAY 8,1994

(17)   C   32

2152
PLACITA - APPEALS

CCG-76A-5M-12-16-82(216)

# UNITED STATES OF AMERICA

STATE OF ILLINOIS, ⎤
COUNTY OF COOK ⎦ ss.

PLEAS, before the Honorable . . . . . . . . . . . LEO E. HOLT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

one of the Judges of the Circuit Court of Cook County, in the State of Illinois, holding a branch Court of said

Court, at the Court House in said County, and State, on . . . . . . . . . MARCH 17 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ,

in the year of our Lord, one thousand nine hundred and . . . . . . . NINETY-FOUR . . . . . . . . . . . and of the Independence

of the United States of America, the two hundredth and . . . . . . . . . SEVENTEENTH YEAR . . . . . . . . . . . . . . . . . . . . . . . . . .

PRESENT: - The Honorable . . . . . . . THOMAS R. FITZGERALD . . . . . . . . . . . . . . . . . . . . .
Judge of the Circuit Court of Cook County.


JACK M. O'MALLEY. . . . . . . . . . . . State's Attorney

MICHAEL F. SHEAHAN. . . . . . . . . . Sheriff

Attest: AURELIA PUCINSKI       Clerk.

C       33

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

v.

JEROME HENDRICKS

**NO.**   88CR-12517

**FILED**

MAR 1994

AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

**ORDER**

This cause comes on pursuant to the provisions of 725 ILCS 5/122-1 et seq., and the Court having considered the Petition filed herein, the record of the proceeding herein and the Opinion of the Appellate Court in this cause, and now finds as follows:

1.  That the issues sought to be raised in the Petition are all res adjudicata; and

2.  The Petition is patently without merit.

Wherefore, pursuant to the provisions of 725 ILCS 5/122.2-1, the Petition is dismissed.

ENTER:

JUDGE
Leo E. Holt

DATE:      March 21, 1994

(Rev. 8/11/92) CCCR 0084

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS )

)

)

)   INDICTMENT NO. *88CR 12517*

)

)   INDICTMENT FOR:_____

vs.   )

)   *(Post-Conviction)*

)

*Jerome Hendricks*   )

_____   )

### CERTIFIED REPORT OF DISPOSITION

**The following disposition was rendered before the Honorable Judge**

*Leo E. Holt - March 21, 1994 Parties Present - Defendant Not Present - Motion to Advance Sustained - Petition for Post-Conviction Relief - Dismissed - Draft Order Entered.*

_____

_____

_____

_____

_____

**I hereby certify that the foregoing has been entered of record on the above captioned case.**

Date: *March 29, 1994*

*Aurelia Pucinski*

**AURELIA PUCINSKI , Clerk of the Circuit Court**

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

TO THE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . COURT OF ILLINOIS

IN THE CIRCUIT COURT OF COOK COUNTY

CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS

*vs.*

*Jerome Hendricks*

Ind. No. *88CR12517*

Trial Judge *LEO E. HOIT*

Court Reporter . . . . . . . . . . . . . . . . . . . . . . .

Attorney *P.R.D. SE*

Appeal Check Date . . . . . . . . . . . . . . . . . . .

Appeal Bond . . . . . . . . . . . . . . . . . . . . . . . . .

## NOTICE OF APPEAL

An appeal is taken from the order or judgment described below:

Appellant's Name: *JEROME B. HENDRICKS*

Appellant's Address: *P.O. BOX 99 PONTIAC ILL. 61764*

Appellant's Attorney: *P.R.D. SE*

Address: *P.O. BOX 99 PONTIAC ILL. 61764*

Offense: *1st DEGREE MURDER CRIMINAL Sex ASS. KIDNAPP*

Judgment: Guilty of *Post-conviction Dismissed*

. . . . . . . . . . . . . . . . . . . . . . . on a *Post-Conviction*

Date: *March 21, 1994*

Sentence: *NATURAL LIFE 30 YES*

Date Notice Filed: *APRIL 1ST 1994*

FILED
APR 0 7 1994

*Jerome B. Hendricks* . . . Appellant

## VERIFIED PETITION FOR REPORT OF PROCEEDINGS AND COMMON LAW RECORD

Under Supreme Court Rules 605-608 appellant ask the Court to order; (1) the Official Court Reporter to transcribe an original and the copy of the proceedings, file the original with the Clerk and deliver a copy to the appellant, or upon appellant's written request to the appellant's attorney of record, and (2) the Clerk to prepare the Record on Appeal.

The Appellant, being duly sworn, says that at the time of his conviction he was and he now is unable to pay for the Record or an appeal lawyer.

*Jerome B. Hendricks* . . . . . Appellant

SUBSCRIBED and SWORN TO before me this . . . *1st* . . . day of . . . *April* . . . . , 19 *94*

*Kathryn J. Donovan* . . . . Notary public

OFFICIAL SEAL
KATHRYN J. DONOVAN
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXP. MAY 8, 1994

## ORDER

IT IS ORDERED; 1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

appointed as counsel on appeal, and 2. the record and Report of Proceedings be furnished appellant free.

. . . . . . . . . . . . . . . . . , 19 . . . .    . . . . . . . . . . . . . . . . . , 19 . . . .    . . . . . . . . . . . . . . . . . , 19 . . . .

. . . . . . . . . . . . . . . . . , 19 . . . .    . . . . . . . . . . . . . . . . . , 19 . . . .    . . . . . . . . . . . . . . . . . , 19 . . . .

. . . . . . . . . . . . . . . . . , 19 . . . .    . . . . . . . . . . . . . . . . . , 19 . . . .    . . . . . . . . . . . . . . . . . , 19 . . . .

ENTER: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JUDGE

C 36

DATE: . . . . . . . . . . . . . . . . . . . . . . . . . .

I acknowledge receipt: . . . . . .

(Rev. 4/91) CRIM. DIV. FORM # 79

## NOTICE OF NOTICE OF APPEAL

TO:

**Honorable  ROLAND BURRIS**
**Attorney General, State of Illinois**
**Springfield, Illinois**

**Honorable  JACK O'MALLEY**
**State's Attorney of Cook County**
**Room 573, Daley Center**
**Chicago, Illinois**

**Official Shorthand Rept. Office**
**4th. Floor, 2650 S. California Ave.**
**Chicago, Illinois  60608**

**Appellate Court of Illinois**
**28th Floor, Daley Center**
**Chicago, Illinois**


INRE:                    **PEOPLE OF THE STATE OF ILLINOIS**

**vs.**

Hendricks, Jerome ⁰ℓ

CASE NO. 88cr 12517


YOU ARE HEREWITH NOTIFIED that pursuant to Rule 606E, of the Illinois Supreme Court, effective,  January 1, 1967, a Notice of Appeal was filed with the Clerk of the Circuit Court of Cook County, County Department Criminal Division, on ____4-7-94____ , a copy of which is hereto attached.

**Submitted by**

*Aurelia Pucinski*
**Clerk of the Circuit Court of Cook County**


**(OVER)**

C    37

(2/8/93) CCCR 0603

TO THE .............................. COURT OF ILLINOIS
IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS

vs.

*Jerome Hendricks*

Ind. No. *88CR12517*

Trial Judge *LEO E. HOLT*

Court Reporter .......................

Attorney *PRO SE*

Appeal Check Date ....................

Appeal Bond ..........................

### NOTICE OF APPEAL

An appeal is taken from the order or judgment described below:

Appellant's Name: *JEROME B. HENDRICKS*

Appellant's Address: *P.O. BOX 99 PONTIAC ILL. 61764*

Appellant's Attorney: *PRO SE*

Address: *P.O. BOX 99 PONTIAC ILL. 61764*

Offense: *1ST DEGREE MURDER, CRIMINAL SEXT ASS KIDNAPP*

Judgment: Guilty of *Post-Conviction Dismissed* on a *Post-Conviction*

Date: *March 21, 1994*

Sentence: *NATURAL LIFE 30 YES*

Date Notice Filed: *APRIL 1ST 1994*

FILED
APR 07 1994
AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT,
CRIMINAL DIVISION

*Jerome B. Hendricks* ... Appellant

### VERIFIED PETITION FOR REPORT OF PROCEEDINGS AND COMMON LAW RECORD

Under Supreme Court Rules 605-608 appellant ask the Court to order; (1) the Official Court Reporter to transcribe an original and the copy of the proceedings, file the original with the Clerk and deliver a copy to the appellant, or upon appellant's written request to the appellant's attorney of record, and (2) the Clerk to prepare the Record on Appeal.

The Appellant, being duly sworn, says that at the time of his conviction he was and he now is unable to pay for the Record or an appeal lawyer.

*Jerome J. Hendrick* ..... Appellant

SUBSCRIBED and SWORN TO before me this .... *1ST* .. day of .... *April* ........., 19 *94*

OFFICIAL SEAL
KATHRYN J. DONOVAN
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXP. MAY 8, 1994

*Kathryn J. Donovan* Notary public

### ORDER

IT IS ORDERED; 1. ...............................................................

appointed as counsel on appeal, and 2. the record and Report of Proceedings be furnished appellant free.

................., 19 ....    ................., 19 ....    ................., 19 ....

................., 19 ....    ................., 19 ....    ................., 19 ....

................., 19 ....    ................., 19 ....    ................., 19 ....

ENTER: ........................... JUDGE

DATE: ..........................

I acknowledge receipt:

C    39

(Rev. 4/2 /92) CCCR 0056

STATE OF ILLINOIS )
COOK COUNTY ) ss.

I, AURELIA PUCINSKI, Clerk of the Circuit Court of Cook County, in said County and State and Keeper of the Records and Seal thereof, do hereby certify the above and foregoing to be a true and complete copy of . . A (ONE) VOLUME RECORD CONSISTING OF .THE COMMON LAW RECORD, ONLY. NO PRAECIPE HAVING BEEN FILED PURSUANT TO THE NOTICE OF APPEAL FILED IN THE APPELLATE COURT UNDER APPELLATE COURT NO.    94-1570

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

in a certain cause. . . . . . . . . . . . . . . . . LATELY . . . . . . . . . . . . . . . . . . . . . . . pending in said Court, between

The people of the State of Illinois . . . . . . . . . . . . ARE RESPONDENTS AND . . . . . . . . . . . . . . . . . . . . . XXXXXXXXd

JEROME HENDRICKS              IS PETITIONER

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DXXXXXXXX . . .



Witness, AURELIA PUCINSKI, Clerk of the Court and the Seal thereof, at Chicago,. In said

County, . . . . . . . . . . . . SEPTEMBER 7 . . . . . . . . . . . . . , 19. . 94. .

*Aurelia Pucinski* Dz

C    4 0

CCCR-310

# Transcript of Record
# Appeal
# to

APPELLATE **Court of Illinois**

FIRST **District**

POST–CONVICTION

**Circuit Court No.** ___88 CR 12517___

**Trial Judge** ___LEO E. HOLT___

**Reviewing Court No.** ___95-0474___

THE PEOPLE OF THE STATE OF ILLINOIS

## vs.

JEROME HENDRICKS

# from
# CIRCUIT COURT
# of
# COOK COUNTY, ILLINOIS
## COUNTY  DEPARTMENT,  CRIMINAL  DIVISION

**VOLUME ONE**

**COMMON LAW RECORD, ONLY**

ORDER ENTERED
JAN 1 / 2007
APPELLATE COURT, FIRST DISTRICT

**AURELIA PUCINSKI**

**Clerk of Court**

AP/GL

**Per** _____

**Deputy**

THE PEOPLE OF THE STATE OF ILLINOIS VS.

Jerome Hendricks

CASE NO. 88- 12517

| DATE | PAPERS FILED |
|------|--------------|
| | No file |

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| 4-19-94 | Clerk | RE: PETITION FOR POST CONVICTION RELIEF FILED  To be heard in 101 on 6-10-94 |
| 6/10/94 | BASTONE | TRANS. JUDGE HOLT 6/17/94 |
| 6/17/94 | HOLT | PP DNP O/C 6/27/94 |
| JUN 27 1994 | LEO E. HOLT | PP DNP O/C 6/30/94 |
| 6/30/94 | HOLT | PP DNP O/C 7/27/94 |
| 7/27/94 | HOLT | PP DNP P.D. appt. O/C 9/16/94 |
| 9/16/94 | HOLT | PP DNP P.D. appt BA 12/16/94 |
| DEC 16 1994 | LEO E. HOLT | PP DNP MS Leave to file Amended Motion to Dismiss Allowed MS to Dismiss - Allowed. |

UCG-69 (3-81)

(OVER)

C 1

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| -28-94 | CLERK | NOTICE OF POST CONVICTION DISMISSAL MAILED TO |
|  |  | JEROME HENDRICKS   N-53807 |
|  |  | P.O. BOX 99 |
|  |  | PONTIAC CORRECTIONAL CENTER |
|  |  | PONTIAC, ILLINOIS 61764 |

Jerone Hendricks ª

88c 12517

| DATE | PAPERS FILED |
|------|--------------|
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
|      | CLERKS OFFICE | NOTICE OF APPEAL FILED   1-11-95 |
|      |       | NOTICE OF APPEAL MAILED   1-31-95 |
|      |       | APPELLATE HEARING DATE ASSIGNED BEFORE |
|      |       | PRESIDING JUDGE ON  FEB 0 3 1995 |
| FEB 0 3 1995 | T.R. FITZGERALD | O/C ☐ STATE APPELLATE DEFENDER |
|      |       | ☒ PUBLIC DEFENDER |
|      |       | ☐ PRIVATE ATTORNEY |
|      |       | ☐ OTHER |
|      |       | APPOINTED TO REPRESENT THE DEFENDANT ON THE APPEAL |
|      |       | ☒ FREE REPORT OF PROCEEDINGS, ALLOWED |
|      |       | ☐ FREE REPORT OF PROCEEDINGS, DENIED |
|      |       |      |
|      |       |      |
|      |       |      |
|      |       |      |
|      |       |      |
|      |       |      |

CG-69 (3-81)                                                                 (OVER)

C    3

Case 1:08-cv-01589 Document 1 Filed 06/13/2008 Page 57 of 99

ORIGINAL
FILE COPY
DO NOT REMOVE

NO._____  **FILED**

IN THE

APPELLATE COURT OF ILLINOIS        APR 1 9 1994

FIRST DISTRICT            **AURELIA PUCINSKI**
CLERK OF CIRCUIT COURT

PEOPLE OF THE STATE OF ILLINOIS,    ) APPEAL FROM THE CIRCUIT COURT OF COOK

    Plaintiff-Appellee,           ) COUNTY, ILLINOIS.

                    ) INDICTMENT NO. 88 CR-12517

                    )

        -vs-           ) HONORABLE _____

JEROME HENDRICKS,               ) LEO HOLT _____

PRO SE PETITIONER,              ) JUDGE PRESIDING

---

### PRO SE POST CONVICTION PETITION RELIEF

Petitioner's Jerome Hendricks, comes before the Court and requests
leave to file his Pro Se Post Conviction Petition Relief pursuant
to the Post- Conviction Act, Illinois Compiled Statutes, Chapter 725, Section
5/122 et seq.

#### GENERAL BACKGROUND

1. Petitioner's Jerome Hendricks was found guilty of these offenses in August of 1991,
   on a bench trial, First Degree Murder, Aggravated Criminal Sexual Assault, Aggravated
   Kidnapping , and Concealment of a Homicidal Death/

2. Petitioner's Jerome Hendricks was sentenced to Natural Life Imprisonment
   for First Degree Murder, plus 30 years, to be served consecutively, for the remaining
   charges.

3. Indictment Number 88 CR- 12517.

4. Bench Trial.

5. Sentence Judge: Honorable Leo Holt.

6. Sentence date: August 26, 1991.

7. The Circuit Court judge Leo Holt denied my Pro Se Post Conviction Petition on 3/21/94.

8. I filed a Notice Of Appeal to the Illinois Appellate Court on 4/1/94.

1.C          4

**ORIGINAL**

FILE COPY

DO NOT REMOVE

HISTORY IN THE APPELLATE COURT

NOTICE OF APPEAL

GENERAL BACKGROUND

# FILED

APR 1 9 1994

AURELIA PUCINSKI
CLERK OF CIRCUIT COURT

1. A Notice Of Appeal was timely filed on August 28, 1991.

2. His conviction was affirmed by the Illinois Appellate Court. First District, First Division in a published opinion date September of 1993.

3. No petition for rehearing was filed.

4. An affidavit of intent to seek further review by the Illinois Supreme Court was filed on September 24, 1993.

5. The Illinois Superme Court denied the Petitioner rehearing in 1993.

6. The Pro Se Petitioner are filing a pro se post conviction petition to the Cook County Circuit Court Judge Leo Holt in February of 1994.

7. The Circuit Court judge Leo Holt denied my Pro Se Post Conviction Petition on 3/21/94.

8. I filed a Notice Of Appeal to the Illinois Appellate Court on 4/1/94.

## NATURE OF THE CASE

The defendant, Jerome Hendricks, was charged under Indictment 88 CR 12517 with the offenses of first degree murder, aggravated criminal sexual assault, criminal sexual assault, aggravated kidnapping, concealment of a homicidal death, and unlawful restraint.

Following a bench trial before the Honorable Leo Holt.
Jerome Hendricks was convicted of first degree murder, aggravated criminal sexual assault, aggravated kidnapping and concealment of a homicidal death. Jerome Hendricks was sentenced to natural life imprisonment for murder, plus 30 years, to be served consecutively, for the remaining charges.

3.   C   6

ORIGINAL
FILE COPY
DO NOT REMOVE

## STATEMENT OF FACTS

Jerome Hendricks was indicted for and convicted of first
degree murder, aggravated criminal sexual assault, and

aggravated kidnapping.

4C    7

## ORIGINAL

### FILE COPY
### DO NOT REMOVE

### CONSTITUTIONAL VIOLATIONS

1.

JEROME HENDRICKS WAS DENIED DUE PROCESS OF THE LAW UNDER THE UNITED STATES CONSTITUTION, BECAUSE THE POLICE DID NOT HAVE PROBABLE CAUSE TO ARREST HIM.

The trial court erred by ruling that Jerome Hendricks arrest was supported by probabale cause. The police had no probable cause to arrest Jerome Hendricks, and his arrest and all evidence flowing from it should have been suppressed.

Following a lengthy pre-trial motion to quash arrest and suppress evidence, the trial court made, as its findings of fact, that Jerome Hendricks was arrested in his home in violation of Payton v. New York, 445 U.S. 573, 100 S. Ct. 1371, 63 L. Ed. 2d 639 (1980).

This determination that probable cause existed was in error and violated Jerome Hendricks right to be free from unreasonable search and seizure. U.S. Const., amends. IV XIV; Ill. Const., 1970, art. I. sec 6.

The trial judge ruled this satisfied probable cause, and found no Fourth Amendment violation to exist. This decision was in error.

The Fourth Amendment to the United States Constitution prohibits police from arresting persons on the basis of "mere suspicion.

The knowledge that a defendant was the last person to be seen with the victim does not support a finding of probable cause, but rather remains in the realm or mere suspicion and probability.

Jerome Hendricks, however, was not the last person to be seen with victim Denise . Yolanda Hill testified that she ordered Jerome Hendricks to leave her house, and then ordered Denise to go upstairs.

Jerome Hendricks arrest was not based upon probable cause. The evidence adduced at trial was that Jerome Hendricks was kept in continous custody until he made a statement. The statement was the fruit of the illegal arrest and must be suppressed.

Wong Sun v. United States, 371 U.S. 471, 83 S. Ct. 407, 9 L. Ed. 2d 441(1963).

It is respectfully requested that the trail court's determination that probable cause existed be reversed, and that the statement and any other evidence obtained as a result of the illegal arrested be suppressed.

ORIGINAL
FILE COPY
## DO NOT REMOVE

### CONSTITUTIONAL VIOLATIONS
2.

JEROME HENDRICKS WAS DENIED A FAIR BENCH TRIAL UNDER THE UNITED STATES  CONSTITUTION
SIXTH AMENDMENT, HE WAS NOT PROVEN GUILTY OF FIRST DEGREE MURDER BEYOND A REASONABLE
DOUBT.

Jerome Hendricks was not proven guilty of first degree murder beyond a reasonable doubt.
The State's sole evidence linking Hendricks to Denise Johnson's death was Hendricks
statement, but that statement did not implicate Hendrick's in committting first degree
murder.

In the instant case, Jerome Hendricks was convicted of first degree murder based upon
circumstantial evidence.
There was no evidence linking Jerome Hendricks to the death of Denise Johnson.

As our Supreme Court stated:

The elements of murder which must be established are: The proof of death and the proof
of a criminal agency causing death. Both of these elements must be established by
evidence beyond a reasonable doubt. After these elements, termed in law the corpus
delicti, have been proved, then the law requires that the evidence establish beyond
a reasonable doubt that the defendant was the criminal agency or put in motion the
criminal agency, which caused the death of the victim.
People v. Wilson, 400 Ill. 461, 81 N.E. 2d 211, 220 (1984).


The Seventh Circuit has observed that a verdict must not rest soley on the piling
of inference upon inference, but proper judgment must be used to evaluated what
reasonably may be inferred from circumstantial evidence.
U.S. v. Guzzino, 810 F. 2d 687 (7th Cir. 1987)

CONSTITUTIONAL VIOLATIONS
3.

JEROME HENDRICKS NATURAL LIFE SENTENCE VIOLATES DUE PROCESS OF THE

LAW AND EQUAL PROTECTION OF THE LAWS UNDER THE UNITED STATES

CONSTITUTION EIGHTH AMENDMENT. THE SENTENCE ARE EXCESSIVE.


The trial court abused its discretion in sentencing Jerome Hendricks to natural life
in prison without possibility of parole for the offense
of first degree murder, The  judge ruled that Jerome Hendricks actions
were brutal and heinous, but that judgment was in error.


"Heinous" has been defined as " hatefully or shockingly evil...... grossly bad....
 enormously and flagrantly criminal." " brutal " has been defined as"
 grossly ruthless.... devoid of mercy or compassion..... cruel and cold-blooded."

 People v. LaPointe,88 Ill. 2d 482, 501.
"Cruelty" has been further defined as a "disposition to inflict pain or suffering
 or to enjoy its being inflicted.

C    10

CONSTITUTIONAL VIOLATIONS
4.

THE ILLINOIS PENALTY STATUTES FOR MURDER VIOLATE DUE PROCESS AND EQUAL PROTECTION
BECAUSE THEY ALLOW THOSE WHO ARE FOUND GUILTY OF AN EXCEPTINALLY BRUTAL OR HEINOUS
MURDER TO BE SENTENCED TO EITHER NATURAL LIFE OR AN EXTENDED TERM.


The trail judge sentenced Jerome Hendricks to natural life in prison because he believed
the Jerome Hendricks actions were exceptionally brutal and heinous indicative of wanton
cruelty.


Jerome Hendricks knows of no way these statutes can be read together so that
the application of the statute imposing natural life can be found constitutional.
When the existence of the same factor forms the basis for two sentencing
schemes, one more favorable to the defendant than the other, defendants have
been accorded the benefits of the more favorable sentencing provisions.

See People v. Williams, 60 Ill. 2d I, 16-17, 322 N.E. 2d 819 (1975).


This favorable treatment should apply here as well.
Jerome Hendricks should have received no more than than the maximum extended term sentence.


For the reasons given, the Illinois penalty statutes for exceptionally brutal
or heinous murders are unconstitutionally arbitrary, disparate, and discriminatory.
Because the violation of Jerome Hendricks rights to due process and equal protection
is plain(Ill. Rev. Stat., 1987, Ch 110A, par. 616(a), this Honrable Court should
remand this for resentencing.

C   11

ORIGINAL
FILE COPY
DO NOT REMOVE

PEOPLE OF THE STATE OF ILLINOIS

      Plaintiff

vs.

PRO SE PETITIONER,

JEROME HENDRICKS.

INDICTMENT NUMBER 88 CR -12517

### NOTICE OF FILING

TO: JACK O' MALLEY
    STATE'S ATTORNEY
    309 DALEY CENTER
    CHICAGO, ILLINOIS 60612

TO: AURELIA PUCINSKI
    CLERK OF THE CIRCUIT COURT OF COOK
    COUNTY, ILLINOIS COUNTY DEPARTMENT
    DEPARTMENT-CRIMINAL DIVISION
    2650 SOUTH CALIFORNIA AVE
    CHICAGO, ILLINOIS 60608

TO: GILBERT S. MARCHMAN
    CLERK
    APPELLATE COURT FIRST DISTRICT
    STATE OF ILLINOIS
    RICHARD J. DALEY CENTER,RM 2830
    CHICAGO, ILLINOIS 60602

### NOTICE OF FILING

PLEASE TAKE NOTICE that on_____, I filed 6 copies

of my Pro Se Post Conviction Petition

to the Cook County Circuit Clerk Mrs. Pucinski.

### PROOF OF SERVICE

I, the undersigned, being first duly sworn on oath,

depose and state that on this date I served 6 copies of my

Pro Se Post Conviction Petition to the Cook County Circuit Court

Clerk, Mrs. Pucinski.

_Jerome B Hendricks_
PRO SE PETITIONER

Subscribed and Sworn To

Before me this____11____ day of ___APR.1_____,A.D. 1994.

NOTARY PUBLIC

OFFICIAL SEAL
M. I. PATEL
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXP. JUNE 25,1994

9.    C    12

NO._____

**ORIGINAL** IN THE
APPELLATE COURT OF ILLINOIS
**FILE COPY** FIRST DISTRICT
**DO NOT REMOVE**

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | APPEAL FROM THE CIRCUIT COURT OF COOK |
| Plaintiff- Appellee. | ) | COUNTY, ILLINOIS. |
| | ) | |
| -vs- | ) | INDICTMENT NO. 88 CR-12517 |
| | ) | HONORABLE |
| | ) | |
| JEROME HENDRICKS, | ) | LEO HOLT |
| PRO SE PETITIONER. | ) | JUDGE PRESIDING |

---

### APPLICATION TO SUE OR DEFEND AS A POOR PERSON

Applicant, <u>Jerome Hendricks</u>, respectfully requests the Court, pursuant to Illinois Revised Statutes, Ch.110. Sec. 5-105 and Rule 298 of the Illinois Supreme Court, to grant him leave to defend the above- captioned cause as a poor person. In support of this request, applicant states the following statements are true in substance and in fact:

1. I am the defendant in the above- captioned legal proceeding.

2. I am a poor person and unable to defend this action and an unable to pay the costs, fees, and expenses of this action.

3. My occupation or means of subsistence:
   (a) I am not currently employed due to my imprisonment at Pontiac Correctional Center, but I do receive a State stipend of $40.00 per month as a receyling worker.
   (b) The amount and source of all other income or support are:

4. My total income for the preceding year was <u>None.</u>

5. The sources and amount of income expected by me hereafter are:
   None:_____

6. The nature and current value of my property, real or personal, owned by me:
   (a) Real Estate: None Value :<u>None</u>
   (b) Automoblie: <u>None</u> Value: <u>None</u>
   (c) Cash, Savings, Checking Accounts: <u>None</u>

7. No applications for leave to sue or defend as a poor person were filed by me or on my behalf during the preceeding year, except as follows;

8. I believe in good faith that I have a meritorious defense.

ORIGINAL
FILE COPY
DO NOT REMOVE

NO. _____

IN THE
APPELLATE COURT OF ILLINOIS
FIRST DISTRICT

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | )APPEAL FROM THE CIRCUIT COURT OF COOK |
|    Plaintiff- Appellee. | )COUNTY, ILLINOIS. |
| | )INDICTMENT NO. 88 CR-12517 |
|    −vs− | ) HONORABLE |
| | ) LEO HOLT |
| JEROME HENDRICKS, | ) JUDGE PRESIDING |
| PRO SE PETITIONER. | ) |

---

MOTION TO PROCEED IN FORMA
PAUPERIS AND TO APPOINT COUNSEL


Petitioner's Jerome Hendricks, comes before the Court and respecfully requests that he be
permitted to file the attached Petition for a Pro Se  Petition in forma pauperis
and to proceed in forma pauperis, and to have an attorney appointed to represent him in
this proceeding.

In support of this request, petitioner states:


1. He is presently incarcerated at the Pontiac Correctional Center.
   in Pontiac, Illinois 61764.

2. He is without adequate income or assets with which to pay the costs
   of this litigation or to procure counsel.


WHEREFORE, petitioner prays that he be granted leave to file and to proceed in forma pauperis
in the above- captioned Petition for the Petition and to have counsel appointed to
represent him this proceeding.

_Jerome B. Hendricks_
Petitioner, Pro Se

I, Jerome Hendricks, swear that that the facts stated in this Motion are true and correct
in substance and in fact.

_Jerome B. Hendricks_
Petitioner, Pro Se

Signed before me this ___11 7th___ day of __A Pril__, 1994 _____

OFFICIAL SEAL
M. I. PATEL
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXP. JUNE 25,1994

11.    C    14

### A F F I D A V I T

I, Jerome Hendricks, affiant, do solemnly state as follows that:

1.  I am the Pro Se Petitioner in the above entitled cause.

2.  I have read and understand the attached
    Pro Se Post Conviction Petition Relief.

3.  The Pro Se Post Conviction Petition Relief is true and correct to the best of my
    knowledge.

_11 April 94_
Date:

_Jerome J.S. Hendricks_
Signature, Pro Se Petitioner

Subscribed And Sworn To before me this

_11 TH_ day of _April_ , 1994.

_____
Signature of Notary Public

> OFFICIAL SEAL
> M. I. PATEL
> NOTARY PUBLIC STATE OF ILLINOIS
> MY COMMISSION EXP. JUNE 25,1994

C    15

12.

### CONCLUSION

On the basis of the foregoing allegations----- and taking into account any arguments
to this Pro Se Post Conviction Petition to be tendered as and when additional
factual information becomes available to counsel--------------------
Jerome Hendricks moves that his conviction and sentence be vacated, and that he be
afforded a new trial, on grounds that his conviction and sentence are

violative of his constitutional rights to Due Process Of Law , as set forth above.


WHEREFORE JEROME HENDRICKS, petitioner pro se moves for an evidentiary
hearing on the foregoing allegations, and thereafter, for relief pursuant

to the Post Conviction Hearing Act, Illinois Compiled Statutes, Chapter 725,

Section 5/122 et seq.



Respectfully submitted,

_Jerome B. Hendricks_


13.    C    16

2152
PLACITA - APPEALS

CCG-76A-5M-12-16-82(216)

## UNITED STATES OF AMERICA

STATE OF ILLINOIS,        } ss.
COUNTY OF COOK

PLEAS, before the Honorable ............ LEO E. HOLT ...........................................................

one of the Judges of the Circuit Court of Cook County, in the State of Illinois, holding a branch Court of said

Court, at the Court House in said County, and State, on ........... JUNE 17 ..............................................,

in the year of our Lord, one thousand nine hundred and ......... NINETY-FOUR .............. and of the Independence

of the United States of America, the two hundredth and ..... SEVENTEENTH YEAR ..............................

PRESENT: - The Honorable ......... THOMAS R. FITZGERALD .....................
                                                            Judge of the Circuit Court of Cook County.

JACK M. O'MALLEY.............. State's Attorney

MICHAEL F. SHEAHAN........... Sheriff

Attest:   AURELIA PUCINSKI   Clerk.

C    17

FILED

AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

STATE OF ILLINOIS )
                  )§
COUNTY OF COOK    )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT    -    CRIMINAL DIVISION


JEROME HENDRICKS              )
                  Petitioner )
                             )
            vs.              )    P.C. NO. 88 CR-12517
                             )
PEOPLE OF THE STATE OF ILLINOIS )
                  Respondent )


<u>AMENDED MOTION TO DISMISS</u>

Now comes the Respondent, People of the State of Illinois, by Jack O'Malley, State's Attorney of Cook County, Illinois, and John Haskins, Assistant State's Attorney, and respectfully moves this Honorable Court to strike the petition heretofore filed herein and to dismiss the proceedings for the following reasons:

1.   Petitioner's allegations fail to raise any constitutional questions within the purview of the Post-Conviction Hearing Act.

2.   Those of petitioner's allegations which might in their broadest sense be construed as raising such constitutional questions are merely bare allegations which, on numerous occasions, have been held by the Supreme Court of Illinois and the Appellate Court of Illinois, First District, to be not sufficient to require a hearing.

1

C   18

3.    The petitioner's allegations are barred by the doctrines
of res judicata and waiver.    The petitioner had appealed his
conviction and sentence.    The petitioner's conviction and sentence
were affirmed on direct appeal.    According to applicable Illinois
case law, it is well established that the scope of post-conviction
review is limited by the doctrines of res judicata and waiver.
Where the petitioner has appealed his conviction, all issues
actually adjudicated on direct appeal are now res judicata, and all
issues which the petitioner could have raised in his direct appeal
but failed to raise are now deemed waived.    People v. Stewart, 123
Ill.2d 368, 528 N.E.2d 631 (1988); People v. Gaines, 105 Ill.2d 79,
473 N.E.2d 868 (1984); People v. Derengowski, 44 Ill.2d 476, 256
N.E.2d 455 (1970).

4.    The petitioner had previously filed a petition for post-
conviction relief which was denied on March 21, 1994.    This was
affirmed by the Illinois Appellate Court in an Anders Opinion Rule
23 on November 21, 1994.    Therefore, the allegations which are
contained in the current petition for post-conviction are barred by
the doctrines of res judicata and waiver.    Illinois Revised
Statutes, 725 ILCS 5/122-3, states:    "Any claim of substantial
denial of constitutional rights not raised in the original or
amended petition is waived."    Ill. Rev. Stat., 725 ILCS 5/122-3.
The Illinois Post-Conviction Hearing Act contemplates the filing of
only one post-conviction petition.    The Illinois Supreme court has
held that a ruling on a post-conviction petition has res judicata
effect with respect to all claims that were raised or could have

2

or could have been raised in the initial petition. <u>People v. Free</u>,
122 Ill.2d 367, 522 N.E.2d 1184 (1988); <u>People v. Richeson</u>, 50
Ill.2d 46, 277 N.E.2d 134 (1971).

WHEREFORE, the respondent prays that an order be entered by
this Court, striking the petition of the petitioner Jerome
Hendricks,  and dismissing the proceedings.

Respectfully submitted

JACK O'MALLEY
State's Attorney of
Cook County, Illinois

By:

John Haskins
Assistant State's Attorney

3

C    20

(Rev. 8/11/92) CCCR 0084

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS )
                                     )

INDICTMENT NO. *88CR-125 17*

                               )

INDICTMENT FOR:_____

                  vs.           )

                               )

*POST CONVICTION*

*JEROME HENDRICKS* )

## CERTIFIED REPORT OF DISPOSITION

### The following disposition was rendered before the Honorable Judge

*LEO E. HOLT. ON DECEMBER 16, 1994 PETITION*

*FOR POST CONVICTION RELIEF WAS DISMISSED.*

I hereby certify that the foregoing has been entered of record on the above captioned case.

Date: *December 28, 1994*

*Aurelia Pucinski*
**AURELIA PUCINSKI** , Clerk of the Circuit Court

**AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

TO THE APPELLATE COURT OF ILLINOIS
IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS )
                             ) No. 88-CR-12517
      vs.                ) P.C. Judge: Leo Holt
                             ) Attorney: Diane Slocum
Jerome Hendricks          )           Assistant Public Defender

### NOTICE OF APPEAL

An Appeal is taken from the order of judgment described below:
APPELLANT'S NAME: Jerome Hendricks, Reg. No. N-53807
IR#                         D.O.B. 04/04/61
APPELLANT'S ADDRESS:  Pontiac Correctional Center
APPELLANT'S ATTORNEY: State Appellate Defender
ADDRESS: 100 W. Randolph, Chgo., IL 60601
OFFENSE: Murder, Agg. Criminal Sexual Assault, Agg. Kidnapping,
Concealment of a Homicide.
JUDGEMENT: Dismissal of Petition for Post Conviction Relief
Date: December 16, 1994
SENTENCE: Natural Life plus 30 years

ATTORNEY FOR APPELLANT, DIANE SLOCUM, APD

### VERIFIED PETITION FOR REPORT OF PROCEEDINGS
### COMMON LAW RECORD AND FOR APPOINTMENT OF COUNSEL ON APPEAL

Under Supreme Court Rules 605-608, appellant asks the Court to order the
Official Court Reporter to transcribe an original and copy of the proceedings
file the original with the Clerk and deliver a copy to the appellant; order
the Clerk to prepare the Record on Appeal and to Appoint **State Appellate
Defender** on Appeal. Appellant, being duly sworn, says that at the time of his
conviction he was and is unable to pay for the Record or an appeal lawyer.

_____
                 APPELLANT

SUBSCRIBED and SWORN TO THIS _____DAY OF _____19____

_____
                NOTARY PUBLIC
                ORDER
IT IS ORDERED the **State Appellate Defender** be appointed as counsel on appeal
and the Record and Report of Proceedings be furnished appellant without cost.
Dates to be transcribed:

PRE-TRIAL MOTION DATE (S) _____    OTHER December 16, 1994
TRIAL DATE (S) _____    JURY WAIVER DATE
SENTENCING DATE (S) _12-16-94_
DATE: _____    ENTER:
                                       JUDGE

# FILED

JAN 11 1995

AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

C    22

(Rev 4/91) CRIM. DIV. FORM # 79

## NOTICE OF NOTICE OF APPEAL

TO:

**Honorable  ROLAND BURRIS**
**Attorney General, State of Illinois**
**Springfield, Illinois**

_____

_____

**Honorable  JACK O'MALLEY**
**State's Attorney of Cook County**
**Room 573, Daley Center**
**Chicago, Illinois**

_____

_____

**Official Shorthand Rept.  Office**
**4th. Floor, 2650 S.  California Ave.**
**Chicago, Illinois  60608**

_____

_____

**Appellate Court of Illinois**
**28th Floor, Daley Center**
**Chicago, Illinois**

_____

_____


**INRE:**          **PEOPLE OF THE STATE OF ILLINOIS**

**vs.**

*Hendricks, Jerome* 01

**CASE NO.** 88 c 12517


**YOU ARE HEREWITH NOTIFIED** that pursuant to Rule 606E, of the Illinois Supreme Court, effective,  January 1, 1967, a Notice of Appeal was filed with the Clerk of the Circuit Court of Cook County, County Department Criminal Division, on _____ 1-11-95 _____,
a copy of which is hereto attached.


**Submitted by**

*Aurelia Puerolski*

**Clerk of the Circuit Court of Cook County**


**(OVER)**

C   23

TO THE APPELLATE COURT OF ILLINOIS
IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS )
                                 ) No. 88-CR-12517
        vs.                      ) P.C. Judge: Leo Holt
                                 ) Attorney: Diane Slocum
Jerome Hendricks                 )           Assistant Public Defender

## NOTICE OF APPEAL

An Appeal is taken from the order of judgment described below:
APPELLANT'S NAME: Jerome Hendricks, Reg. No. N-53807
IR#                          D.O.B. 04/04/61
APPELLANT'S ADDRESS:  Pontiac Correctional Center
APPELLANT'S ATTORNEY: State Appellate Defender
ADDRESS: 100 W. Randolph, Chgo., IL 60601
OFFENSE: Murder, Agg. Criminal Sexual Assault, Agg. Kidnapping,
  Concealment of a Homicide.
JUDGEMENT: Dismissal of Petition for Post Conviction Relief
Date: December 16, 1994
SENTENCE: Natural Life plus 30 years

ATTORNEY FOR APPELLANT, DIANE SLOCUM, APD

### VERIFIED PETITION FOR REPORT OF PROCEEDINGS
### COMMON LAW RECORD AND FOR APPOINTMENT OF COUNSEL ON APPEAL

Under Supreme Court Rules 605-608, appellant asks the Court to order the
Official Court Reporter to transcribe an original and copy of the proceedings
file the original with the Clerk and deliver a copy to the appellant; order
the Clerk to prepare the Record on Appeal and to Appoint **State Appellate
Defender** on Appeal. Appellant, being duly sworn, says that at the time of his
conviction he was and is unable to pay for the Record or an appeal lawyer.

                              APPELLANT

SUBSCRIBED and SWORN TO THIS _____DAY OF _____ — 19___

                              NOTARY PUBLIC

#### ORDER
IT IS ORDERED the **State Appellate Defender** be appointed as counsel on appeal
and the Record and Report of Proceedings be furnished appellant without cost.
Dates to be transcribed:

PRE-TRIAL MOTION DATE (S) _____    OTHER December 16, 1994
TRIAL DATE (S)                          JURY WAIVER DATE
SENTENCING DATE (S)  12-16-94
DATE: _____              ENTER:
                                               JUDGE

# FILED

JAN 11 1995                        C    2 5

AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

(Rev. 4/2 /92) CCCR 0056

STATE OF ILLINOIS ) ss.
COOK COUNTY ) ss.

I, AURELIA PUCINSKI, Clerk of the Circuit Court of Cook County, in said County and State and Keeper of the Records and Seal thereof, do hereby certify the above and foregoing to be a true and complete copy of .. A (ONE) VOLUME RECORD CONSISTING OF THE COMMON LAW RECORD, ONLY. NO PRAECIPE HAVING BEEN FILED PURSUANT TO THE NOTICE OF APPEAL FILED IN THE APPELLATE COURT UNDER APPELLATE COURT NO. 95-0474 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

in a certain cause. . . . . . . . . . . . . . . . . . . LATELY . . . . . . . . . . . . . . . . . . . . pending in said Court, between

The people of the State of Illinois . . . . . . . . . . . . . . WERE . . . . . . . . . . . . . . . . . . RESPONDENTS

JROME HENDRICKS . . . . . . . . . . . . . . . . . . . . WAS . . . . . . . . . . . . . . . . . . . . and PETITIONER

Witness, AURELIA PUCINSKI, Clerk of the Court and the Seal thereof, at Chicago,. In said

County, . . . . . . . . . . . . . . . . MARCH 13 . . . . . . . . . . , 19. 95 .



C    26

# Transcript of Record

## Appeal

## to

_____ APPELLATE _____ **Court of Illinois**

_____ FIRST _____ **District**

**Circuit Court No.** _____ 88 CR 12517 _____

**Trial Judge** _____ WILBUR CROOKS _____

**Reviewing Court No.** _____ ~~1XXXXXX~~ 06 - 2093 _____

_____ THE PEOPLE OF THE STATE OF ILLINOIS _____

## vs.

FILED

APPELLATE COURT 1st DIST.

JAN 0 8 2007

_____ JEROME HENDRICKS _____

STEVEN M. RAVID
CLERK

## from

# CIRCUIT COURT

## of

# COOK COUNTY, ILLINOIS

## COUNTY DEPARTMENT, CRIMINAL DIVISION

ONE VOLUME

COMMON LAW RECORD

**DOROTHY BROWN,**
**Clerk of the Circuit Court**

Per _____ DB/SG _____
**Deputy**

(Rev. 1/17/01) CCCR 0310

2152
**PLACITA**    (This form replaces CCM1-150A8)                    (Rev. 12/7/00)  CCG 0076

## UNITED STATES OF AMERICA

**STATE OF ILLINOIS**  } ss:
**COUNTY OF COOK**

PLEAS, before the Honorable _____ **WILBUR CROOKS** _____

one of the Judges of the Circuit Court of Cook County, in the State of Illinois, holding a branch Court of

said Circuit Court, at the Court House in said County and State, on _____ **3-15** _____, ___ **2005** ___ .


PRESENT: The Honorable ____ **PAUL P. BIEBEL** _____
                          Judge of the Circuit Court of Cook County

STATE'S ATTORNEY **RICHARD DEVINE** _____

SHERIFF ___ **MICHAEL SHEAHAN** _____

Attest: **DOROTHY BROWN** • • • • • • ; Clerk.


CG0001

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 001

PEOPLE OF THE STATE OF ILLINOIS

VS                          NUMBER 88CR1251701

JEROME      HENDRICKS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

Charging the above named defendant with:

| | | |
|---|---|---|
| 38-9-1-A(1) | F | MURDER |
| 38-9-1-A(2) | F | MURDER |
| 38-9-1-A(3) | F | MURDER |
| 38-9-1-A(3) | F | MURDER |
| 38-12-14-A(1) | F | AGG CRIM SEX ASSAULT |
| 38-12-14-A(2) | F | AGG CRIM SEX ASSAULT |
| 38-12-14-A(3) | F | AGG CRIM SEX ASSAULT |
| 38-12-14-A(4) | F | AGG CRIM SEX ASSAULT |
| 38-12-14-A(4) | F | AGG CRIM SEX ASSAULT |
| 38-12-14-B(1) | F | AGG CRIM SEX ASSAULT |
| 38-12-13-A(1) | F | CRIM SEXUAL ASSAULT |
| 38-9-3.1-A | F | CONCEAL HOM DEATH |
| 38-10-1-A(1) | F | KIDNAPPING |
| 38-10-2-A(2) | F | AGGRAVATED KIDNAPPING |
| 38-10-2-A(3) | F | AGGRAVATED KIDNAPPING |
| 38-10-2-A(3) | F | AGGRAVATED KIDNAPPING |
| 38-10-2-A(3) | F | AGGRAVATED KIDNAPPING |
| 38-10-3-A | F | UNLAWFUL RESTRAINT |

The following disposition(s) was/were rendered before the Honorable Judge(s):


08/22/88 IND/INFO-CLK OFFICE-PRES JUDGE          09/02/88 1701
     FITZGERALD, RICHARD J.
09/02/88 APPEARANCE FILED
     FITZGERALD, RICHARD J.
09/02/88 DEFENDANT ARRAIGNED
     FITZGERALD, RICHARD J.
09/02/88 PLEA OF NOT GUILTY
     FITZGERALD, RICHARD J.
09/02/88 CASE ASSIGNED                           09/02/88 6726
     FITZGERALD, RICHARD J.
09/02/88 MOTION TO SUBSTITUTE JUDGE                      S        2
     FITZGERALD, RICHARD J.

C60002

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 002

PEOPLE OF THE STATE OF ILLINOIS

                VS                    NUMBER 88CR1251701

    JEROME        HENDRICKS

        CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
09/02/88 CASE ASSIGNED                          09/09/88 6714
        FITZGERALD, RICHARD J.
09/09/88 CONTINUANCE BY AGREEMENT               10/17/88
        MEEKINS, FRANK W.
10/17/88 CONTINUANCE BY AGREEMENT               12/16/88
        HOLT, LEO E
12/16/88 CONTINUANCE BY AGREEMENT               02/02/89
        HOLT, LEO E
02/02/89 WITNESSES ORDERED TO APPEAR            02/02/89 6714
        HOLT, LEO E
02/02/89 CONTINUANCE BY AGREEMENT               03/29/89
        HOLT, LEO E
03/29/89 CONTINUANCE BY AGREEMENT               04/14/89
        HOLT, LEO E
 4/14/89 CONTINUANCE BY AGREEMENT               04/18/89
        HOLT, LEO E
04/14/89 WITNESSES ORDERED TO APPEAR            04/18/89 6714
        HOLT, LEO E
04/14/89 CONTINUANCE BY AGREEMENT               06/05/89
        HOLT, LEO E
06/05/89 WITNESSES ORDERED TO APPEAR            06/05/89 6714
        HOLT, LEO E
06/05/89 CONTINUANCE BY AGREEMENT               08/14/89
        HOLT, LEO E
08/14/89 MOTION DEFT - CONTINUANCE - MD         08/21/89
        HOLT, LEO E
08/21/89 MOTION DEFT - CONTINUANCE - MD         08/23/89
        HOLT, LEO E
08/23/89 CONTINUANCE BY AGREEMENT               10/06/89
        HOLT, LEO E
10/06/89 CONTINUANCE BY AGREEMENT               11/17/89
        HOLT, LEO E
11/17/89 CONTINUANCE BY AGREEMENT               01/12/90
        HOLT, LEO E
01/12/90 MOTION DEFT - CONTINUANCE - MD         01/19/90
        HOLT, LEO E
01/19/90 WITNESSES ORDERED TO APPEAR            01/19/90 6714
        HOLT, LEO E

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS       Page 003

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 88CR1251701

JEROME       HENDRICKS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

01/19/90 CONTINUANCE BY AGREEMENT                02/15/90
         HOLT, LEO E
02/15/90 WITNESSES ORDERED TO APPEAR             02/15/90 6714
         HOLT, LEO E
02/15/90 MOTION DEFT - CONTINUANCE - MD          02/20/90
         HOLT, LEO E
02/20/90 WITNESSES ORDERED TO APPEAR             02/20/90 6714
         HOLT, LEO E
02/20/90 CONTINUANCE BY AGREEMENT                02/27/90
         HOLT, LEO E
02/27/90 WITNESSES ORDERED TO APPEAR             02/27/90 6714
         HOLT, LEO E
02/27/90 CONTINUANCE BY ORDER OF COURT           03/07/90
         HOLT, LEO E
 3/07/90 MOTION DEFT - CONTINUANCE - MD .        03/13/90
         HOLT, LEO E
03/13/90 CONTINUANCE BY AGREEMENT                03/29/90
         HOLT, LEO E
03/29/90 CONTINUANCE BY ORDER OF COURT           04/04/90
         HOLT, LEO E
04/04/90 DEFENDANT IN CUSTODY
         HOLT, LEO E
04/04/90 MOTION DEFT - CONTINUANCE - MD          04/09/90
         HOLT, LEO E
04/09/90 DEFENDANT IN CUSTODY
         HOLT, LEO E
04/09/90 MOTION DEFT - CONTINUANCE - MD          05/16/90
         HOLT, LEO E
05/16/90 DEFENDANT IN CUSTODY
         HOLT, LEO E
05/16/90 MOTION DEFT - CONTINUANCE - MD          05/31/90
         HOLT, LEO E
05/31/90 DEFENDANT IN CUSTODY
         HOLT, LEO E
05/31/90 CONTINUANCE BY ORDER OF COURT           06/27/90
         HOLT, LEO E
06/27/90 DEFENDANT IN CUSTODY
         HOLT, LEO E

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 004

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 88CR1251701

    JEROME      HENDRICKS

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
06/27/90 CONTINUANCE BY AGREEMENT                08/03/90
      HOLT, LEO E
08/03/90 DEFENDANT IN CUSTODY
      HOLT, LEO E
08/03/90 CONTINUANCE BY AGREEMENT                08/10/90
      HOLT, LEO E
08/10/90 DEFENDANT IN CUSTODY
      HOLT, LEO E
08/10/90 WITNESSES ORDERED TO APPEAR             08/10/90 6714
      HOLT, LEO E
08/10/90 CONTINUANCE BY AGREEMENT                10/09/90
      HOLT, LEO E
10/09/90 DEFENDANT IN CUSTODY
      HOLT, LEO E
 J/09/90 CONTINUANCE BY AGREEMENT                10/23/90
      HOLT, LEO E
10/23/90 WITNESSES ORDERED TO APPEAR             10/23/90 6714
      HOLT, LEO E
10/23/90 CONTINUANCE BY AGREEMENT                01/14/91
      HOLT, LEO E
10/22/90 CHANGE PRIORITY STATUS            P
      HOLT, LEO E
10/22/90 CONTINUANCE BY AGREEMENT                01/14/91
      HOLT, LEO E
01/14/91 DEFENDANT IN CUSTODY
      HOLT, LEO E
01/14/91 WITNESSES ORDERED TO APPEAR             01/14/91 6714
      HOLT, LEO E
01/14/91 CONTINUANCE BY AGREEMENT                01/22/91
      HOLT, LEO E
01/22/91 WITNESSES ORDERED TO APPEAR             01/22/91 6714
      HOLT, LEO E
01/22/91 MOTION DEFT - CONTINUANCE - MD          02/04/91
      HOLT, LEO E
02/04/91 DEFENDANT IN CUSTODY
      HOLT, LEO E
02/04/91 WITNESSES ORDERED TO APPEAR             02/04/91 6714
      HOLT, LEO E

000005

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 005

PEOPLE OF THE STATE OF ILLINOIS

VS                          NUMBER 88CR1251701

JEROME          HENDRICKS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
02/04/91 MOTION DEFT - CONTINUANCE - MD          02/05/91
    HOLT, LEO E
02/05/91 DEFENDANT IN CUSTODY
    HOLT, LEO E
02/05/91 CONTINUANCE BY ORDER OF COURT          02/06/91
    HOLT, LEO E
02/06/91 DEFENDANT IN CUSTODY
    HOLT, LEO E
02/06/91 CONTINUED BENCH TRIAL          02/07/91
    HOLT, LEO E
02/07/91 DEFENDANT IN CUSTODY
    HOLT, LEO E
02/07/91 CONTINUED BENCH TRIAL          02/08/91
    HOLT, LEO E
2/08/91 DEFENDANT IN CUSTODY
    HOLT, LEO E
02/08/91 MOTION TO DISMISS INDICTMENT                    D          2
    HOLT, LEO E
02/08/91 CONTINUED BENCH TRIAL          02/11/91
    HOLT, LEO E
02/11/91 DEFENDANT IN CUSTODY
    HOLT, LEO E
02/11/91 CONTINUED BENCH TRIAL          02/13/91
    HOLT, LEO E
02/13/91 DEFENDANT IN CUSTODY
    HOLT, LEO E
02/13/91 CONTINUED BENCH TRIAL          02/14/91
    HOLT, LEO E
02/14/91 DEFENDANT IN CUSTODY
    HOLT, LEO E
02/14/91 CONTINUED BENCH TRIAL          02/19/91
    HOLT, LEO E
02/19/91 DEFENDANT IN CUSTODY
    HOLT, LEO E
02/19/91 CONTINUED JURY TRIAL          02/20/91
    HOLT, LEO E
02/20/91 DEFENDANT IN CUSTODY
    HOLT, LEO E

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 006

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 88CR1251701

JEROME        HENDRICKS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
02/20/91 MOTION DIRECT VERD OR FINDING                      E
     HOLT, LEO E
02/20/91 CONTINUED BENCH TRIAL              02/21/91
     HOLT, LEO E
02/21/91 DEFENDANT IN CUSTODY
     HOLT, LEO E
02/21/91 CONTINUANCE BY ORDER OF COURT      03/25/91
     HOLT, LEO E
03/25/91 DEFENDANT IN CUSTODY
     HOLT, LEO E
03/25/91 MOTION DIRECT VERD OR FINDING                      S
     AS TO COUNTS 5 & 8 ONLY
     HOLT, LEO E
^3/25/91 DIR FINDING NOT GUILTY          C005
     HOLT, LEO E
03/25/91 DIR FINDING NOT GUILTY          C008
     HOLT, LEO E
03/25/91 CONTINUED BENCH TRIAL              03/26/91
     HOLT, LEO E
03/26/91 DEFENDANT IN CUSTODY
     HOLT, LEO E
03/26/91 CONTINUED BENCH TRIAL              04/16/91
     HOLT, LEO E
04/16/91 DEFENDANT IN CUSTODY
     HOLT, LEO E
04/16/91 CONTINUED BENCH TRIAL              05/21/91
     HOLT, LEO E
05/21/91 DEFENDANT IN CUSTODY
     HOLT, LEO E
05/21/91 CONTINUANCE BY AGREEMENT           05/23/91
     HOLT, LEO E
05/23/91 DEFENDANT IN CUSTODY
     HOLT, LEO E
05/23/91 WITNESSES ORDERED TO APPEAR        05/23/91 6714
     HOLT, LEO E
05/23/91 CONTINUANCE BY AGREEMENT           05/29/91
     HOLT, LEO E

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 007

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 88CR1251701

    JEROME        HENDRICKS

              CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
05/29/91 DEFENDANT IN CUSTODY
        HOLT, LEO E
05/29/91 CONTINUED BENCH TRIAL                        05/30/91
        HOLT, LEO E
05/30/91 DEFENDANT IN CUSTODY
        HOLT, LEO E
05/30/91 FINDING OF GUILTY                  C001
        HOLT, LEO E
05/30/91 FINDING OF GUILTY                  C002
        HOLT, LEO E
05/30/91 FINDING OF GUILTY                  C003
        HOLT, LEO E
05/30/91 FINDING OF GUILTY                  C010
        HOLT, LEO E
5/30/91 FINDING OF GUILTY                   C012
        HOLT, LEO E
05/30/91 FINDING OF GUILTY                  C013
        HOLT, LEO E
05/30/91 FINDING OF GUILTY                  C014
        HOLT, LEO E
05/30/91 FINDING OF GUILTY                  C015
        HOLT, LEO E
05/30/91 FINDING OF GUILTY                  C016
        HOLT, LEO E
05/30/91 FINDING OF GUILTY                  C017
        HOLT, LEO E
05/30/91 FINDING OF GUILTY                  C018
        HOLT, LEO E
05/30/91 FINDING OF NOT GUILTY              C004
        HOLT, LEO E
05/30/91 FINDING OF NOT GUILTY              C006
        HOLT, LEO E
05/30/91 FINDING OF NOT GUILTY              C007
        HOLT, LEO E
05/30/91 FINDING OF NOT GUILTY              C009
        HOLT, LEO E
05/30/91 FINDING OF NOT GUILTY              C011
        HOLT, LEO E

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 008

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 88CR1251701

JEROME      HENDRICKS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
05/30/91 JGMT ON FINDING/VERDICT/PLEA                    F
      HOLT, LEO E
05/30/91 BAIL REVOKED
      HOLT, LEO E
05/30/91 CHANGE PRIORITY STATUS          M
      HOLT, LEO E
05/30/91 PRE-SENT INVEST. ORD, CONTD TO          08/20/91 6714
      HOLT, LEO E
08/20/91 DEFENDANT IN CUSTODY
      HOLT, LEO E
08/20/91 MOTION DEFENDANT - NEW TRIAL                    D
      HOLT, LEO E
08/20/91 CONTINUANCE BY ORDER OF COURT          08/22/91
      HOLT, LEO E
 8/22/91 DEFENDANT IN CUSTODY
      HOLT, LEO E
08/22/91 SPECIAL ORDER
      DEFT ELIGIBLE FOR IMPUTION OF DEATH PENALTY
      HOLT, LEO E
08/22/91 CONTINUANCE BY ORDER OF COURT          08/26/91
      HOLT, LEO E
08/26/91 DEFENDANT IN CUSTODY
      HOLT, LEO E
08/26/91 DEF SENT TO LIFE IMPRISONMENT      C001
      LIFE INPRISONMENT
      HOLT, LEO E
08/26/91 DEF SENTENCED ILLINOIS DOC          C010
      CONSECUTIVE TO CT 1
                30 YRS
      HOLT, LEO E
08/26/91 DEF SENTENCED ILLINOIS DOC          C012
      CONCURRENT WITH CT 10 AND CONSECUTIVE TO CT 1
                5 YRS
      HOLT, LEO E
08/26/91 DEF SENTENCED ILLINOIS DOC          C014
      CONCURRENT WITH CTS 10 & 12 AND CONSECUTIVE TO CT 1
                15 YRS
      HOLT, LEO E

CCC009

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 009

PEOPLE OF THE STATE OF ILLINOIS

VS                   . NUMBER 88CR1251701

JEROME     HENDRICKS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
08/26/91 LET MITTIMUS ISSUE/MITT TO ISS
    HOLT, LEO E
08/28/91 NOTICE OF APPEAL FILED, TRNSFR
08/28/91 NOTICE OF NOTICE OF APP MAILED
08/28/91 CONTINUANCE BY ORDER OF COURT           09/13/91 1713
09/13/91 PUBLIC DEF APPTD FOR APPEAL
    FITZGERALD, THOMAS R.
09/13/91 O/C FREE REPT OF PROCD ORD N/C
    FITZGERALD, THOMAS R.
09/19/91 COMMON LAW RECORD PREPARED
09/20/91 CLR RECD BY APP COUNSEL
    PD
09/18/91 MEMO OF ORDS & NOA PICKED-UP
^9/13/91 APPELLATE COURT NUMBER ASGND                   91-2922
 2/04/91 TRANS PROC REC/FILED CLKS OFF
12/11/91 REPT OF PRCDS ORD FR CRT RPT
12/11/91 REPORT OF PROCEEDINGS PREPARED
12/17/91 REPRT/PROCDS RECD BY APP ATTRY
03/23/92 REPORT OF PROCEEDINGS PREPARED
01/12/94 MANDATE FILED                           01/24/94 1701
01/24/94 REVIEW COURT AFFIRMANCE
    FITZGERALD, THOMAS R.
02/24/94 POST-CONVICTION FILED             CALL 03/10/94 1701
03/10/94 TRANSFERRED                             03/17/94 6714
    BASTONE, ROBERT P.
03/17/94 CONTINUANCE BY ORDER OF COURT           03/23/94
    HOLT, LEO E
03/21/94 CASE ADVANCED                           03/21/94 6714
    HOLT, LEO E
03/21/94 POST-CONV PETITION DENIED
    HOLT, LEO E
04/07/94 NOTICE OF APPEAL FILED, TRNSFR
05/05/94 NOTICE OF NOTICE OF APP MAILED
05/05/94 CONTINUANCE BY ORDER OF COURT           05/10/94 1713
05/10/94 PUBLIC DEF APPTD FOR APPEAL
    FITZGERALD, THOMAS R.
05/10/94 O/C FREE REPT OF PROCD ORD N/C
    FITZGERALD, THOMAS R.

CC0010

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 010

PEOPLE OF THE STATE OF ILLINOIS

VS                          NUMBER 88CR1251701

JEROME      HENDRICKS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
05/10/94 MEMO OF ORDS & NOA PICKED-UP
    FITZGERALD, THOMAS R.
05/17/94 APPELLATE COURT NUMBER ASGND                      94-1570
04/19/94 POST-CONVICTION FILED              CALL 06/10/94 1701
06/10/94 TRANSFERRED                             06/17/94 6714
    BASTONE, ROBERT P.
06/17/94 CONTINUANCE BY ORDER OF COURT           06/27/94
    HOLT, LEO E
06/27/94 CONTINUANCE BY ORDER OF COURT           06/30/94
    HOLT, LEO E
06/30/94 CONTINUANCE BY ORDER OF COURT           07/27/94
    HOLT, LEO E
07/27/94 PUBLIC DEFENDER APPOINTED
    HOLT, LEO E
 7/27/94 CONTINUANCE BY ORDER OF COURT           09/16/94
    HOLT, LEO E
09/07/94 COMMON LAW RECORD PREPARED
09/07/94 REPORT OF PROCEEDINGS PREPARED
09/16/94 PUBLIC DEFENDER APPOINTED
    HOLT, LEO E
09/16/94 CONTINUANCE BY AGREEMENT                12/16/94
    HOLT, LEO E
09/14/94 CLR RECD BY APP COUNSEL
    PD
09/14/94 REPRT/PROCDS RECD BY APP ATTRY
    PD
12/16/94 POST-CONV PETITION DENIED
    HOLT, LEO E
01/11/95 NOTICE OF APPEAL FILED, TRNSFR
01/31/95 NOTICE OF NOTICE OF APP MAILED
01/31/95 CONTINUANCE BY ORDER OF COURT           02/03/95 1713
01/31/95 NOTICE OF MOTION/FILING                 02/24/95 6714
    APPEALING DECISION OF POST-CONVICTION, NEED  TATUS
02/03/95 PUBLIC DEF APPTD FOR APPEAL
02/03/95 O/C FREE REPT OF PROCD ORD N/C
02/03/95 MEMO OF ORDS & NOA PICKED-UP
02/23/95 MANDATE FILED
                                 03/03/95 1701

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 011

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 88CR1251701

JEROME     HENDRICKS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| | | |
|---|---|---|
| 02/24/95 CONTINUANCE BY ORDER OF COURT | 02/27/95 | 6714 |
| BROWNFIELD, GARY L. | | |
| 02/24/95 CONTINUANCE BY ORDER OF COURT | 03/07/95 | |
| HOLT, LEO E | | |
| 03/03/95 REVIEW COURT AFFIRMANCE | | |
| PORTER, DENNIS J | | |
| 03/03/95 TRANS PROC REC/FILED CLKS OFF | | |
| 03/07/95 CONTINUANCE BY ORDER OF COURT | 03/21/95 | |
| HOLT, LEO E | | |
| 03/13/95 REPORT OF PROCEEDINGS PREPARED | | |
| 03/13/95 COMMON LAW RECORD PREPARED | | |
| 03/15/95 CLR RECD BY APP COUNSEL | | |
| PD | | |
| 03/15/95 REPRT/PROCDS RECD BY APP ATTRY | | |
| PD | | |
| 03/21/95 DEFT SERVING SENTENCE | | |
| HOLT, LEO E | | |
| 02/09/95 APPELLATE COURT NUMBER ASGND | 95-0474 | |
| 06/06/95 TRANS PROC REC/FILED CLKS OFF | | |
| 06/08/95 SUPPL REPORT OF PRCD PREPARED | | |
| 06/14/95 SUPPL REC RECD BY APPL COUNSEL | | |
| PD | | |
| 06/25/96 SUPPL REPORT OF PRCD PREPARED | | |
| 06/26/96 SUPPL REPORT OF PRCD PREPARED | | |
| 06/27/96 SUPPL REC RECD BY APPL COUNSEL | | |
| STATE APPELLATE DEFENDER | | |
| 06/27/96 SUPPL REC RECD BY APPL COUNSEL | | |
| STATE APPELLATE DEFENDER | | |
| 01/23/97 MANDATE FILED | 02/05/97 | 1701 |
| 02/05/97 REVIEW COURT REVERSAL-RMD DRTN | 02/19/97 | 6714 |
| MAKI, WILLIAM | | |
| 02/19/97 DEFENDANT IN CUSTODY | | |
| HOLT, LEO E | | |
| 02/19/97 CONTINUANCE BY ORDER OF COURT | 03/04/97 | |
| HOLT, LEO E | | |
| 03/04/97 CONTINUANCE BY ORDER OF COURT | 03/14/97 | |
| HOLT, LEO E | | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 012

PEOPLE OF THE STATE OF ILLINOIS

                    VS              NUMBER 88CR1251701

        JEROME        HENDRICKS

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
03/14/97 CONTINUANCE BY ORDER OF COURT           03/17/97
       HOLT, LEO E
03/17/97 CONTINUANCE BY ORDER OF COURT           03/21/97
       DAVY, THOMAS M.
03/21/97 CONTINUANCE BY AGREEMENT                05/23/97
       HOLT, LEO E
05/23/97 CONTINUANCE BY ORDER OF COURT           08/29/97
       HOLT, LEO E
08/29/97 DEFENDANT NOT IN COURT
       HOLT, LEO E
08/29/97 CONTINUANCE BY AGREEMENT                12/05/97
       HOLT, LEO E
12/05/97 DEFENDANT NOT IN COURT
       HOLT, LEO E
 2/05/97 MOTION DEFT - CONTINUANCE - MD          01/14/98
       HOLT, LEO E
01/14/98 DEFENDANT NOT IN COURT
       HOLT, LEO E
01/14/98 MOTION DEFT - CONTINUANCE - MD          03/20/98
       HOLT, LEO E
03/20/98 MOTION DEFT - CONTINUANCE - MD          05/29/98
       HOLT, LEO E
05/29/98 DEFENDANT NOT IN COURT
       HOLT, LEO E
05/29/98 CONTINUANCE BY AGREEMENT                08/21/98 6714
       HOLT, LEO E
08/21/98 DEFENDANT NOT IN COURT
       HOLT, LEO E
08/21/98 TRANSFERRED                             09/08/98 1701
       HOLT, LEO E
09/08/98 CASE ASSIGNED                           09/17/98 6714
       JDG. HOLT ROOM 704
       FITZGERALD, THOMAS R.
09/17/98 MOTION DEFT - CONTINUANCE - MD          12/08/98
       HOLT, LEO E
12/08/98 DEFENDANT NOT IN COURT
       HOLT, LEO E

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 013

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 88CR1251701

JEROME       HENDRICKS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
12/08/98 MOTION DEFT - CONTINUANCE - MD       01/20/99 1716
        HOLT, LEO E
01/20/99 DEFENDANT NOT IN COURT
        HOLT, LEO E
01/20/99 MOTION DEFT - CONTINUANCE - MD       03/18/99
        HOLT, LEO E
03/18/99 MOTION DEFT - CONTINUANCE - MD       06/03/99
        HOLT, LEO E
06/03/99 MOTION DEFT - CONTINUANCE - MD       09/01/99
        HOLT, LEO E
09/01/99 CONTINUANCE BY ORDER OF COURT        11/02/99
        HOLT, LEO E
11/02/99 DEFENDANT IN CUSTODY
        HOLT, LEO E
 1/02/99 MOTION DEFT - CONTINUANCE - MD       12/01/99
        HOLT, LEO E
12/01/99 DEFENDANT NOT IN COURT
        HOLT, LEO E
12/01/99 DEFENDANT IN CUSTODY
        HOLT, LEO E
12/01/99 CONTINUANCE BY ORDER OF COURT        12/02/99
        HOLT, LEO E
12/02/99 MOTION DEFT - CONTINUANCE - MD       01/11/00
        HOLT, LEO E
01/11/00 MOTION DEFT - CONTINUANCE - MD       03/14/00
        HOLT, LEO E
01/24/00 HEARING DATE ASSIGNED                01/27/00 1716
        APPT. OF COUNSEL OTHER THEN PUBLIC DEFENDER
01/27/00 CONTINUANCE BY ORDER OF COURT        03/14/00
        HOLT, LEO E
01/31/00 HEARING DATE ASSIGNED                03/14/00 1716
        APPT. OF COUNSEL OTHER THEN P.D.
03/14/00 MOTION DEFT - CONTINUANCE - MD       04/10/00
        HOLT, LEO E
04/10/00 MOTION DEFT - CONTINUANCE - MD       04/24/00
        HOLT, LEO E
04/24/00 SPECIAL ORDER                        00/00/00
        M/D APPT OF COUNSEL OTHER THAN P.D.- DENIED
        HOLT, LEO E

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 014

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 88CR1251701

JEROME      HENDRICKS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
04/24/00 CONTINUANCE BY ORDER OF COURT           07/24/00
     HOLT, LEO E
07/24/00 DEFENDANT IN CUSTODY                    00/00/00
     HOLT, LEO E
07/24/00 DEFENDANT NOT IN COURT                  00/00/00
     HOLT, LEO E
07/24/00 CONTINUANCE BY AGREEMENT                09/13/00
     HOLT, LEO E
09/13/00 DEFENDANT IN CUSTODY                    00/00/00
     LACY, WILLIAM G.
09/13/00 DEFENDANT NOT IN COURT                  00/00/00
     LACY, WILLIAM G.
09/13/00 CONTINUANCE BY AGREEMENT                12/13/00
     LACY, WILLIAM G.
 2/13/00 DEFENDANT IN CUSTODY                    00/00/00
     HOLT, LEO E
12/13/00 MOTION DEFT - CONTINUANCE - MD          03/13/01
     HOLT, LEO E
03/13/01 CONTINUANCE BY AGREEMENT                06/05/01
     HOLT, LEO E
06/05/01 DEFENDANT IN CUSTODY                    00/00/00
     HOLT, LEO E
06/05/01 PRISONER DATA SHEET TO ISSUE            00/00/00
     HOLT, LEO E
06/05/01 CONTINUANCE BY AGREEMENT                08/30/01
     HOLT, LEO E
06/25/01 HEARING DATE ASSIGNED                   08/30/01 1716
     PARTIAL SUPPLEMENTAL POST CONVICTION PETITION
08/30/01 MOTION DEFT - CONTINUANCE - MD          11/15/01
     HOLT, LEO E
11/15/01 MOTION DEFT - CONTINUANCE - MD          02/14/02
     HOLT, LEO E
02/07/02 HEARING DATE ASSIGNED                   02/14/02 1716
     REMOVE COUNSEL-REQUEST COUNSEL OTHER THEN P.D. FFICE.
02/14/02 CONTINUANCE BY ORDER OF COURT           02/20/02
     HOLT, LEO E
02/20/02 DEFENDANT IN CUSTODY                    00/00/00
     HOLT, LEO E

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 015

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 88CR1251701

JEROME        HENDRICKS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
02/20/02 MOTION DEFT - CONTINUANCE - MD          05/22/02
     HOLT, LEO E
05/22/02 CONTINUANCE BY ORDER OF COURT           05/24/02
     HOLT, LEO E
05/24/02 CONTINUANCE BY ORDER OF COURT           08/14/02
     HOLT, LEO E
08/14/02 CONTINUANCE BY ORDER OF COURT           11/14/02
     HOLT, LEO E
11/14/02 MOTION DEFT - CONTINUANCE - MD          03/13/03
     HOLT, LEO E
03/13/03 MOTION DEFT - CONTINUANCE - MD          04/15/03
     HOLT, LEO E
04/15/03 CONTINUANCE BY AGREEMENT                05/21/03
     HOLT, LEO E
 5/21/03 DEFENDANT IN CUSTODY                00/00/00
     HOLT, LEO E
05/21/03 DEFENDANT NOT IN COURT                  00/00/00
     HOLT, LEO E
05/21/03 MOTION DEFT - CONTINUANCE - MD          07/09/03
     HOLT, LEO E
05/21/03 DEFENDANT IN CUSTODY                    00/00/00
     HOLT, LEO E
05/21/03 DEFENDANT NOT IN COURT                  00/00/00
     HOLT, LEO E
05/21/03 MOTION DEFT - CONTINUANCE - MD          07/09/03
     HOLT, LEO E
07/09/03 CONTINUANCE BY AGREEMENT                07/30/03
     KIRBY, JOHN P.
07/30/03 DEFENDANT IN CUSTODY                    00/00/00
     HOLT, LEO E
07/30/03 CONTINUANCE BY ORDER OF COURT           10/15/03
     HOLT, LEO E
10/15/03 SPECIAL ORDER
     M/S DISMISS ALLOWED
     HOLT, LEO E
02/23/05 SPECIAL ORDER                           00/00/00 F       2
     ADVERSE JUDGEMENT & MOTION TO VACATE ADVERSE JUDGEMENT.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS ·   Page 016

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 88CR1251701

JEROME      HENDRICKS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
```
02/23/05 HEARING DATE ASSIGNED                02/28/05 1716
02/28/05 DEFENDANT IN CUSTODY                 00/00/00
         CROOKS, WILBUR E.
02/28/05 DEFENDANT NOT IN COURT               00/00/00
         CROOKS, WILBUR E.
02/28/05 CONTINUANCE BY ORDER OF COURT        03/15/05
         CROOKS, WILBUR E.
03/15/05 DEFENDANT IN CUSTODY                 00/00/00
         CROOKS, WILBUR E.
03/15/05 DEFENDANT NOT IN COURT               00/00/00
         CROOKS, WILBUR E.
03/15/05 PUBLIC DEFENDER APPOINTED            00/00/00
         CROOKS, WILBUR E.
^3/15/05 M/D VACATE PLEA, FNDG, VRDCT         00/00/00 D        2
         CROOKS, WILBUR E.
03/15/05 SPECIAL ORDER                        00/00/00
         OFF CALL
         CROOKS, WILBUR E.
03/15/05 PREVIOUS ORDER TO STAND              08/26/91
         CROOKS, WILBUR E.
04/18/05 NOTICE OF APPEAL FILED, TRNSFR       00/00/00
04/18/05 NOTICE OF NOTICE OF APP MAILED       00/00/00
04/18/05 HEARING DATE ASSIGNED                04/29/05 1713
05/03/05 APPELLATE COURT NUMBER ASGND         00/00/00 05-1223
04/29/05 ILL STATE APPELLATE DEF APPTD        00/00/00
         BIEBEL, PAUL JR.
04/29/05 O/C FREE REPT OF PROCD ORD N/C       00/00/00
         BIEBEL, PAUL JR.
04/29/05 MEMO OF ORDS & NOA PICKED-UP         00/00/00
         BIEBEL, PAUL JR.
```

I hereby certify that the foregoing has
been entered of record on the above
captioned case.
Date 05/09/05

_____
              DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

THE STATE OF ILLINOIS VS.    CASE NO.    88CR12517

*Jerome Hendricks a*

| DA | PAPERS FILED |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

| DATE | JUDGE | ORDERS ENTERED |
|---|---|---|
| SEP 02 1988 | FITZGERALD | Ann 9-7-88 |
| | | Atty PD  Plus Appearance |
| | | Mr P.S.R. Ordered, waived formal |
| | | arraignment, enters Plea of |
| | | Not Guilty, CYS Request to Judge |
| | | Holt 09/09/88 |
| | | Stipulation for Pre-Trial Disc. Filed. |
| | | M/s SoJ Carey |
| 9/88 | Presiding | Making pp deft in custody. Atty Grant files Appearance. Transcripts tendered BA 10/17/88 x |
| OCT 17 1988 | JUDGE LEO E. HOLT | pp deft in custody. Draft Order for Discovery filed by Court. Subpoenaed material tendered to PD in open court. Deft admonished as to Trial in Absentia. B/A 12-16-88 x |

CCG-69 (3-81)    (OVER)

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| DEC 16 1988 | JUDGE LEO E. HOLT | pp deft in custody. M/S Leave to f/ Answer to Discovery allowed. BA 2/2/89 x |
| FEB 02 1989 | JUDGE LEO E. HOLT | pp deft in custody. Atty present. M/S Leave to file ling from Answer to Discovery allowed. M/D Leave to file Motions regarding Death Penalty Phase of Case allowed. State tenders Discovery. BA 3/29/89 w/s |
| MAR 29 1989 | LEO E. HOLT | pp deft in custody. Atty present M/D to Preclude Death Penalty Procedure - Denied. M/D to Compel the Prosecution to Disclose whether it will Request a Death Penalty Hearing etc - Denied. M/D to Prohibit Consideration of Arrest not resulting in Conviction etc - Withdrawn M/D to Declare the Illinois Death Penalty Unconstitutional - Denied. M/D to Compel Prosecution to Disclose whether it will Request a Death Pen Hearing if Jerome Hendricks is Convic of Murder - Denied. M/D for individual Voir Dire and Sequestration of Jurors during Voir Dire - Granted. M/D to Compel Prosecution to Disclose any Non-Statutory Aggravating Factor it will Present at the Sentencing hearing - Granted. M/D to Preclude the State from Death Qualifying a Potential Jury etc - Denied. M/D to Bar a Death Penalty Sentence Hearing Under 9-1(d) and to Bar Imposition of the |

THE PEOPLE OF THE STATE OF ILLINOIS VS

*Jerome Hendricks* 1

CASE NO. *87 CR 12517*

| DATE | PAPERS FILED |
|------|--------------|
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
|      |       | Inform the Defense of the States Intention to Use Evidence of Another Crime and amend States Answer to Discovery allowed |
| JAN 22 1991 | LEO E. HOLT | pp - deft in custody. MD 2/4/91 w/S Jury |
| FEB 04 1991 | LEO E. HOLT | pp deft in custody. MD 2/5/91 w/S Jury |
| FEB 05 1991 | LEO E. HOLT | pp deft in custody. MS Leave to amend Counts 3 & 4 of the indictment allowed. Deft waives right to hearing by jury as to the death phase and signs jury waiver. Plea of not guilty (HG) is entered. O/C 2/6/91 x 11:00 |
| FEB 06 1991 | LEO E. HOLT | pp deft in custody. MS Leave to amend CTS 5, 6, 7, 8, 9 & 11 allowed. Deft advised of right to trial by jury, waives jury trial and signs jury waiver. BA 2/7/91 x 1:00 |

CCG-69 (3-81)                                                      (OVER)