CASE NO. ___O8 cv 1589___

ATTACHMENT NO. ___12___

EXHIBIT _____

TAB (DESCRIPTION) _____

1                              <u>INDEX</u>

2

3

4    Date of Hearing:   11/2/99
     Page Numbers:  T-1 to T-7
5
                             <u>PROCEEDINGS</u>
6
     <u>LIST OF WITNESSES</u>      <u>DX</u>       <u>CX</u>      <u>RDX</u>      <u>RCX</u>
7

8    Continuance

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                          I N D E X

2

3      Date of Hearing:  12-2-99

4      Page Numbers:  V-1 - V-4

5                          PROCEEDINGS

6                          Page    DX      CX      RDX     RCX

7      Continuance         V-3

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                                    <u>INDEX</u>

2

3        Date of Hearing:  January 11, 2000

4        Pages:            X-1 through X-6

5

6

7        Case continued to 1-27-00

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1                          I N D E X

 2

 3    Date of hearing: 1-27-00

 4

 5    Pages: 1-4

 6

 7

 8    Continuance

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

1                        I N D E X

2

3   DATE OF HEARING:  March 14, 2000

4

5   NO. OF PAGES:     AA-1 to AA-5

6

7   CONTINUANCE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1

<u>I N D E X</u>

2

3    Date:  4/10/00
     People vs. Hendricks
4    Reported by Connie L. James, CSR
     Pages:  BB-3 thru BB-4
5

6

7    Continuance...............................BB-3

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                          I   N   D   E   X

2        Date of Hearing:  April 24, 2000

3        Page Numbers:  CC1 through CC4

4

5        Continuance

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                         I N D E X

2                      July 24, 2000

3      Pages DD1 through DD4

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                              INDEX

2
     Date of Hearing:  December 13, 2000
3
     Page Numbers:  FF-1 to FF-5
4

5                           PROCEEDINGS

6

7                                              PAGE

8

9    Continuance                              FF-4

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24



1

2                    I N D E X;  Pgs.  GG-1 to GG-5;3/13/01

3

             DIRECT   CROSS   REDIRECT   RECROSS

4    next date;6/5/01

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

GG-5

1                              <u>INDEX</u>

2
        Date of Hearing:  June 5, 2001
3
        Page Numbers:  II-1 to II-4
4

5                          <u>PROCEEDINGS</u>

6

7                                                  <u>PAGE</u>

8

9     Continuance                              II-3

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                          I N D E X

2
        Date:  August 30, 2001
3       Pages:  JJ-1 to JJ-4

4

5

6

7

8

9

10

11              Motion Petitioner Continuance              3

12

13

14
    WITNESS                    DX    CX   RDX    RCX   FD   FC
15  None

16

17

18

19

20

21

22

23

24

.

1                           I  N  D  E  X

2          Date of Proceedings: February 20, 2002

3                              Continuance

4                          Pages NN 1 to NN 10

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

<u>INDEX</u>

OO1 through OO6
Date:  5-22-02

OO - 2

1                           I   N   D   E   X

2        Date of Hearing:  May 24, 2002

3        Page Numbers:  PP1 through PP10

4

5        Continuance

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24



```
 1        I N D E X

 2

 3    P.V. JEROME HENDRICKS

 4    8-14-02

 5    QQ-1 to QQ-5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

1                          I N D E X

2

3

4    NAME OF CASE:  People of the State of Illinois

5    vs. Jerome Hendricks, the Defendant.

6

7

8    DATE HEARD:  March 13, 2003

9

10

11

12    PAGES:  SS - 1  through  SS - 7

13

14

15    (Case continued to April 15, 2003.)

16

17

18

19

20

21

22

23

24

1

```
 1                    E X H I B I T S

 2     NUMBER                             MARKED FOR ID

 3     (NONE)

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

1                    <u>I N D E X</u>

2
        Date:  April 15, 2003
3       Pages:  TT-1 to TT-4

4

5

6

7

8          Continuance                    3

9

10

11

12

13

14
| WITNESS | DX | CX | RDX | RCX | FD | FC |
|---------|----|----|-----|-----|----|----|
15 | None |

16

17

18

19

20

21

22

23

24

1     DATE:     5-21-03
      PAGES:    1-6
2

3                         I N D E X
                                                        PAGE
4
      Continuance                                         4
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                              I N D E X

2
       DATE OF PROCEEDINGS:  July 30, 2003
3      PAGES:  WW-1 through WW-6
       COURT REPORTER:  Elizabeth A. Reyes
4

5      PROCEEDINGS                                          PAGE

6      Case continued for hearing on motion to dismiss      2

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                          I N D E X

2       PETER PARIS
        October 13, 2003
3       PAGE 1 TO 4

4
        Petition to dismiss allowed...............Page 3
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1

2                                 INDEX

3

4        People vs. JEROME HENDRICKS

5

6        Reporter's Certificate - Page 4

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1          I N D E X

2

3    NAME:  The People of  the State of Illinois vs.

4    Jerome Hendricks, the Defendant.

5

6

7

8    DATE:  March 15, 2005

9

10

11

12    PAGES:  ZZ - 1  through  ZZ - 4

13

14

15

16

17

18

19

20

21

22

23

24

ZZ - 2

1          THE CLERK:  Sheet 11, line 13.  Jerome Hendricks.
2     Custody.
3          THE COURT:  Good morning, Mr. Hendricks.
4          DEFENDANT HENDRICKS:  How you doing, Honorable
5     Holt?
6          THE COURT:  Ms. O'Connor, this is back on
7     reversal from the Appellate Court, after denial of
8     the defendant's Post-Conviction Petition.
9          MS. OCONNOR:  Yes.
10         THE COURT:  And I think it was returned for a
11    failure of Mr. Hendricks' attorney to file a
12    certificate, as required by Supreme Court Rule.
13         MS. OCONNOR:  Yes.
14         THE COURT:  If that's the case, at this point in
15    time, there does not seem to be any reason why Mr.
16    Hendricks should be held in Cook County.
17         MS. OCONNOR:  No, Judge, it doesn't.  Appears to
18    be that way, since it's a post-conviction matter.
19         THE COURT:  Do you have a file on him that would
20    indicate who his attorney was?  Who was your
21    attorney?
22         DEFENDANT HENDRICKS:  Miss Slocum.
23         THE COURT:  I'm sorry?
24         DEFENDANT HENDRICKS:  Diane Slocum.

1       MS. OCONNOR:  On the PC?

2       THE COURT:  On the PC?

3       DEFENDANT HENDRICKS:  From Alden (phonetic

4    spelling) office.

5       THE COURT:  From where?

6       DEFENDANT HENDRICKS:  The Organ (phonetic

7    spelling) office; Organ.

8       THE COURT:  Aurora?

9       DEFENDANT HENDRICKS:  No.  Ogden; that street,

10   Ogden.

11      THE COURT:  Oh, Ogden.

12      DEFENDANT HENDRICKS:  That office over there.

13      THE COURT:  In any event, at this point in time,

14   the defendant is remanded to the Illinois

15   Department of Corrections.  His matter's continued,

16   order of Court.  Let's go to March 4th to get the

17   court file and then we'll see where we go from

18   there.

19          Mr. Hendricks, your attorney, I presume, will

20   be in touch with you and advise you as to what

21   stage these proceedings are in.  If it becomes

22   necessary for your presence to be- for you to be

23   present in open court, we will have you brought

24   back from the Department of Corrections.

B-3

```
 1                  Have a good day, sir.
 2          THE COURT:  The writ is quashed.
 3                     ( A continuance was taken
 4                        to 10:00 o'clock A.M.,
 5                        Tuesday, the 4th day of
 6                        March, A.D., 1997. )
 7    ------------------------------------------------------
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

IN THE CIRCUIT COURT OF THE COOK JUDICIAL CIRCUIT

COOK COUNTY, ILLINOIS


I, ORA L. HARDY, Official Court Reporter of the Circuit Court of Cook County, County Department-Criminal Division, do hereby certify that I reported in shorthand the proceedings had at the hearing of the above-entitled cause; that I thereafter transcribed into typewriting the foregoing Report of Proceedings had at the hearing of the above-entitled cause, which I hereby certify is a true and correct transcript of the proceedings had before the said Judge of the Circuit Court of Cook County, County Department-Criminal Division.

_____

Ora L. Hardy, C.S.R., #084-1020

1 STATE OF ILLINOIS )
                   )  SS:
2 COUNTY OF C O O K )

3

4       IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
        COUNTY DEPARTMENT - SIXTH MUNICIPAL DISTRICT
5

6 THE PEOPLE OF THE      )
  STATE OF ILLINOIS,     )
7                        )  Case No. 88 CR 12517-01
        vs.              )
8                        )  Charge: Murder
  JEROME HENDRICKS.      )
9

10

11            REPORT OF PROCEEDINGS of the hearing had

12 before the Honorable LEO E. HOLT on the fourth

13 day of March, 1997, in Markham, Illinois.

14    APPEARANCES:

15       HON. RICHARD A. DEVINE,
         State's Attorney of Cook County, by:
16       MS. AIDAN O'CONNOR,
         Assistant State's Attorney,
17            appeared for the People.

18

19

20

21

22 Nicola Peel Vogelgesang
   No. 084-001241
23 Official Court Reporter
   16501 S. Kedzie Parkway
24 Markham, Illinois 60426

C-1

1        THE CLERK:   Sheet one, line one Jerome Hendricks.

2        THE COURT:   What needs to be done on Mr. Hendricks

3   is to have his post conviction lawyer appear before

4   the Court.  I presume that the file discloses the name

5   of that person.  Mr. Hendricks told me last time he

6   was in court, but I don't recall it.  I'll take the

7   responsibility of contacting his lawyer's office and

8   having her or him appear in court.  Let's say on the

9   14th.  Order of Court, March 14th.

10                   (Whereupon, the proceedings in the

11                   above-entitled cause were continued

12                   until the 14th day of March, 1997.)

13

14

15

16

17

18

19

20

21

22

23

24

1  STATE OF ILLINOIS    )
                        )  SS:
2  COUNTY OF C O O K    )

3

4          IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
           COUNTY DEPARTMENT - SIXTH MUNICIPAL DISTRICT
5

6

7          I, Nicola Vogelgesang, Official Court

8  Reporter of the Circuit Court of Cook County, Criminal

9  Department-Sixth Municipal District, do hereby certify

10  that I reported in shorthand the proceedings had on

11  the hearing in the afore-mentioned cause; that I

12  thereafter caused the foregoing to be transcribed into

13  typewriting, which I hereby certify to be a true and

14  accurate transcript of the Report of Proceedings had

15  before the Honorable LEO E. HOLT,

16  Judge of said court.

17

18

19                              _____
                                Official Court Reporter
20                              No. 084-001241

21

22

23  Dated this 28th day of
    July, 2005.
24

C-4

STATE OF ILLINOIS )
                ) SS.
COUNTY OF COOK )

### IN THE CIRCUIT COURT OF COOK COUNTY
### COUNTY DEPARTMENT-CRIMINAL DIVISION

| | | |
|---|---|---|
| THE PEOPLE OF THE<br>STATE OF ILLINOIS | ) | |
| | ) | |
| V | ) | No. 88 CR 12517-01 |
| | ) | |
| JEROME HENDRICKS | ) | |

REPORT OF PROCEEDINGS had in the above-entitled

cause, before the Honorable LEO E. HOLT, Judge of said court, on

the 14th day of March, A.D., 1997.

APPEARANCES:

    HON. RICHARD A. DEVINE,
        State's Attorney of Cook County, by
    MR. RONALD WEIDHUNER,
        Assistant State's Attorney,
        Appeared for The People.

D 1

THE CLERK: Sheet 1, Line 1, Jerome Hendricks.

(Defendant Not Present)

MR. WEIDHUNER: Isn't he in custody?

THE CLERK: No, he's in custody downstate. He's in the Department of Corrections.

MR. WEIDHUNER: Judge, my recollection is the attorney who represented him on his post-conviction proceedings thinks this case is on the call Monday. At least I hope that she does. She will probably be out here Monday.

THE COURT: I'm going to hold the case on call until Monday. Order of Court, March 17th.

(Whereupon the further proceedings in the above-entitled cause were continued to March 17th, 1997.)

D 2

STATE OF ILLINOIS )
                  ) SS.
COUNTY OF COOK    )

### IN THE CIRCUIT COURT OF COOK COUNTY
### COUNTY DEPARTMENT-CRIMINAL DIVISION

I, Casimir W. Kowalski, Official Court Reporter of the Circuit Court of Cook County, County Department-Criminal Division, do hereby certify that I transcribed the foregoing Report of Proceedings from the notes of Brenda Green-Armstrong, a Certified Shorthand Reporter, and that the foregoing is a true and correct transcript of said Report of Proceedings as appears from the stenotype notes had before the Honorable LEO HOLT, Judge of said court.

_____  8-3-05
Official Court Reporter   084-000883

D 3

STATE OF ILLINOIS   )
                    )   SS.
COUNTY OF COOK      )

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT-CRIMINAL DIVISION

THE PEOPLE OF THE       )
STATE OF ILLINOIS       )
                        )
        V               )   No. 88 CR 12517-01
                        )
JEROME HENDRICKS        )

REPORT OF PROCEEDINGS had in the above-entitled

cause, before the Honorable THOMAS DAVY, Judge of said court,

on the 17th day of March, A.D., 1997.

APPEARANCES:

HON. RICHARD A. DEVINE,
        State's Attorney of Cook County, by
MR. RONALD WEIDHUNER,
        Assistant State's Attorney,
        Appeared for The People;

Reported By:
Casimir W. Kowalski
Official Court Reporter

E 1

THE CLERK:  Sheet 3, Line 7, Jerome Hendricks.

      (Defendant Not Present)

MR. WEIDHUNER:  Judge, Diane Slocumb and Robert Lee,
from the Public Defender's Office, and Mr. Haskins from the
State's Attorney's Office, were here today and agreed on the date
of 3-21 for further proceedings before Judge Holt on this matter.

THE COURT:  All right.  3-21-97.

      (Whereupon the further proceedings in the above-
      entitled cause were continued to March 21, 1997.)

STATE OF ILLINOIS )
                  )  SS.
COUNTY OF COOK    )

I, CASIMIR W. KOWALSKI, Official Court Reporter of the Circuit Court of Cook County, County Department-Criminal Division, do hereby state that I reported in shorthand the proceedings had in the above-entitled cause, and that I, thereafter, caused to be transcribed into typewriting the foregoing transcript, which I hereby certify is a true and correct Report of Proceedings of the hearing had before said judge.

_____  8-11-05

084-000883

1    STATE OF ILLINOIS  ]
                         ]  SS.
2    COUNTY OF C O O K  ]

3              IN THE CIRCUIT COURT OF COOK COUNTY
                COUNTY DEPARTMENT - CRIMINAL DIVISION
4

5    THE PEOPLE OF THE  ]
     STATE OF ILLINOIS, ]
6                        ]
             Plaintiff, ]
7                        ]
        vs.              ]   No. 88 CR 12517-01
8                        ]
     JEROME HENDRICKS,   ]
9                        ]
             Defendant.  ]
10

11           REPORT OF PROCEEDINGS had in the above-

12   entitled cause before the HONORABLE LEO E.

13   HOLT, Judge of said court, on the 21st day of

14   March, 1997.

15
     PRESENT:
16
             HON. RICHARD A. DEVINE, State's Attorney,
17           BY:  MR. JOHN HASKINS, Assistant State's
             Attorney,
18
                 on behalf of the People;
19
             MS. RITA A. FRY, Public Defender,
20           BY:  MR. ROBERT LEE, Assistant Public
             Defender,
21
                 on behalf of the Defendant.
22

23   Mary A. Gleeson, CSR
     Official Court Reporter
24

1    MR. LEE:  For the record, Bob Lee,

2    assistant public defender, on behalf of

3    Mr. Hendricks.  This case was held on call

4    basically to get it back in the flow of the

5    order of the post-conviction schedule.  We have

6    located both the trial file and the trial

7    transcript as well.

8    What I'm asking to do is to continue

9    this matter to June 20.  I would hope by that

10    date to have reviewed the transcript and also

11    conversed with my client, be prepared to file a

12    supplemental.

13    THE COURT:  My recollection is that I

14    remanded the defendant to the Department of

15    Corrections.  He was housed in the county jail,

16    but he is now in the Department of Corrections.

17    MR. LEE:  I have talked to him.  He is down

18    there at Pontiac.

19    THE COURT:  Mr. Haskins.

20    MR. HASKINS:  June 27, or the 13th.

21    MR. LEE:  We can do it before that.

22    MR. HASKINS:  How about May 23?

23    MR. LEE:  That's fine, Judge.

24    MR. HASKINS:  Is that okay, Judge?

F-2

1              THE COURT:   By agreement May 23.

2

3

4                    (Continued to 05/23/05.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1   STATE OF ILLINOIS ]
                      ] SS.
2   COUNTY OF C O O K ]

3

4

5        I, MARY A. GLEESON, an Official Court

6   Reporter for the Circuit Court of Cook County,

7   do hereby certify that I reported in shorthand

8   the proceedings had in the hearing in the

9   foregoing cause; that I thereafter caused the

10  foregoing to be transcribed into typewriting,

11  which I certify to be a true and accurate

12  transcript of the proceedings had before the

13  Honorable Leo E. Holt, Judge of said court, on

14  the 21st, day of March, 1997.

15

16

17

18  _____
                 Official Court Reporter
19               C.S.R. No. 084-002403

20

21

22

23

24  Dated this 15th day
    of August, 2005.

                          F-4

1   STATE OF ILLINOIS   )
                        )   SS
2   COUNTY OF C O O K   )

3
        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
4           COUNTY DEPARTMENT-CRIMINAL DIVISION

5   THE PEOPLE OF THE       )
    STATE OF ILLINOIS,      )
6            Plaintiff,     )
        versus              )   No. 88 CR 12517-01
7   JEROME HENDRICKS,       )
             Defendant.     )
8

9            REPORT OF PROCEEDINGS had at the hearing of the

10  above-entitled cause, before the Honorable LEO HOLT, one of

11  the Judges of said Division, on the 23rd day of May, A.D.,

12  1997.

13

14      PRESENT:

15
                        HON. JACK O'MALLEY,
16                        State's Attorney of Cook County,
                        MR. JOHN HASKINS,
17                        Assistant State's Attorney,
                          for the People of the State of
18                        Illinois,

19                      MS. RITA FRY,
                          Public Defender of Cook County,
20                      MR. ASTON,
                          Assistant Public Defender,
21                        for the Defendant.

22

23  Sharon Washington-Winn, CSR
    Official Court Reporter
24  084-001203

                        G-1

1            THE CLERK:  Sheet one, line one, Jerome Hendricks.

2            THE COURT:  Did you agree?  By agreement 5-29.

3            MR. HASKINS:  Right, at 11:30.  Oh, Mr. Lee is not

4    present today, your Honor.  I will notify him next Thursday

5    next Thursday 11:30.

6            THE COURT:  Order of Court.

7                           (Case passed.)

8            THE CLERK:  Recalling sheet one, line one, ·Jerome

9    Hendricks.

10           MR. ASTON:  Judge, this remains Mr. Robert Lee's

11   case, however he is in the process of moving.  It will be re-

12   assigned to a new attorney who has just joined our unit a

13   couple of weeks ago.  I would be asking for at least a sixty

14   day date for him to become familiar with the file itself

15   and proceed forward with it.

16           MR. HASKINS:  I get the impression they don't feel, I

17   think, they feel you and me are interchangeable and turn up

18   because I received no notice until about ten minutes ago.

19           THE COURT:  What date do you want?

20           MR. ASTON:  Today is the 23rd.  How about July 24th?

21   Is that all right with you, Jack, it is a Thursday?  Is that

22   before the Court goes on vacation?

23           THE COURT:  I will be on vacation at that time.

24   Let's put this case over though August 29, Mr. Aston.

                             G-3

1       MR. HASKINS:   That is Friday.   Is that all right?

2       MR. WITNEY:   I like Fridays.

3       THE COURT:   Order of Court,  August 29.

4       MR. HASKINS:   Thanks, Judge.

5       MR. ASTON:   Thanks, Judge.

6                       (Said case was continued to August 29,

7                        1997, at 9:00 a.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

G-4

1    STATE OF ILLINOIS  )
                        )    SS
2    COUNTY OF C O O K  )

3

4

5

6                       I, Sharon Washington-Winn, Official Court

7    Reporter of the Circuit Court of Cook County, County

8    Department, do hereby certify that I reported in shorthand

9    the evidence had in the above-entitled cause and that the

10   foregoing is a true and correct transcript of all the

11   evidence heard.

12

13

14

15

16            _____

17            Official Court Reporter  #084-001203
              Circuit Court of Cook County
18            County Department

19

20

21

22

23   Dated this 8th day of

24   December, A.D., 2005.

                         G-5

STATE OF ILLINOIS    )
                     )   SS.
COUNTY OF COOK       )

## IN THE CIRCUIT COURT OF COOK COUNTY
## COUNTY DEPARTMENT-CRIMINAL DIVISION

THE PEOPLE OF THE          )
STATE OF ILLINOIS          )
                           )
          V                )    No. 88 CR 12517-01
                           )
JEROME HENDRICKS           )

REPORT OF PROCEEDINGS had in the above-entitled cause, before the Honorable LEO E. HOLT, Judge of said court, on the 29th day of August, A.D., 1997.

Reported By:
Casimir W. Kowalski
Official Court Reporter

H 1

THE CLERK:  Sheet 1, Line 1, Jerome Hendricks.

Judge, That's the date of 12-5.

THE COURT:  By agreement, December 5th.

(Whereupon the further proceedings in the above-
entitled cause were continued to December 5th,
1997.)

H 2

STATE OF ILLINOIS   )
                    )  SS.
COUNTY OF COOK      )


      I, CASIMIR W. KOWALSKI, Official Court Reporter

of the Circuit Court of Cook County, County Department-

Criminal Division, do hereby state that I reported in shorthand

the proceedings had in the above-entitled cause, and that I,

thereafter, caused to be transcribed into typewriting the

foregoing transcript, which I hereby certify is a true and correct

Report of Proceedings of the hearing had before said judge.


              _Csw. Kall_    8·11-05
        084-000883

```
1     STATE OF ILLINOIS   )
                          )   SS:
2     COUNTY OF C O O K    )

3            IN THE CIRCUIT COURT OF COOK COUNTY
             COUNTY DEPARTMENT - CRIMINAL DIVISION
4

5     THE PEOPLE OF THE    )
      STATE OF ILLINOIS    )
6                          )
         vs.               )   Case Number 88 CR 12517 01
7                          )
      JEROME HENDRICKS     )
8

9

10

11            REPORT OF PROCEEDINGS had at the hearing

12    of the above-entitled cause on Friday, the 5th day

13    of December, 1997, before the Honorable LEO E. HOLT,

14    Judge of said Court.

15       APPEARANCES:

16

17              MS. RITA A. FRY,
                   Public Defender of Cook County, by
18              MR. MICHAEL KILMER,
                   Assistant Public Defender,
19              appeared on behalf of the Defendant.

20

21

22

23    Dolores R. Bobin, C.S.R.
      Official Court Reporter
24    No. 084 000885
```

1              THE CLERK:  Sheet one, line one, Jerome Hendricks.

2              MR. KILMER:  Good morning, Judge.

3                   For the record my name is Kilmer,

4        Michael Kilmer, K-i-l-m-e-r, I'm an Assistant Public

5        Defender.  I'm here on behalf of Mr. Hendricks to which

6        our office has been appointed to represent on his post

7        conviction case.

8                   Judge, we are seeking a short

9        continuance on this.  It is my understanding Mr. Jeremy

10       has not yet finalized the issues with Mr. Hendricks.

11                  Can we suggest the date of the 14th of

12       January?

13             THE COURT:  Have you spoken with Mr. Haskins,

14       the state's attorney that normally handles post

15       convictions, so that we are coordinated as to when

16       it--

17             MR. KILMER:  I have not spoken to him

18       specifically, either Mr. Hendricks or Mr. Noid

19       (phonetic spelling).

20                  Mr. Haskins and I work well together.

21       These dates are normally in agreement with them.  If

22       there's some problem, I'll come back personally on

23       these but normally this has not been a problem.

24                  Mr. Haskins is delayed.  He's in

1    Bridgeview.  The weather is deteriorating.  I had

2    problems getting here myself.

3        THE COURT:  Motion defendant January 14, '98.

4        MR. KILMER:  We thank the Court.

5

6                    (Whereupon, the above-entitled cause was

7                    continued to the 14th day of January,

8                    1998.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

I-3

```
 1    IN THE CIRCUIT COURT OF THE COOK JUDICIAL CIRCUIT

 2                   COOK COUNTY, ILLINOIS

 3

 4

 5             I, Dolores R. Bobin, an Official Court

 6    Reporter for the Circuit Court of Cook County, Cook

 7    Judicial Circuit of Illinois, do hereby certify that I

 8    reported in shorthand the proceedings had on the hearing

 9    in the above-entitled cause; that I thereafter caused

10    the foregoing to be transcribed into typewriting, which

11    I hereby certify to be a true and accurate transcript

12    of the proceedings had before the Honorable Leo E. Holt,

13    Judge of said court.

14

15

16                          _____

17                          Official Court Reporter
                            C.S.R. Number 084 000885

18

19

20

21

22

23    Dated this 29th day of

24    ____July____, 2005.
```

I-4

STATE OF ILLINOIS   )
                    )   SS.
COUNTY OF COOK      )

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT-CRIMINAL DIVISION

THE PEOPLE OF THE        )
STATE OF ILLINOIS        )
                         )
        V                )   No. 88 CR 12517-01
                         )
JEROME HENDRICKS         )

REPORT OF PROCEEDINGS had in the above-entitled

cause, before the Honorable LEO E. HOLT, Judge of said court,

on the 14th day of January, A.D., 1998.

APPEARANCES:

        HON. RICHARD A. DEVINE,
            State's Attorney of Cook County, by
        MR. JOHN HASKINS,
            Assistant State's Attorney,
            Appeared for the People;

        MS. RITA FRY,
            Public Defender of Cook County, by
        MR. BRENDAN MAX,
            Assistant Public Defender,
            Appeared for The Defendant.

Reported By:
Casimir W. Kowalski
Official Court Reporter

J 1

THE CLERK:  Jerome Hendricks, Sheet 1, Line 1.

(Defendant Not Present)

MR. MAX:  Good morning, Judge. Assistant Public Defender Brendan Max, M-a-x.

MR. HASKINS:  John Haskins representing the People of the State of Illinois.

THE COURT:  Good morning, Mr. Haskins, Mr. Max.

MR. MAX:  Judge, Mr. Hendricks' case is being handled by Jerry Namini of my office. I spoke with him. He's investigating this case. He has ordered and received the trial transcripts and plans on filing a supplement in this case and is continuing to investigate.

He's requesting a continuance until March 20th for the purpose of continuing his investigation.

THE COURT:  Mr. Haskins?

MR. HASKINS:  For the record, Your Honor, this was a remand because, I believe, the State's Attorney, when you heard this case the first time- - I mean the Public Defender, the first time, didn't file a 651. I will concede it's not the same public defender, and Mr. Namini needs another date.

I presume he's entitled to it. If you can make it motion petitioner?

THE COURT:  I take it from- - And I don't remember the history of this case, but from what you're saying to me, I take it

J2

that I, at some point, denied the defendant- -

MR. HASKINS: Here's the order, Judge. This might refresh your memory.

THE COURT: All right. Subsequent to this order, in the appellate court, a new petition was filed?

MR. HASKINS: I doubt it, to be honest with you. I don't think- - What happens, Judge, is the person that I believe originally was the public defender was Diana Slocumb. She had left this unit and Bob Lee came in a couple of times. He was the supervisor of the unit, but he never came in as if this was his case. He just came in to get dates.

Then it was assigned to Mr. Namini. I don't think they filed anything since the original petition was denied, so they probably could file a new petition instead of a supplemental.

THE COURT: What I'm trying to figure out is how I have jurisdiction.

MR. HASKINS: The Appellate Court remanded it, didn't they?

THE COURT: No, just- - According to this order entered November 21st of 1994 the- -

MR. HASKINS: Well, Judge, I might have given you the wrong order.

THE COURT: It affirms.

MR. MAX: Judge, this is a 1997 case, though.

J 3

MR. HASKINS: Can I see what I gave you?

(Pause)

MR. HASKINS: I'm sorry.

MR. MAX: That's the direct appeal.

MR. HASKINS: Judge, I know it came back on the call on 3-17 of 1997. I might have given you the wrong one. I have to check that.

THE COURT: In any event I'm going to grant the continuance and I'm sure that you gentlemen, in March, will educate me and bring me up to date as to where we are.

In the meantime, I'll read the file and I'll be in a better position to see what's going on.

MR. HASKINS: Thank you, Judge.

MR. MAX: Thank you, Judge.

THE COURT: I'll also note that you're filing your motion to dismiss.

MR. HASKINS: Thank you.

MR. MAX: I acknowledge receipt of the motion to dismiss.

MR. HASKINS: Judge, this is probably the right one here. This is the one that came back in November of '96. Which date did you want?

MR. MAX: March 20th.

MR. HASKINS: 3-20. Judge, this is the one that they didn't file the 651.

J 4

THE COURT: All right. I understand now. Motion

defendant. What date did you want, counsel?

MR. MAX: March 20th, Judge.

THE COURT: March 20th. See you then.

MR. MAX: Thank you.

(Whereupon the further proceedings in the above-

entitled cause were continued to March 20, 1998.)

J 5

STATE OF ILLINOIS  )
                   )  SS.
COUNTY OF COOK     )

      I, CASIMIR W. KOWALSKI, Official Court Reporter

of the Circuit Court of Cook County, County Department-

Criminal Division, do hereby state that I reported in shorthand

the proceedings had in the above-entitled cause, and that I,

thereafter, caused to be transcribed into typewriting the

foregoing transcript, which I hereby certify is a true and correct

Report of Proceedings of the hearing had before said judge.

                                    8-16-05

084-000883

```
 1   IN THE CIRCUIT COURT OF THE COOK JUDICIAL CIRCUIT
                     COOK COUNTY, ILLINOIS
 2

 3

 4   THE PEOPLE OF THE         )
     STATE OF ILLINOIS         )
 5                             )
             vs.               )          No. 88-CR-12517-01
 6                             )
     JEROME HENDRICKS          )
 7

 8                    REPORT OF PROCEEDINGS

 9          REPORT OF PROCEEDINGS of the hearing

10   before HON. LEO E. HOLT, on the 20th day of March,

11   1998.

12

13      APPEARANCES:

14          HON.  RICHARD DEVINE,
                  State's Attorney of Cook County, by
15          MR.   PATRICK FINLEY,
                  Assistant State's Attorney,
16                appeared for the People;

17

18          MS.   RITA A. FRY,
                  Public Defender of Cook County, by
19          MR.   JERRY NAMINI,
                  Assistant Public Defender,
20                appeared for the Defendant.

21

22

23   Beverly J. Hooker,
     Official Court Reporter
24   C.S.R. #084-001561
```

1          THE CLERK:  Jerome Hendricks.

2          MR. NAMINI:  Jerry Namini, N-a-m-i-n-i,

3     assistant public defender, post-conviction.  Judge,

4     I'm asking for the date on Mr. Hendricks case.

5          THE COURT:  Is Mr. Haskins, who generally

6     represents the State on this, coming in?

7          MR. NAMINI:    I haven't seen Mr. Haskins.  I

8     was going to ask your Honor to give us a date on

9     this case.  I will inform Mr. Haskins on the next

10    date.

11         MR. FINLEY:  If we can pass this.  Let me see

12    if I can reach Mr. Haskins' office to see if he's

13    coming in.

14         THE COURT:  I prefer that, counsel, because I

15    like to make certain whatever date I give you that's

16    compatible with his schedule also.

17         MR. NAMINI:    I'm sure he will be here.  I

18    talked to him and he told me he will.

19         THE COURT:  Then we will await his arrival.

20              (The case was passed and recalled.)

21         THE CLERK:  Jerome Hendricks.

22         MR. HASKINS:  For the record John Haskins.

23         MR. NAMINI:  Jerry Namini, assistant public

24    defender.

K-2

1        THE COURT:  Gentlemen, what date do you want to

2   resolve these issues?

3        MR. NAMINI:   I was asking on Jerome Hendricks,

4   88CR1251701, 5-29.

5        THE COURT:  Mr. Haskins?

6        MR. HASKINS:  That's okay with me.  I'm ready.

7   I don't care if he needs time.

8        THE COURT:  By agreement, May 29th.

9

10                      (The case was continued to

11                       May 29, 1998.)

12

13

14

15

16

17

18

19

20

21

22

23

24

K-3

```
 1        IN THE CIRCUIT COURT OF THE COOK JUDICIAL CIRCUIT

 2                    COOK COUNTY, ILLINOIS

 3

 4

 5

 6             I, BEVERLY J. HOOKER, Official Court

 7    Reporter of the Circuit Court of Cook County, do

 8    hereby certify that I reported the proceedings had

 9    in the above-entitled cause, that I thereafter

10    caused the foregoing to be transcribed into

11    typewriting, which I hereby certify to be a true and

12    accurate transcript of the proceedings had on this

13    date.

14

15

16

17

      Beverly J. Hooker,
18    Official Court Reporter #84-1561

19

20

21

22

23

24
```

1   STATE OF ILLINOIS )
                ) SS.
2   COUNTY OF C O O K )

3       IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS
          COUNTY DEPARTMENT - CRIMINAL DIVISION
4

5   THE PEOPLE OF THE    )
    STATE OF ILLINOIS,   )
6                  )  Criminal
         Plaintiff,   )
7                  )
      vs.           )  No. 88 CR 12517
8                  )
    JEROME HENDRICKS,    )
9                  )
        Defendant.   )
10
               REPORT OF PROCEEDINGS
11

12       REPORT OF PROCEEDINGS had at the hearing in the

13   above-entitled cause before the HONORABLE LEO E. HOLT,

14   Judge of said court, on the 29th day of May, 1998.

15      APPEARANCES:

16         HON. RICHARD A. DEVINE,
           State's Attorney of Cook County, By:
17
         MR. JOHN HASKINS,
18          Assistant State's Attorney,
           for the People of the State of IL.
19
         MR. EDWIN A. BURNETTE,
20          Public Defender of Cook County, By:

21         MR. BRANDON MAX,
           Assistant Public Defender,
22          for the Defendant.

23   L. B. STONE, CSR
    Official Court Reporter
24   2650 S. California Ave.
    Chicago, IL 60608

1        THE CLERK:  Jerome Hendricks.

2        MR. HASKINS:  John Haskins representing the People

3   of the State of Illinois.

4        MR. MAX:  Brendon Max, assistant public defender.

5   Mr. Hendricks is represented by Mr. Jeremiah from my

6   office who's on vacation this week.  Mr. Domingas'

7   investigation is continuing, has identified three

8   post-conviction issues, and he would be asking for a

9   continuance to come in and update you on the stats of the

10  case.  He's requesting a date of August 21 in order to

11  come in.

12

13       THE COURT:  By agreement, August 21, did you say?

14

15       MR. MAX:  21st, if that's all right with the Court,

16  Judge.

17       MR. HASKINS:  I have the 28th.  I don't care if it's

18  the 21st.

19       THE COURT:  August 21.

20       MR. HASKINS:  Just for the record, Judge, I'm not

21  objecting, but this was a 1994 case that came back, and

22  then when the case was dismissed on the merits, it came

23  back because there was no (Inaudible) file, and it came

24  back on March 17 of '97.

L-3

1          THE COURT:  All right.  Let's get on it on the 21st.

2                        (Which were all the proceedings

3                         had in the above-entitled cause)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1     IN THE CIRCUIT COURT OF THE COOK JUDICIAL CIRCUIT

2                COOK COUNTY, ILLINOIS

3

4

5

6        I, LINDA B. STONE, an Official Court Reporter

7  for the Circuit Court of Cook County, Cook Judicial

8  Circuit of Illinois, do hereby certify that I reported in

9  shorthand the proceedings had on the hearing in the

10  above-entitled cause; that I thereafter caused the

11  foregoing to be transcribed into computation, which I

12  hereby certify to be a true and accurate transcript of

13  the proceedings had before the HONORABLE LEO E. HOLT,

14  Judge of said court.

15

16

17

18

19                 LINDA B. STONE
                 Official Court Reporter

20

21

22

23  Dated this 12th day

24  of January, 2006.

```
1    STATE OF ILLINOIS )
                       )  SS.
2    COUNTY OF C O O K )

3            IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                COUNTY DEPARTMENT - CRIMINAL DIVISION
4
     THE PEOPLE OF THE      )
5    STATE OF ILLINOIS,     )
                            )   Criminal
6            Plaintiff,     )
                            )
7        vs.                )   No. 88 CR 12517
                            )
8    JEROME HENDRICKS,      )
                            )
9            Defendant.     )

10                   REPORT OF PROCEEDINGS

11           REPORT OF PROCEEDINGS had at the hearing in the

12   above-entitled cause before the Honorable LEO E. HOLT,

13   Judge of said court, on the 21st day of August, 1998.

14       APPEARANCES:

15           HON. RICHARD A. DEVINE,
               State's Attorney of Cook County, By:
16
             MS. CHRISTINE OPP,
17             Assistant State's Attorney,
               for the People of the State of IL.
18
             MR. EDWIN A. BURNETTE,
19             Public Defender of Cook County, By:

20           MR. GWENDOLYN BROWN,
               Assistant Public Defender,
21             for the Defendant.

22   L. B. STONE, CSR
     Official Court Reporter
23   2650 S. California
     Chicago, Illinois 60608
24
```

M-1

1    appropriate date for him if that's satisfactory.  I will

2    transfer this to the presiding judge for reassignment.

3    Order of Court September 8.  It will be on the presiding

4    judge's call on September 8.

5                    (Which were all the proceedings

6                    had in the above-entitled cause)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1       IN THE CIRCUIT COURT OF THE COOK JUDICIAL CIRCUIT

2                    COOK COUNTY, ILLINOIS

3

4

5

6            I, LINDA B. STONE, an Official Court Reporter

7   for the Circuit Court of Cook County, Cook Judicial

8   Circuit of Illinois, do hereby certify that I reported in

9   shorthand the proceedings had on the hearing in the

10  above-entitled cause; that I thereafter caused the

11  foregoing to be transcribed into computation, which I

12  hereby certify to be a true and accurate transcript of

13  the proceedings had before the HONORABLE LEO E. HOLT,

14  Judge of said court.

15

16

17

18                           _____
                                   LINDA B. STONE
19                             Official Court Reporter

20

21

22

23  Dated this 17th day

24  of January, 2006.

M-4

1    STATE OF ILLINOIS  )
                        )  SS.

2    COUNTY OF C O O K  )

3       IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
          COUNTY DEPARTMENT - CRIMINAL DIVISION

4

    PEOPLE OF THE STATE  )
5    OF ILLINOIS,        )
                        )
6           Plaintiff,  )
                        )
7     vs.             )  No.  88 CR 12517-01
                        )
8    JEROME HENDRICKS,    )
                        )
9          Defendant.  )

10

11       REPORT OF PROCEEDINGS had at the hearing in

12   the above-entitled cause before the HONORABLE

13   LEO HOLT, Judge of said court, on the 17th day of

14   June, 1998.

15      PRESENT:
        HONORABLE RICHARD A. DEVINE,
16      STATE'S ATTORNEY OF COOK COUNTY, by:
        MR. JOHN HASKELL,
17      ASSISTANT STATE'S ATTORNEY,
          appeared on behalf of the People.

18

19

20

21

22
    Faye A. Roberson
23   Official Court Reporter
    Circuit Court of Cook County
24   County Department - Criminal Division

1        THE COURT:  What's the status of this?

2        DEFENSE ATTORNEY:  Judge, Mr. Hendricks is

3    represented by Jerry Dimini of my office.  I spoke

4    with him this morning and he gave me an update on the

5    case to give to you.  He said he is the process of

6    gathering information about several witnesses that the

7    defendant in this case wanted to testify and he's

8    asking for a continuance in order to complete that

9    investigation.

10       THE COURT:  How long has this case been on the

11   file?

12       MR. HASKELL:  This is a case dismissed in December

13   of '94 and remanded in '97.

14       DEFENSE ATTORNEY:  Judge, we were reappointed in

15   '97 and this matter was originally appointed to a

16   different attorney.  Mr. Dimini was given this case

17   when he started in the office in the latter part of

18   1997.  He's had it since then.

19       THE COURT:  So it came back from the appellate

20   court review, counsel?

21       MR. HASKELL:  In '97.

22       THE COURT:  Let's bring this case to some

23   condition to deal with.  What date is convenient?

24       DEFENSE ATTORNEY:  Judge, Mr. Dimini has said that

1    he can complete his investigation by December 8th.

2    I've spoken with the State and they are agreeable to

3    that date.

4        MR. HASKELL:  Motion Petitioner.

5        THE COURT:  Motion Petitioner December 8.

6    I'll mark this final.

7                        (End of Proceedings.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1    STATE OF ILLINOIS  )
                         )  SS.
 2    COUNTY OF C O O K  )

 3        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
               COUNTY DEPARTMENT - CRIMINAL DIVISION
 4

 5

 6             I, Faye A. Roberson, an Official Court

 7    Reporter for the Circuit Court of Cook County, County

 8    Department - Criminal Division, do hereby certify that

 9    I reported in shorthand the proceedings had at the

10    hearing in the above-entitled cause; that I thereafter

11    caused the foregoing to be transcribed into

12    typewriting, which I hereby certify to be a true and

13    accurate transcript of the proceedings had before the

14    HONORABLE LEO HOLT, Judge of said court.

15

16

17

18

19                                  _____
                                    Official Court Reporter
20

21

22

23

24
```

N-5

1    STATE OF ILLINOIS   )
                         )   SS:
2    COUNTY OF C O O K   )

3         IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
              COUNTY DEPARTMENT - CRIMINAL DIVISION
4
     PEOPLE OF THE STATE     )
5    OF ILLINOIS,            )   Criminal
                             )
6        VS                  )   Case No.  88 CR 12517
                             )
7    JEROME HENDRICKS        )

8

9                        REPORT OF PROCEEDINGS had at the

10   hearing of the above-entitled cause, before the

11   HONORABLE WILBUR E. CROOKS, Judge of said court, on

12   the 8th day of December, A.D., 1998.

13       PRESENT:

14           MR. RICHARD A. DEVINE,
             State's Attorney of Cook County, by:
15           MR. JOHN HASKINS,
             Assistant State's Attorney,
16               appeared for the people;

17           MS. RITA FRY,
             Public Defender of Cook County, by:
18           MS. CELIA KILPATRICK,
             Assistant Public Defender,
19               appeared for the defendant.

20

21
     Cecilia A. Peterson, CSR
22   Official Court Reporter
     Circuit Court of Cook County
23   Criminal Division
     CSR # 084-001826
24

O-1

1          THE CLERK:  Jerome Hendricks.

2          MR. HASKINS:  John Haskins.

3          MS. KILPATRICK:  Celia Kilpatrick.

4          MR. HASKINS:  Judge, this case is back on remand

5     because no 651 was filed on March 17, 1997.  Since

6     that time there has been ten continuances.  The case

7     was up the last time, September 17, 1998.  You made it

8     motion petitioner, final, for today's date.

9               Petitioner's counsel is Assistant Public

10    Defender Jerry Namini.  The lady here today just

11    joined the unit and is not familiar with the case at

12    all to my knowledge.

13         MS. KILPATRICK:  Your Honor, Mr. Namini is here

14    today in this building doing a jury.  I don't know

15    what room.  But I understand it's set final for motion

16    to dismiss.  However, we would ask for a date, shorter

17    date, if not the regular PC date in this case for

18    Mr. Namini to appear and answer the motion to dismiss.

19         THE COURT:  Mr. Haskins, what date can we get?

20         MR. HASKINS:  I suppose it will have to be after

21    the first of the year.

22         THE COURT:  Motion petitioner January 20, 99.

23         MR. HASKINS:  Do you want to mark it final again?

24         THE COURT:  For what it's worth.

1           (WHEREUPON, those were all the

2       proceedings had on this date

3       with the cause being continued

4       until the 20th day of January,

5       A.D., 1999.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1     IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
            COUNTY DEPARTMENT - CRIMINAL DIVISION

2

3          I, Cecilia A. Peterson, an Official Court

4     Reporter of the Circuit Court of Cook County, County

5     Department - Criminal Division, do hereby certify that

6     I reported in shorthand the proceedings had in the

7     above-entitled cause; that I thereafter caused the

8     foregoing to be transcribed into typewriting, which I

9     hereby certify to be a true and accurate transcript of

10    the proceedings had before the Honorable WILBUR E.

11    CROOKS, Judge of said court.

12

13

14

15

16                         Official Court Reporter
                           CSR # 084-001826

17

18

19

20

21

22

23

24

```
STATE OF ILLINOIS      )
                       )  SS:
COUNTY OF COOK         )
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COUNTY
DEPARTMENT-CRIMINAL DIVISION

```
THE PEOPLE OF THE       )
STATE OF ILLINOIS,      )
        Plaintiff,      )  No. 88-CR-12517-01
        -vs-            )
JEROME HENDRICKS,       )  Charge:  Murder
        Defendant.      )
```

REPORT OF PROCEEDINGS had at the hearing of

the above-entitled cause before the Honorable LEO E. HOLT, on

the 20th day of January, A.D., 1999.

PRESENT:

MR. JOHN HASKINS,
Assistant State's Attorney,
for the People.

MR. GERALD NAMINI,
Assistant Public Defender,
for the Defendant.

Christina F. Basis-Prinzi, CSR 084-001769
Official Court Reporter
2650 South California Avenue #4C02
Chicago, Illinois 60608
773-869-6065

P1

1           THE CLERK:  Jerome Hendricks.

2           MR. HASKINS:  For the record, John Haskins,

3    assistant state's attorney, representing the People.

4           MR. NAMINI:  Jerry Namini, N A M I N I, assistant

5    public defender, on behalf of Mr. Hendricks.

6           Judge, I have been going through this file, and I

7    talked to Mr. Hendricks several times on the phone.  I

8    visited him once in Pontiac also.

9           There are several witnesses he wants me to

10   interview.  I have been unable to find these witnesses as of

11   yet.  I have an investigator out there looking for them at

12   this point, and that's where it stands.

13          As soon as I interview those witnesses, I will

14   visit Mr. Hendricks again in order to identify the issues and

15   reduce the issues to the viable ones; and then at that point

16   I will be ready to either argue or file a supplement.

17          MR. HASKINS:  If it please the court, probably one

18   of the reasons it is difficult to find the witnesses is

19   Mr. Hendricks was convicted in 1991 in a bench trial, and the

20   conviction was affirmed.

21          He filed a pro se post conviction which your Honor

22   dismissed as frivolous; that was affirmed.  He filed a second

23   post-conviction petition which your Honor dismissed after the

24   petitioner's counsel was allowed to withdraw because he

1   alleged the same issues that were in the first post

2   conviction; that was also dismissed as res judicata.

3          At that time the appellate court remanded this

4   case back, and that was March 17, 1997, because petitioner's

5   counsel never filed a 651-C.  Since that time, there have

6   been three separate public defenders.

7          On 9-17-98 your Honor indicated motion petitioner

8   final for December 8, 1998, at which time Mr. Namini was not

9   here, but someone from his office came in and I believe they

10  said he was attending class or something.  I am not exactly

11  sure, and I do not want to misstate it, so your Honor marked

12  it final again for today's date.  That is where we are at.

13         The State filed its new motion to dismiss on

14  January 14, 1998.

15         MR. NAMINI:  Counsel is correct.

16         However, it is a remand by the appellate court

17  because the public defender who represented Mr. Hendricks did

18  not file a 651-C.  When the remand came in, the Public

19  Defender's Office was appointed to represent Mr. Hendricks.

20         I understand that there were two other attorneys

21  prior to myself representing Mr. Hendricks.  I have been

22  representing him since I believe last January, and I have

23  worked on his case.  I have read the transcript of the case.

24  I have met with him.

1          I am trying to -- I understand the urgency of
2    taking -- of bringing this case to finality, and that is what
3    my whole effort has been.

4          Last time I could not be in court in December
5    because I was attending a seminar.  I know your Honor marked
6    it final, final, but I need another continuance in order to
7    be able to investigate the case and be able to file my 651-C
8    affidavit so it won't -- so the same thing that happened last
9    time won't happen this time.

10         THE COURT:  Mr. Haskins, as I understand the case
11   law in this area, upon remand for failure to file the
12   certificate, the trial court is not simply obliged to receive
13   the certificate nor is counsel for the petitioner simply
14   obliged to receive the certificate.  It opens up the case.

15         MR. HASKINS:  I agree, judge.

16         THE COURT:  It opens it up for the appropriate
17   investigation that will allow a good faith filing of the
18   certificate.

19         I do not see how I can at this stage find that
20   there has been a lack of diligence which would be the only
21   basis that I could think of that would require -- that would
22   allow me and permit me to --

23         MR. HASKINS:  I am not asking you to dismiss.  All
24   I am saying is it was remanded.  It came back to your court

1    March 21, 1997.  I think sometime we have to stop it.  He
2    cannot file a 651 forever.

3            THE COURT:  I agree.  That is my diligence issue
4    at some point.  I do not know that it's right for that -- I
5    am going to grant another continuance.  Hopefully we can get
6    to this issue when everything that is available is before the
7    court so we can bring some finality to it.

8            I am a little concerned if I precipitously rule
9    and dismiss this case it would go up and come back and we
10   would start all over again.  That is wasteful.

11           MR. HASKINS:  I am not asking to dismiss it today.
12   I think -- Whatever date he needs, why don't we set a final
13   date even though this will be the third final date?

14           THE COURT:  We have set several final dates.

15           MR. NAMINI:  I think it would be premature to set
16   it for a final date.

17           THE COURT:  I am not.  I am going to grant you a
18   date.

19           How much time do you need?

20           MR. NAMINI:  I am asking for March 19.  By that
21   point, I should have a fairly good idea.

22           MR. HASKINS:  Excuse me.  I do not mean to
23   interrupt you.  I have another case set here for March 19 --
24   I have seven cases in Markham.  I was wondering if we could

1  get March 18.

2          MR. NAMINI:  That is fine with me, judge.  We can

3  advance the other cases to March 18 also.

4          MR. HASKINS:  I just filed on the other case.  It

5  should be there.

6          Motion petitioner?

7          MR. NAMINI:  Motion petitioner is fine, judge.

8          THE COURT:  March 19.

9                      (The matter was continued to

10                      March 19, 1999.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT-CRIMINAL DIVISION

            I, CHRISTINA F. BASIS-PRINZI, Official

Shorthand Reporter of the Circuit Court of Cook County,

County Department-Criminal Division, do hereby certify that I

reported in shorthand the evidence had in the above-entitled

cause and that the foregoing is a true and correct transcript

of all the evidence heard.

 

 

_____
CHRISTINA F. BASIS-PRINZI

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK      )

            IN THE CIRCUIT COURT OF COOK COUNTY
            COUNTY DEPARTMENT-CRIMINAL DIVISION

THE PEOPLE OF THE   )
STATE OF ILLINOIS   )
                    )
        vs.         )        No. 88 CR 12517-01
                    )
                    )
JEROME HENDRICKS    )


        REPORT OF PROCEEDINGS had of the hearing in the

above-entitled cause, before the Honorable LEO HOLT,

Judge of the said Court, on Thursday, the 3rd day of

June, A.D., 1999.

                APPEARANCES:

                    HONORABLE RICHARD DEVINE,
                    State's Attorney of Cook County, by:
                    MR. JOHN HASKINS,
                    Assistant State's Attorney,
                    on behalf of the People;

                    MS. RITA FRY,
                    Public Defender of Cook County, by:
                    MR. RONALD HAZE,
                    Assistant Public Defender,
                    on behalf of the defendant.


Ann Hieber, CSR
Official Court Reporters
2650 S. California Avenue
Chicago, Illinois   60608

1          THE CLERK:  People of the State of Illinois

2   versus Jerome Hendricks.

3          MR. HASKINS:  Morning, your Honor.

4              For the record John Haskins, Assistant

5   State's Attorney.

6          MR. HAZE:  Morning, Judge.  Ronald Haze,

7   Assistant Public Defender, representing the petitioner

8   in this case.

9          MR. HASKINS:  Your Honor, this case of Mr.

10  Hendricks is a very old case.  It was remanded back.  It

11  originated in April 19th of 1994.  Judge, December 8th

12  of 1988 you marked it final for January 20th.  On

13  January 20th, you marked it final for March 18th.  It's

14  up again today.  Counsel who's representing Mr.

15  Hendricks isn't here.

16             I would ask your Honor to mark it final

17  again.  We've been ready on it ever since it was

18  remanded back.  Which was the summer of '97.

19         MR. HAZE:  Judge, what Mr. Haskins represented,

20  that is correct.  I'm not the attorney that is assigned

21  to this case so I'm afraid I don't have any additional

22  information regarding the background at this time.

23         THE COURT:  This came back for want of a 6 --

24         MR. HASKINS:  651 was filed by the defendant --

1    defense attorney.

2        THE COURT:  What date are you suggesting?

3        MR. HAZE:  We've got a couple other cases up and

4    I would be asking for a 9-1 date on that.  I'll be sure

5    to advise the other attorney of what occurred in court

6    today.

7        THE COURT:  By agreement, September 1st.

8        MR. HASKINS:  Can we make that motion petitioner

9    to let them know?

10       THE COURT:  Motion defendant, final.

11                        (Whereupon, the above-entitled matter

12                         was continued to September 1, 1999.)

13

14

15

16

17

18

19

20

21

22

23

24

1    STATE OF ILLINOIS  )

2                       )

3    COUNTY OF COOK     )

4

5

6              I, ANN HIEBER, Official Court Reporter of

7    the Circuit Court of Cook County, County

8    Department-Criminal Division, do hereby certify that I

9    reported in shorthand the proceedings had in the

10   above-entitled cause, that I thereafter caused to be

11   transcribed into typewriting the above Report of

12   Proceedings, which I hereby certify is a true and

13   correct transcript of the proceedings had before the

14   Honorable LEO HOLT, Judge of the said Court.

15

16

17

18

19   _____

20        Official Court Reporter of the

21        Circuit Court of Cook County

22        CSR #   084-001393

23

24

R-5

1    STATE OF ILLINOIS )
                    ) SS
2    COUNTY OF C O O K )

3          IN THE CIRCUIT COURT OF COOK COUNTY
          COUNTY DEPARTMENT-CRIMINAL DIVISION
4

    THE PEOPLE OF THE        )
5    STATE OF ILLINOIS,      )
                       )
6          Plaintiff,    )
                     )
7          -vs-       )  No. 88 CR 12517-01
                     )
8    JEROME HENDRICKS,     )
                     )
9          Defendant.    )

10

11                    <u>CONTINUANCE</u>

12         REPORT OF PROCEEDINGS had in the hearing

13    of the above-entitled cause, before the HONORABLE

14    LEO HOLT, Judge of said Court, on the 1st day of

15    September, A.D., 1999.

16        APPEARANCES:

17          HON. RICHARD A. DEVINE,
            State's Attorney of Cook County, By:
18          MR. JOHN HASKINS,
            Assistant State's Attorney,
19            Appeared for the Plaintiff;

20          MS. RITA A. FRY,
             Public Defender of Cook County, By:
21          MR. JERRY NAMINI,
             Assistant Public Defender,
22            Appeared for the Defendant.

23
    JAMES M. DONAHUE
24    Official Court Reporter
    Certificate No. 084-000909

```
 1              THE CLERK:  Jerome Hendricks.

 2              MR. NAMINI:  Jerry Namini, N-A-M-I-N-I, Assistant

 3         Public Defender on behalf of Mr. Hendricks.

 4              MR. HASKINS:  John Haskins, Assistant State's

 5         Attorney, representing the People of the State of

 6         Illinois.

 7              Judge, on June 3rd, this case was marked

 8         final.  State's ready.  It's a very old case.

 9              MR. NAMINI:  Judge, since the last date, I've

10         talked to my client a couple of times.  I received

11         the name of two witnesses that I need to interview.

12         I'm waiting for the name and information of two

13         more witnesses for my client.  I've reduced the

14         issue of three issues to investigate, and if

15         possible, I'll write a supplemental on it.  I'm

16         asking for a continuance to November 2nd, in order

17         to finalize everything and hopefully file a

18         supplemental by that date.

19              MR. HASKINS:  If it pleases the Court, just to

20         make a record, Judge, this is a 1988 case.  The

21         appeal was affirmed.  The first post-conviction

22         Your Honor threw out as frivolous back in 1994,

23         that was affirmed.  There was a second post-

24         conviction petition which you appointed counsel.
```

S-3

1    We argued the motion to dismiss. Your Honor

2    dismissed it. Counsel asked to be allowed to have

3    the case heard as there were some other issues.

4    You allowed him, but he never filed a 651. This

5    case came back March 17th, 1997 on a remand for the

6    only reason because he didn't file a 651. I filed

7    a motion to dismiss on January 14th of 1998. It's

8    been motion Petitioner now for two years, and

9    nothing has been filed. This is now 11 years since

10   the guy has been convicted.

11       THE COURT: The law as I understand it,

12   Mr. Haskins, when it's returned for want of 651,

13   for want of 651 certificate, it essentially starts

14   new. It's not simply a question of just filing the

15   certificate and that complies with the rules and

16   disposes of the case. The lawyer that is going to

17   file the 651 certificate has an obligation to

18   investigate, amend the petition, and proceed as

19   new.

20       MR. HASKINS: I agree with you, Judge. Why is

21   it taking the amount of time? I don't know if they

22   have communication problems or information

23   gathering or whatever it is. But I rely upon the

24   integrity of Counsel not to bring upon frivolous

S-4

1    delays.  So I am assuming that Counsel is

2    diligently working to comply with the spirit of the

3    rules and to effectively represent his client,

4    since Mr. Hendricks is not going anywhere for a

5    considerable amount of time.

6           THE COURT:  I'm going to grant a continuance.

7           MR. HASKINS:  Fine.

8           MR. NAMINI:  Thank you, Judge.

9           THE COURT:  Order of Court November 2nd.

10                              (Which were all the

11                               proceedings had in

12                               the above-entitled

13                               cause on this date.)

14

15

16

17

18

19

20

21

22

23

24

1    STATE OF ILLINOIS )
                       ) SS
2    COUNTY OF C O O K )

3

4            I, JAMES M. DONAHUE, an Official Court

5    Reporter for the Circuit Court of Cook County,

6    County Department-Criminal Division, do hereby

7    certify that I reported in shorthand the

8    proceedings had in the above-entitled cause; that I

9    thereafter caused the same to be transcribed into

10   typewriting; which I certify to be a true and

11   accurate transcription of the proceedings had

12   before the Hon. Leo Holt, Judge of said Court, on

13   the 1st day of September, A.D., 1999.

14

15                   _____
                     Official Court Reporter
16                   Circuit Court of Cook County
                     Criminal Division
17                   Certificate No. 084-000909

18

19

20

21

22

23

24

                        S-6

1   STATE OF ILLINOIS    )
                       )    SS:

2   COUNTY OF COOK     )

3            IN THE CIRCUIT COURT OF COOK COUNTY
             COUNTY DEPARTMENT-CRIMINAL DIVISION

4

   THE PEOPLE OF THE     )

5   STATE OF ILLINOIS    )
                       )    No.  88 CR 12517

6       -vs-        )
                       )    Charge: Murder

7   JEROME HENDRICKS    )

8

9

10              Report of Proceedings of the hearing

11  before the Honorable LEO HOLT on November 2, 1999.

12

        APPEARANCES:

13

             HONORABLE RICHARD A. DEVINE,

14            State's Attorney of Cook County, by
           MR. JOHN HASKINS,

15            Assistant State's Attorney,
             appeared on behalf of the People,

16

         MS. RITA FRY,

17            Public Defender of Cook County, by
         MS. ERICA REDDICK,

18         MR. JERRY NAMININ
            Assistant Public Defenders,

19             appeared for the Defendant.

20

21

22

23

24

T-1

1    THE CLERK: Jerome Hendricks.

2    MS. REDDICK: Good morning, your Honor.  Assistant

3    Public Defender Erica Reddick.

4         Your Honor, Jerry Namini from our office

5    represents Mr. Hendricks. Mr. Namini has been

6    transferred from another building, he is now working

7    in this building.  He was scheduled to be here this

8    morning on this case so that he could inform the Court

9    of his progress, and I don't know why he's not

10   present.

11        There are two matters before you today that

12   we are seeking 30-day dates on.  Should Mr. Namini not

13   appear yet this morning, I am quite certain he'd be

14   requesting that date as well.

15   MR. HASKINS:  If it please the Court, your Honor,

16   John Haskins, assistant state's attorney, representing

17   the People of the State of Illinois.

18        Your Honor, this is a 1988 case, post

19   conviction.  There was a finding in April of '94.  You

20   dismissed it once as frivolous; second time you

21   appointed an assistant public defender and you

22   dismissed it, and it was sent back.  The public

23   defender didn't file a 651.  That was back in '97.

24        Since '97, your Honor, there has been three

1       public defenders on it.  The last one, Mr. Namini, has

2       been on the case since, I believe March of '98.  It's

3       been marked final since December of '98, four court

4       dates -- five court dates.  I suppose we could mark it

5       final again, but we don't seem to be getting too far

6       in this.  Nothing else has been filed since the

7       original petition in 1994.

8               So there is a motion to dismiss on file,

9       your Honor; that's about all I can tell you.

10          THE COURT:  What you say appears to be one hundred

11      percent accurate, Mr. Haskins.

12          MR. HASKINS:  It is, your Honor.

13          THE COURT:  Which is very, very disturbing, and

14      it's that long on a contention that his imprisonment

15      is in violation of his constitutional rights, and we

16      can't come to grips with the problem because the

17      public defender's office keeps changing lawyers on

18      him.

19          MS. REDDICK:  Judge, despite his being

20      transferred, Mr. Namini, I'm referring to -- out of

21      the unit, he is retaining this case for that very

22      reason.  He's assigned to this building.  If he is

23      present at work today, he should be locatable and able

24      to come before your Honor at some point this morning.

1        So, if it pleases the Court --

2    THE COURT: Pass it.

3    MS. REDDICK: I would like to try to bring him

4    before the Court.

5    THE COURT: Pass it.

6            (The case was passed and later recalled

7            after which the following proceedings

8            were had:)

9    THE CLERK: Jerome Hendricks.

10   MS. NAMINI: Good morning, Judge, Jerry Namini,

11   N-a-m-i-n-i, on behalf of Mr. Hendricks.

12   THE COURT: Your associate informs me that you are

13   going to stay with this case. We are going to bring

14   this to a conclusion, or at least attempt to make some

15   resolution of it in the not distant future.

16   MR. NAMINI: That's correct, Judge. I met Mr.

17   Hendricks at Stateville, and I finalized the issues

18   with him. I am in the process of writing a supplement

19   in that case.

20           I was hoping that I'd be done by now, but

21   having been transferred from my unit, I not was not

22   able to dedicate as much time as I wanted.

23           If I could get a month continuance, I

24   should be done by then.

1        THE COURT:  December 2nd.

2        MR. NAMINI:  That's fine.

3        THE COURT:  By agreement?

4        MR. HASKINS:  Motion petitioner, Judge.  It has

5   been for seven years.

6        THE COURT:  Motion petitioner, December 2nd.

7        MR. HASKINS:  Is that for argument?

8        THE COURT:  I don't know what that's for.

9        MS. REDDICK:  Judge, I apologize, I have a case up

10  in front of Judge Dernbach that morning. Is it

11  possible to go on December 1st?

12       THE COURT:  Mr. Haskins is going to be here on

13  December 2nd.

14       MR. HASKINS:  I can come on the 1st, no problem,

15  Judge.

16       THE COURT:  All right.  Motion defendant, December

17  1st.

18                  (Whereupon, the above matter was

19                   continued to 12/1/99.)

20

21

22

23

24

1          IN THE CIRCUIT COURT OF COOK JUDICIAL CIRCUIT

2                     COOK COUNTY, ILLINOIS

3

4

5

6          I, NOREEN SULLIVAN ERICKSON, an Official

7     Court Reporter for the Circuit Court of Cook County,

8     Cook Judicial Circuit of Illinois, do hereby certify

9     that I reported in shorthand the proceedings had on

10    the hearing in the above-entitled cause; that I

11    thereafter caused the foregoing to be transcribed into

12    typewriting, which I hereby certify to be a true and

13    accurate transcript of the proceedings had before the

14    honorable LEO HOLT, Judge of said court.

15

16

17

18

19    _____

20                 OFFICIAL COURT REPORTER

21                 License No. 84-1527

22

23

24

T-7

1    STATE OF ILLINOIS  )
                      )  SS:

2    COUNTY OF COOK    )

3              IN THE CIRCUIT COURT OF COOK COUNTY
              COUNTY DEPARTMENT-CRIMINAL DIVISION

4

    THE PEOPLE OF THE  )

5    STATE OF ILLINOIS  )
                      )

6                     )  Indictment No. 88 12517
        VS          )

7                     )  Post Conviction
                     )

8    JEROME HENDRICKS   )

9                 REPORT OF PROCEEDINGS

10          BE IT REMEMBERED that on the 2nd day of

11    December A.D., 1999, this cause came on for hearing

12    before the Honorable LEO HOLT, Judge of said court.

13

14          APPEARANCES:

15               HON. RICHARD DEVINE,
               State's Attorney of Cook County, by

16               MR. JOHN HASKINS,
               Assistant State's Attorney,

17                  appeared for the People;

18               HON. RITA A. FRY,
               Public Defender of Cook County, by

19               MR. JERRY NAMINI,
               Assistant Public Defender,

20                  appeared for the Defendant.

21

22

    Brenda D. Hayes, CSR, 084-001226

23    Official Court Reporter
    2650 S. California

24    Chicago, Illinois  60608

1                    THE CLERK:  Jerome Hendricks.

2                    MR. HASKINS:  The same date.  Counsel needs a

3       little more time.

4                    THE COURT:  By agreement, January 11th.

5                    MR. HASKINS:  Judge, that would be motion

6       defendant too.

7                    MR. NAMINI:  That's fine.

8                    THE COURT:  Motion defendant, January 11,

9       2000.

10

11

12                                  (The above entitled matter

13                                   was continued to

14                                   January 11, 2000.)

15

16

17

18

19

20

21

22

23

24


                              V-3

1    STATE OF ILLINOIS)
                     )          SS:
2    COUNTY OF C O O K)

3              IN THE CIRCUIT COURT OF COOK COUNTY
               COUNTY DEPARTMENT-CRIMINAL DIVISION
4

5              I, BRENDA D. HAYES, Official Court

6    Reporter for the Circuit Court of Cook County, Cook

7    Judicial Circuit of Illinois, do hereby certify that

8    I reported stenographically the proceedings had on

9    the hearing in the above entitled cause; that I

10   thereafter transcribed said hearing into

11   typewriting, which I hereby certify to be a

12   true and accurate transcript of the proceedings

13   had before the Honorable LEO HOLT, Judge of

14   said court.

15

16

17

18

19                    _____

20                    OFFICIAL COURT REPORTER

21

22

23

24

                         V-4

1    STATE OF ILLINOIS )
                      ) SS
2    COUNTY OF C O O K )

3              IN THE CIRCUIT COURT OF COOK COUNTY
               COUNTY DEPARTMENT-CRIMINAL DIVISION
4
     THE PEOPLE OF THE      )
5    STATE OF ILLINOIS,     )
                            )
6              Plaintiff,   )
                            )
7         -vs-              )  No. 88 CR 12517-01
                            )
8    JEROME HENDRICKS,      )
                            )
9              Defendant.   )

10

11                    CONTINUANCE

12              REPORT OF PROCEEDINGS had in the hearing

13   of the above-entitled cause, before the HONORABLE

14   LEO HOLT, Judge of said Court, on the 11th day of

15   January, A.D., 2000.

16        APPEARANCES:

17        HON. RICHARD A. DEVINE,
               State's Attorney of Cook County, By:
18        MR. JOHN HASKINS,
               Assistant State's Attorney,
19             Appeared for the Plaintiff;

20        MS. RITA A. FRY,
               Public Defender of Cook County, By:
21        MR. JERRY NAMINI,
               Assistant Public Defender,
22             Appeared for the Defendant.

23
     JAMES M. DONAHUE
24   Official Court Reporter
     Certificate No. 084-000909

                         X-1