CASE NO. _O8 cv 1589_

ATTACHMENT NO. _13_

EXHIBIT _____

TAB (DESCRIPTION) _____

1           THE CLERK:  People versus Hendricks.

2           MR. NAMINI:  Thank you, Judge.  Jerry Namini,

3      N-A-M-I-N-I, Assistant Public Defender, on behalf

4      of Mr. Hendricks.

5           THE COURT:  What is the situation?

6           MR. NAMINI:  Judge, I was ready to finalize

7      the case.  I talked to Mr. Hendricks, and he

8      brought up some other issues for me to investigate.

9      I have been transferred out of the Post-Conviction

10     Petition Unit, and I will not have adequate time to

11     investigate the issues.  I had to transfer the case

12     to Ms. Branch, Assistant Public Defender in Post-

13     Conviction Petition Unit.  I did tell her that I

14     would work with her on the case trying to finalize

15     the case as quickly as possible.

16          MR. HASKINS:  May it please the Court.  Your

17     Honor, this is a 1988 case that Your Honor disposed

18     of the first Post-Conviction Petition as being

19     frivolous.  Then they filed a second

20     Post-Conviction Petition which Your Honor docketed

21     and we argued, and you dismissed it.  The Public

22     Defender did not file a 651 certificate.  So it was

23     sent back.  I filed a motion to dismiss on August

24     19th of '97.  Your Honor marked it final first time

1    on 9-8-98.  Since that time, it has been marked

2    final for about eight continuances.

3              Judge, we have to finish this case

4    sometime.

5         THE COURT:  I agree with you.

6         MR. NAMINI:  Judge, as I indicated, I intend

7    to work with Ms. Branch on this case, since I've

8    investigated almost all the issues except one,

9    maybe two.  She needs to investigate because she

10   does have the time.  Now that I'm in this building

11   and not in the PC Unit, I will not have the time to

12   investigate.  However, as I indicated, I will work

13   with her to finalize the case as quickly as

14   possible.

15        THE COURT:  Cases on remand are not just

16   simply a matter of filing a certificate Counsel

17   must perform.  Otherwise, it might dismiss this

18   case and I'm afraid it will come back and we will

19   be right back in the same situation.

20   Unfortunately, that's why we've had so many changes

21   of Counsel.  But that's not attributable to

22   Mr. Hendricks.  He is not responsible.  He's

23   entitled to have his matter resolved on its merits.

24   I'm going to grant a continuance with a good deal

                        X-4

```
 1        of reluctance, but nonetheless, it seems to me it

 2        would seem the most expedient thing to do.

 3        Otherwise, we can just prolong this.

 4                   What date?

 5             MR. NAMINI:  March 24th.

 6             THE COURT:  Motion Defendant March 24th.

 7                                  (Which were all the

 8                                   proceedings had in

 9                                   the above-entitled

10                                   cause on this date.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

1    STATE OF ILLINOIS )
                       ) SS
2    COUNTY OF C O O K )

3

4            I, JAMES M. DONAHUE, an Official Court

5    Reporter for the Circuit Court of Cook County,

6    County Department-Criminal Division, do hereby

7    certify that I reported in shorthand the

8    proceedings had in the above-entitled cause; that I

9    thereafter caused the same to be transcribed into

10   typewriting; which I certify to be a true and

11   accurate transcription of the proceedings had

12   before the Hon. Leo Holt, Judge of said Court, on

13   the 11th day of January, A.D., 2000.

14

15                         _____
                           Official Court Reporter
16                         Circuit Court of Cook County
                           Criminal Division
17                         Certificate No. 084-000909

18

19

20

21

22

23

24

X-6

1    STATE OF ILLINOIS    )
                          )    SS:
2    COUNTY OF C O O K    )

3              IN THE CIRCUIT COURT OF COOK COUNTY
               COUNTY DEPARTMENT-CRIMINAL DIVISION
4
     THE PEOPLE OF THE    )
5    STATE OF ILLINOIS    )
                          )
6       -vs-              )    Case No. 88 CR 12517-01
                          )
7    JEROME HENDRICKS     )

8

9              REPORT OF PROCEEDINGS had in the

10   above-entitled cause, before the Honorable

11   LEO E. HOLT, on January 27, 2000.

12

13      APPEARANCES:

14

              HONORABLE RICHARD DEVINE,
15                 State's Attorney of Cook County, by
              MR. FRANK VASQUEZ,
16                 Assistant State's Attorney,
                   appeared for the People;
17
              MS. RITA FRY,
18                 Public Defender of Cook County, by
              MR. CHRIS ANDERSON,
19                 Assistant Public Defender,
                   appeared for the Defendant.
20

21

22   Sharon L. Gaughan, CSR
     Official Court Reporter
23   2650 South California Avenue
     Chicago, Illinois  60608
24

1          THE COURT:  Jerome Hendricks with a new

2     motion and also on the call for sometime later

3     this month or next month.

4               Order of court, March 14th.

5                         (Which were all the

6                          proceedings had in the

7                          above-entitled cause on

8                          this date.  Further

9                          proceedings continued to

10                         3-14-00.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1    IN THE CIRCUIT COURT OF THE COOK JUDICIAL

2  CIRCUIT

3                COOK COUNTY, ILLINOIS

4

5

6

7      I, SHARON GAUGHAN, an Official Court

8  Reporter for the Circuit Court of Cook County,

9  Cook Judicial Circuit of Illinois, do hereby

10  certify that I reported in shorthand the

11  proceedings had on the hearing in the

12  above-entitled cause; that I thereafter caused

13  the foregoing to be transcribed into typewriting,

14  which I hereby certify to be a true and accurate

15  transcript of the proceedings had before the

16  Honorable LEO E. HOLT, Judge of said court.

17

18

19

20      _____

21            OFFICIAL COURT REPORTER

22

23

24

Z-4

1          IN THE CIRCUIT COURT OF COOK COUNTY
           COUNTY DEPARTMENT — CRIMINAL DIVISION

2

THE PEOPLE OF THE           )   JUDGE LEO S. HOLT
3    STATE OF ILLINOIS            )
                                  )
4         vs                      )   No. 88 C 12517
                                  )
5    JEROME HENDRICKS             )   March 14, 2000

6

7          Court convened pursuant to adjournment.

8

           APPEARANCES:
9

             MR. RICHARD DEVINE
10               State's Attorney of Cook County, by
             MR. JOHN HASKINS
11               Assistant State's Attorney
                 for the People of the State of Illinois.

12

           MS. MARIENNE BRANCH
13               Attorney—at—Law
                 for the Defendant.

14

15

16

17

18

19

20

21   Sharon T. McClain, CSR, RPR
     Official Court Reporter
22   Criminal Division
     2650 South California
23   Chicago, IL  60608

24

AA—

1          MS. BRANCH:  Mr. Hendricks we are asking for

2     continuance date of April 10th.  I have no trial file

3     or police report.  While the trial file may not be

4     retrievable, we need the police report.

5          THE COURT:  Mr. Haskins, I can hear your argument

6     already.

7          MR. HASKINS:  John Haskins, Assistant Statre's

8     Attorney.  I'm not going to bother arguing because I

9     know they are getting a ago date.  But I would like to

10    state there is a 1988 case that was dismissed twice by

11    1994.  It was sent back because there was no 651 on

12    March 17th of '97.

13          August 29, '97 State filed a motion to

14    dismiss, and since then there has been about 12

15    continuances.  Make that 17.  I didn't look at the

16    back.

17          MS. BRANCH:  I am asking for April 10th.

18          THE COURT:  He filed a pro se motion for

19    appointment of counsel other than the Public Defender.

20    And now I have to consider that, and I will rule on it

21    on the next court date.

22          MS. BRANCH:  Those are motion petitions.

23          THE COURT:  Motion Defendant.

24          MS. BRANCH:  Thank you.

AA-3

1          THE COURT:  April 10th.

2                    (Continued to April 10, 2000.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1          IN THE CIRCUIT COURT OF COOK COUNTY

2       COUNTY DEPARTMENT -- CRIMINAL DIVISION

3

4          I, Sharon T. McClain, an Official Court Reporter

5       for the Circuit of Cook County,  Criminal Division, do

6       hereby certify that I reported in shorthand the report

7       of proceedings had on the hearing in the above-entitled

8       cause; that I thereafter caused the foregoing to be

9       transcribed into typewriting, which I hereby certify to

10      be a true and accurate transcript of proceedings had

11      before the Honorable Leo Holt, Judge of said Court.

12

13

14

15

16                    _____Sharon McClain_____

17                    Sharon T. McClain, CSR, RPR
                      Official Court Reporter
18

19

20

21

22

23

24

1    STATE OF ILLINOIS    )
                          )  SS:
2    COUNTY OF COOK       )

3       IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
             COUNTY DEPARTMENT - CRIMINAL DIVISION
4
     THE PEOPLE OF THE      )
5    STATE OF ILLINOIS      )
                            )
6                Plaintiff, )
                            )
7            vs.            )    No. 88-CR-12517-01
                            )
8    JEROME HENDRICKS,      )
                            )
9                Defendant. )

10

11              REPORT OF PROCEEDINGS had before the

12   HONORABLE LEO HOLT on the 10th day of April, 2000.

13

14        APPEARANCES:

15

          MR. RICHARD A. DEVINE,
16            State's Attorney of Cook County, by:
          MR. JOHN HASKINS,
17            Assistant State's Attorney,
              appeared for the Plaintiff.
18

19

20

21

22   Connie L. James, CSR
     Official Court Reporter
23   License #084-002510

24

BB-1

```
1            THE CLERK:  Jerome Hendricks.

2            MR. HASKINS:  John Haskins, Assistant

3     State's Attorney, on behalf of the People of the

4     State of Illinois.

5                 I spoke to Kristin Comperta

6     (phonetic), who is the paralegal for the Cook

7     County Public Defender's Office, who is the most

8     reliable person now in the post-conviction unit.

9     She indicated to me on the four cases presently

10    before the Court they would like the date of July

11    24th.  On the three cases up for initial ruling

12    they will go along with whatever Your Honor rules.

13           THE COURT:  As to Jerome Hendricks by

14    agreement what date?

15           MR. HASKINS:  They are all motion Petitioner

16    7/24.

17           THE COURT:  July 24th?

18           MR. HASKINS:  Yes.  Judge, it's eight years

19    old now.

20           THE COURT:  All right.  July 24th.

21

22

23

24
```

```
 1    STATE OF ILLINOIS  )
                         )  SS:
 2    COUNTY OF COOK     )

 3

 4

 5                    I, CONNIE L. JAMES, Certified

 6    Court Reporter in and for the State of Illinois

 7    and the County of Cook, County Department,

 8    Criminal Division, do hereby certify that I

 9    reported in shorthand the proceedings had in the

10    above-entitled cause, and that the foregoing is a

11    true and correct transcript of all the proceedings

12    requested to be transcribed.

13

14

15

16

17                          _____
                                    Official Court Reporter
18                              Circuit Court of Cook County
                                    License No. 084-002510
19

20    Date:  3/28/86

21

22

23

24
```

1   STATE OF ILLINOIS    )
                         )   SS:
2   COUNTY OF C O O K    )


3        IN THE CIRCUIT COURT OF THE COOK JUDICIAL CIRCUIT
4                       COOK COUNTY, ILLINOIS

5
    THE PEOPLE OF THE        )
6   STATE OF ILLINOIS        )
                             )   Case No. 88-CR-12517-01
7        vs.                 )
                             )
8   JEROME HENDRICKS         )

9

10                REPORT OF PROCEEDINGS had before

11   the HONORABLE LEO E. HOLT, Judge of said court,

12   on the 24th day of April, 2000.

13

14      APPEARANCES:

15          HONORABLE RICHARD A. DEVINE,
                State's Attorney of Cook County, by:
16          MR. JOHN HASKINS,
                Assistant State's Attorney,
17              appeared on behalf of the People;

18          MS. RITA A. FRY,
                Public Defender of Cook County, by:
19          MS. MARIENNE BRANCH,
                Assistant Public Defender,
20              appeared on behalf of the Defendant.

21

22   Mary M. Flagg, CSR
     Official Court Reporter
23   Lic. #084-001447
     2650 South California Avenue
24   Chicago, Illinois  60608

1      THE CLERK:  Jerome Hendricks.

2      MS. BRANCH:  Good morning, Your Honor.

3      THE COURT:  Good morning.

4      MS. BRANCH:  Marienne Branch, assistant public

5  defender on behalf of Jerome Hendricks who is in the

6  penitentiary.  I believe we're here today, Judge, for

7  your ruling on the defendant's motion or the

8  Petitioner's motion for appointment of counsel other

9  than the public defender.

10      MR. HASKINS:  For the record John Haskins,

11  assistant state's attorney, representing the people of

12  the state of Illinois.

13      THE COURT:  Motion defendant for appointment of

14  counsel other than the public defender is denied.

15      MS. BRANCH:  We're asking for a 7-24 date, Your

16  Honor.

17      MR. HASKINS:  For the record, Judge, do you know

18  how old this case is, Judge?  It's a '94 case.  It

19  came back from the Appellate Court in '97.  We filed a

20  motion to dismiss January 14 of '98.

21      THE COURT:  Well if we can keep an attorney on

22  this case for any period of time without a change

23  coming about for internal reasons or otherwise we

24  might be able to bring it to the conclusion.

1        MS. HASKINS:  Hopefully I won't retire before

2    then.

3        THE COURT:  I might.  I don't know, Mr. Haskins.

4    Order of court, what day you want?

5        MS. BRANCH:  We're asking for 7-24, Your Honor.

6        THE COURT:  July 24.

7                (Whereupon, the matter was continued

8                 until July 24, 2000.)

9                   * * * * *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1    STATE OF ILLINOIS )
                        )   SS.
2    COUNTY OF C O O K )

3

4

5            I, Mary M. Flagg, C.S.R., an Official Court

6    Reporter for the Circuit Court of Cook County, County

7    Department, Criminal Division, do hereby certify that

8    I reported in shorthand the proceedings had at the

9    hearing of the above-entitled cause; that I thereafter

10   caused the foregoing to be transcribed into

11   typewriting, which I hereby certify to be a true and

12   accurate transcript of the proceedings had before the

13   Honorable LEO E. HOLT, Judge of said court.

14

15

16

17

18                                    _____
                                      Official Court Reporter
19                                    Lic. #084-001447

20

21   Dated this 27th day

22   of July, 2005.

23

24

CC5

1    STATE OF ILLINOIS )
                       )
2    COUNTY OF C O O K )

3          IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                COUNTY DEPARTMENT - CRIMINAL DIVISION
4
     THE PEOPLE OF THE      )
5    STATE OF ILLINOIS,     )
                            )
6                           )   Indictment No. 88-12517
              vs.           )   POST-CONVICTION
7                           )
     JEROME HENDRICKS,      )
8                           )

9                     REPORT OF PROCEEDINGS

10   had at the hearing of the above-entitled cause, before
     the Honorable LEO E. HOLT, Judge of said Court on the
11   24th day of July, A. D., 2000.

12
          APPEARANCES:
13

14                        HONORABLE RICHARD A. DEVINE,
                          State's Attorney of Cook County,
15                        by:
                          MR. JOHN HASKINS:
16                        Assistant State's Attorney,
                          on behalf of the People;
17
                          MS. RITA FRY,
18                        Public Defender of Cook County,
                          by:
19                        MS. ERICA REDDICK:
                          Assistant Public Defender,
20                        on behalf of the Defendant,
                          Jerome Hendricks.
21

22   Helen M. Hackney, CSR, RPR
     CSR License #084-001452
23   Official Court Reporter
     2650 South California
24   Chicago, Illinois 60608

1        THE CLERK:  Jerome Hendricks, Sheet One.

2        THE COURT:  What's the situation with Mr.

3    Hendricks?

4        MS. REDDICK:  Maureen Branch, B-r-a-n-c-h, from

5    our office represents Mr. Hendricks.  She inherited

6    this case.  She indicates various things she is doing,

7    but the bottom line is she is seeking a continuance to

8    the 9-13 date.

9        THE COURT:  As I'm sure I am becoming weary of Mr.

10   Hendricks.

11       MR. HASKINS:  Indeed I have.

12       THE COURT:  He's been on the call on

13   post-conviction for quite some time.  Unfortunately

14   there has been a change of attorneys for Mr.

15   Hendricks.  Hopefully we can come to grips with this

16   on the 19th or on the 13th of September.

17       MS. REDDICK:  Okay.

18                Your Honor, there are reports

19   subpoenaed, and we did receive will them just today.

20       THE COURT:  Okay.  By agreement September 13.

21                           (Whereupon, the hearing in the
                             above-entitled cause was
22                           adjourned and scheduled to
                             reconvene on 9-13-00.)
23

24

1

2                IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

3                   COUNTY DEPARTMENT - CRIMINAL DIVISION

4

5

6                      I, HELEN M. HACKNEY,

7      Official Court Reporter of the Circuit Court of Cook

8      County, County Department - Criminal Division, do

9      hereby certify that I reported in shorthand the

10     proceedings had in the hearing in the above-entitled

11     cause, that I thereafter caused to be transcribed into

12     typewriting the above Report of Proceedings, which I

13     hereby certify is a true and correct transcript of all

14     the evidence heard on said date before the Honorable

15     LEO E. HOLT.

16

17     _____

18                    HELEN M. HACKNEY, CSR

19                    CSR License #084-001452

20                    Official Court Reporter

21

22

23

24

1   STATE OF ILLINOIS  )
                     ) SS:
2   COUNTY OF C O O K  )

3        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
             COUNTY DEPARTMENT-CRIMINAL DIVISION
4
   JEROME HENDRICKS,      )
5        Petitioner,   )
                    )  No.  88-CR-12517-01
6     vs.             )
                    )  Charge:  Murder
7   THE PEOPLE OF THE    )
   STATE OF ILLINOIS,   )
8        Respondent.   )

9

10           REPORT OF PROCEEDINGS at the

11  hearing of the above-entitled cause, before the

12  Honorable LEO E. HOLT, on the 13th day of

13  December 2000.

14    APPEARANCES:

15          HON. RITA A. FRY,
           Public Defender of Cook County, by
16         MS. MARGE SANDERS,
           Assistant Public Defender,
17             appeared on behalf of the
              Petitioner-Defendant Jerome Hendricks;
18
          HON. RICHARD A. DEVINE,
19         State's Attorney of Cook County, by
           MR. JOHN HASKINS,
20         Assistant State's Attorney,
             appeared on behalf of the
21            Respondent-People
             of the State of Illinois.
22
   Annette M. Golab, CSR
23  Official Court Reporter
   2650 South California Avenue
24  Chicago, Illinois 60608

1           THE CLERK:  Jerome Hendricks, Sheet 1.

2           MR. HASKINS:  Good morning, for the record, John

3     Haskins, Assistant State's Attorney, representing the

4     People.  Your Honor, Jerome Hendricks has to be one

5     of the oldest cases on your call.

6           THE COURT:  He is not, but it has been around for

7     a long time.

8           MR. HASKINS:  Right.  It came back on remand in

9     March of '97.  The State filed a motion to dismiss in

10    August of '97.  Since that time there has been about

11    15 continuances.  I understand they are looking for a

12    date.  I don't think they filed anything since they

13    filed the motion to dismiss.  I suppose maybe he will

14    get out of jail some day and we can take it off call.

15          THE COURT:  Not likely.

16          MS. SANDERS:  Good morning, your Honor, Assistant

17    Public Defender Marge Sanders.

18          THE COURT:  Unless he has longevity equivalent to

19    Methuselah.

20          MS. SANDERS:  Attorney Maureen Branch is the

21    attorney of record on Jerome Hendricks, and she

22    reports to the Court that there may be an Apprendi

23    issue, and she is seeking time to consult with her

24    supervisor and work on that issue.  So we are seeking

1    a date of 3/13/01.

2         THE COURT:  By agreement?

3         MR. HASKINS:  No.  Motion Petitioner.  I can't

4    agree.

5         THE COURT:  Motion defendant March 13th.  You are

6    to file an amended petition or otherwise respond to

7    the State's motion to dismiss.  I agree with Mr.

8    Haskins that at some point you have to come to grips

9    with the issues in this case.  So we will do it on

10   the 13th of March.

11        MS. SANDERS:  Thank you, your Honor.

12

13             (The above cause was continued to

14              9:30 a.m., March 13, 2001.)

15

16

17

18

19

20

21

22

23

24

1    STATE OF ILLINOIS   )
                         ) SS:
2    COUNTY OF C O O K   )

3

4

5                    I, ANNETTE M. GOLAB, an Official Court

6    Reporter in the Circuit Court of Cook County, County

7    Department, Criminal Division, do hereby certify

8    that I reported in shorthand the proceedings had at

9    the hearing of the aforementioned cause; that I

10   thereafter caused the foregoing to be transcribed,

11   which I hereby certify to be a true and accurate

12   transcript of the proceedings had before the

13   Honorable LEO E. HOLT, Judge of said Court.

14

15

16

17

18

19                              *Annette M. Holab*
                             Official Court Reporter

20

21   Dated this 16th day
     of February 2006.
22

23

24

                              FF-5

```
 1

 2  STATE OF ILLINOIS )
                     )     SS.
 3  COUNTY OF C O O K )

 4            IN THE CIRCUIT COURT OF COOK COUNTY
              COUNTY DEPARTMENT-CRIMINAL DIVISION
 5
    THE PEOPLE OF THE  )
 6  STATE OF ILLINOIS  )
                       )   No.  88-CR-12517
 7      -vs-           )
                       )   Charge:  POST-CONVICTION
 8  JEROME HENDRICKS   )

 9

10       REPORT OF PROCEEDINGS in the above-entitled cause

11  taken before the Honorable WILBUR CROOKS, Judge of the

12  said court, on  March 13, 2001.

13       Present:

14            HON. RICHARD DEVINE,
                   State's Attorney of Cook County, by
15            Mr. John Haskins,
                   Assistant State's Attorney,
16                 representing the People;

17            HON. EDWIN A. BURNETTE,
                   Public Defender of Cook County, by
18            Ms. Marge Sanders,
                   Assistant Public Defender,
19                 representing the Defendant.

20

21  Patrick J. Flannery
    Official Shorthand Reporter
22  2650 So. California Ave.
    Chicago, IL 60608
23  Lic. #084-001220

24
```

GG-1

1

2          THE CLERK:  The other case is Jerome

3   Hendricks.  It is an '88 case.  I don't have the sheets

4   here.

5          THE COURT:  It is on sheet 2.

6          MR. HASKINS:  In that also we filed motion to

7   dismiss 3 or 4 years ago.  I'd like it to be motion

8   Petitioner to whatever date they are seeking.

9          MS. SANDERS:  Your Honor, attorney of record

10  is Marianne Branch on the sheet.  She is currently not

11  present.  I don't have a report to give to you today.

12  We would be seeking date of 6/5 as well.

13          THE COURT:  I would like input of the

14  defendant's attorney as to the status of this case and

15  what is being done.

16          This case has been back from the Appellate

17  Court for a number of years.

18          MR. HASKINS:  Correct, Judge.

19          THE COURT:  We ought to be coming toward some

20  fruition, either to hearing or termination of

21  litigation.  Please advise your colleague of that so

22  that she will, so she can answer my prayers next time

23  the case is up.

24          MS. SANDERS:  She left a note she is probably

GG-2

1   on the way.  She was appearing today.  So far she is

2   not here.  I do not have report, but, yes, I will

3   convey that message to her.

4           THE COURT:  By agreement June 5th.

5                   (End proceeding.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
1
2   STATE OF ILLINOIS )
                      )  SS.
3   COUNTY OF C O O K )

4

5

6            I, PATRICK J. FLANNERY, CSR, Official Court

7   Reporter for the Circuit Court of Cook County,

8   Illinois, Criminal Division, do hereby certify that I

9   reported in machine shorthand the proceedings had on

10  the contin in the above-entitled cause; that I

11  thereafter caused the foregoing to be transcribed,

12  which I hereby certify to be a true and accurate report

13  of proceedings had before the Honorable WILBUR CROOKS,

14  Judge of the said court.

15

16                    _____

17                    Official Court Reporter

18

19
    Subscribed and sworn to
20
    before me this 29th day
21
    of March, 2006.
22

23

24
```

1    STATE OF ILLINOIS    )
                          ) SS:
2    COUNTY OF C O O K    )

3          IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                COUNTY DEPARTMENT-CRIMINAL DIVISION
4
     JEROME HENDRICKS,          )
5           Petitioner,         )
                                )    No.   88-CR-12517-01
6       vs.                     )
                                )    Charge:  Murder
7    THE PEOPLE OF THE          )
     STATE OF ILLINOIS,         )
8           Respondent.         )

9

10             REPORT OF PROCEEDINGS at the

11   hearing of the above-entitled cause, before the

12   Honorable LEO E. HOLT, on the 5th day of

13   June 2001.

14      APPEARANCES:

15          No one appeared in oopen court on behalf of
            the Petitioner-Defendant Jerome Hendricks;
16
            HON. RICHARD A. DEVINE,
17          State's Attorney of Cook County, by
            MR. JOHN HASKINS,
18          Assistant State's Attorney,
                appeared on behalf of the People
19              of the State of Illinois.

20

21

22   Annette M. Golab, CSR
     Official Court Reporter
23   CSR No. 084-001693
     2650 South California Avenue
24   Chicago, Illinois 60608


                      II-1

1         THE CLERK:   Jerome Hendricks.

2         THE COURT:   By agreement August 30th.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1    STATE OF ILLINOIS   )
                          ) SS:
 2    COUNTY OF C O O K   )

 3

 4

 5                   I, ANNETTE M. GOLAB, an Official Court

 6    Reporter in the Circuit Court of Cook County, County

 7    Department, Criminal Division, do hereby certify

 8    that I reported in shorthand the proceedings had at

 9    the hearing of the aforementioned cause; that I

10    thereafter caused the foregoing to be transcribed,

11    which I hereby certify to be a true and accurate

12    transcript of the proceedings had before the

13    Honorable LEO E. HOLT, Judge of said Court.

14

15

16

17

18                             Annette M. Golab

19                             Official Court Reporter

20

21    Dated this 16th day
      of February 2006.
22

23

24
```

II-4

1        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
              COUNTY DEPARTMENT-CRIMINAL DIVISION
2

3   THE PEOPLE OF THE STATE OF      )
    ILLINOIS,                       )
4                                   )
            Plaintiff,              )
5                                   )
    vs.                             )        No. 88 CR 12517
6                                   )
    JEROME HENDRICKS,               )        Post Conviction
7                                   )
            Defendant.              )
8   ----------------------------)

9

10              TRANSCRIPT OF PROCEEDINGS had at the

11   hearing of the above-entitled cause before the

12   Honorable LEO HOLT, judge of said Court, on the 30th

13   day of August, 2001, at the hour of 11:30 a.m.

14       PRESENT:

15           HON. RICHARD DEVINE
             State's Attorney of Cook County, by
16           MR. JOHN HASKINS
                 Appearing on behalf of the Plaintiff;
17

18
             HON. EDWIN BURNETTE
19           Public Defender of Cook County, by
             MR. HAROLD WINSTON
20               Appearing on behalf of the Defendant.

21

22
     Paul W. O'Connor
23   Official Court Reporter
     Circuit Court of Cook County
24   County Department

JJ-1

1            THE CLERK:  People versus Jerome Hendricks.

2            MR. WINSTON:  Harold Winston for Mariene

3    Branch.  This case has been around awhile longer.  I'm

4    in the same situation.  I will talk to Miss Branch

5    about the case myself.  See if we can get it to any

6    posture to get this case to be resolved.

7            ASA HASKINS:  If it please the court your

8    Honor, this is a very, very old case.  The motion to

9    dismiss on this case after it came back on remand was

10   filed August 29th of 1997.  Has been quite a few motion

11   petitioners and I ask leave of court if you're going to

12   grant the date, to make it motion petitioner, not by

13   agreement.

14           MR. WINSTON:  No problem with motion

15   petitioner.

16

17

18

19               (Whereupon, proceedings were

20               adjourned in this case)

21

22

23

24

1     IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT-CRIMINAL DIVISION

2

3                     I, PAUL W. O'CONNOR, an Official

4    Court Reporter for the Circuit Court of Cook County,

5    County Department/Criminal Division, do hereby certify

6    that I reported in shorthand the proceedings had at the

7    hearing in the above-entitled cause; that I hereafter

8    caused the foregoing to be transcribed into

9    typewriting, which I hereby certify to be a true and

10   accurate transcript of the proceedings had before the

11   Honorable LEO HOLT, Judge of said court.

12

13

14                                  Official Court Reporter

15

16   Lic. No. 084-002955

17

18   Dated this _____5^th_____ day

19   of _____December_____, 2005.

20

21

22

23

24

1   STATE OF ILLINOIS )
                      ) SS.
2   COUNTY OF C O O K )

3            IN THE CIRCUIT COURT OF COOK COUNTY
             COUNTY DEPARTMENT-CRIMINAL DIVISION
4
    THE PEOPLE OF THE    )
5   STATE OF ILLINOIS    )
                         )   Case No. 88-12517
6       -vs-             )
                         )   Charge:  Murder
7   JEROME HENDRICKS     )

8

9                    CONTINUANCE

10      REPORT OF PROCEEDINGS of the hearing before the

11  Honorable LEO E. HOLT, on the 20th day of February,

12  2002.

13

        APPEARANCES:
14
        HONORABLE RICHARD A. DEVINE,
15          State's Attorney of Cook County, by
        MR. JOHN HASKINS,
16          Assistant State's Attorney,
            for the People of the State of Illinois;
17
        MS. RITA A. FRY,
18          Public Defender of Cook County, by
        MS. NAIRENNE BRANCH,
19          Assistant Public Defender,
            for the Defendant.
20

21  Jamie F. Brown, CSR License #084-1665
    Official Court Reporter
22  2650 South California Avenue
    Chicago, Illinois 60608
23

24

1       THE CLERK:  Jerome Hendricks.

2       MS. BRANCH:  My name is Nairenne,

3  N-a-i-r-e-n-n-e, Branch, B-r-a-n-c-h. I'm an

4  Assistant Public Defender.  I represent Mr.

5  Hendricks.

6       Your Honor, at the last court date, which

7  was I think the 14th or 15th, I was supposed to be

8  here, but I was ill that day. Mr. Hendricks' matter,

9  your Honor, I believe the transcript is between

10 eight hundred and twelve hundred pages. I'm very

11 well versed in his case, except for the one -- this

12 one part not having read the transcript yet.

13 Because his successor petition, and if the matter

14 has a procedural problem, my policy is try to

15 resolve some of the procedural problems before

16 embarking on the substantive issues.  It is a

17 successor petition.  Mr. Hendricks, I believe you

18 remember him, was convicted of murder and aggavated

19 criminal sexual assault and some other charges. He

20 was sentenced to -- I can't remember the sentence

21 now.  Do you have it?

22      THE COURT:  Natural life.

23      MS. BRANCH:  Right. And -- thank you.  So you

24 remember the case.  So he appealed the case. There

1   were approximately I think four issues. That appeal

2   was affirmed. He then filed a post-conviction

3   petition.  That petition contained the same four

4   claims that were in his appeal. That petition was

5   dismissed as frivolous I believe or denied,

6   dismissed as frivolous. So then -- and without

7   merit. So then it came back on -- no.  Then he filed

8   a successor petition. And that was appealed and

9   affirmed I think. Then he came back on a successor

10  petition with the same four claims, and the

11  assistant public defender from our unit pointed this

12  out to the court and the court said dismissed.

13          That went on appeal and the Appellate

14  Court sent it back saying that Mr. Hendricks had a

15  right to have an attorney help him draft a petition.

16  And that's posed some problems in my office because

17  that's not the way we read the statute.  Although we

18  do understand we have to obey the Appellate Court

19  mandate. So that's the position that we're in.

20          As the successor petition I believe that I

21  could have, not could but could have done this

22  matter awhile back.  But because I have to,

23  according to the Appellate Court mandate, read the

24  transcript and search for issues and talk to him

1    about that and then do the regular things I would

2    do, I do need a three month continuance.

3        MR. HASKINS:  Your Honor, for the record John

4    Haskins, Assistant State's Attorney. Judge, I'd like

5    to correct a few of the things the Public Defender

6    stated.

7            You and I first got this case on April 19,

8    1994. This was a second post-conviction petition.

9    The first one you dismissed as frivolous. The second

10   one you dismissed upon a motion to dismiss on

11   December 16th of 1994. The Public Defender didn't

12   file a 651 petition.  On appeal it came back for

13   remand on March 17, 1997.  Since that time there was

14   33 continuances, three before I filed my motion to

15   dismiss on 8/29/97 and thirty since then.

16           Out of the thirty continuances the Public

17   Defender assigned to the case has probably shown up

18   about six of them. The other 25 we just sit here for

19   three hours waiting for someone to come in from

20   their office.

21           Now, since 1997 I don't think it would be

22   too hard to read eight hundred pages of transcript.

23   Six years. I'm sure most people could do it.  I

24   think sometime we're going have to do something to

NN 5

1   get rid of the case.

2       MS. BRANCH:  Your Honor, may I respond on the
3   record?

4       THE COURT:  You may.

5       MS. BRANCH:  I'd appreciate it, your Honor.

6           I was assigned this case when I joined our
7   unit on October 4 '99. Granted, that has been over
8   two years.  I was also assigned, as Mr. Haskins
9   knows, all the oldest cases in my unit. So I have
10  had a lot of pressure on me to finish cases.  I do
11  not place this case in any less position than any
12  other case. I know the case. The only thing that
13  hasn't been done is reading the transcript. That has
14  to be done according to the mandate.

15          Your Honor, I don't know who -- I don't
16  remember who exactly was assigned to this matter
17  before I joined the unit, but I cannot speak
18  obviously for their being here or not being here.
19  Mr. Haskins also knows that we don't appear in court
20  on every court date because we have to conserve our
21  scant resources. However, when a judge wants to see
22  a Public Defender, then that Public Defender does
23  come to court if they're physically able to do so.
24          I want to respond to something he said

NN 6

1    about the -- oh. The motion to dismiss was not the

2    proper motion to be made at that second successor

3    petition.  And the proper motion to be made would

4    have been to address the State's motion to dismiss,

5    not motion to be made, but address the motion to

6    dismiss in a procedural way. And that way, the fact

7    that it was a successor, it could have been dealt

8    with.   But it wasn't. So now we have a situation

9    where the Appellate Court has basically mandated

10   that we help him draft a petition. And in order to

11   do that I will need sometime to read the

12   transcript.  At the moment I have a case that's --

13        THE COURT:  Do you have the transcripts?

14        MS. BRANCH:   I do.

15        THE COURT:   Mr. Hendricks' case has been around

16   long enough.

17        MS. BRANCH:  Yes, sir.

18        THE COURT:   It is true that -- my recollection

19   of the reason that the case is back here is for the

20   want of a 651 certificate. In order to legitimately

21   file such a certificate, you have to read the

22   transcript and inform yourself whether that was

23   specifically mandated or not, and I'm fully aware of

24   that.

1          However, I certainly agree with Mr.

2    Haskins that the period of time that this case has

3    been back from the Appellate Court is long enough

4    for that to have been accomplished and completed and

5    such amendments to its petition as you deem would be

6    necessary should and could have been made.

7          I'm going to grant you a continuance in

8    your case.  On the next court date I will expect

9    that you would be in a position to file your

10   certificate and to make such further arguments on

11   behalf of Mr. Hendricks that you find meritorious.

12   And we're going to proceed with this case either by

13   way of dismissal or we are going to litigate the

14   legitimate issues the Court has before it, if he has

15   any legitimate issues.  He's sitting in the

16   penitentiary with nothing going on because we are

17   too busy and that's intolerable.

18          How much time do you need?

19       MS. BRANCH:  We're asking for a three-month

20   continance to April -- no. May 22.

21       THE COURT:  Motion defendant May 22.

22       MS. BRANCH:  This is marked final, your Honor?

23       THE COURT:  Final.

24       MR. HASKINS:  Your Honor, if counsel determines

1    to file something, I would like to get it at least

2    two weeks before that so in case I want to respond.

3         THE COURT:  If you have the inclination to do

4    that, please do.

5         MS. BRANCH:  Thank you.

6         MR. HASKINS:  Thank you, Judge.

7                              (A continuance

8                              was taken to May 22, 2002.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1

 2   STATE OF ILLINOIS )
                      )   SS.
 3   COUNTY OF C O O K )

 4

 5

 6        I, JAMIE F. BROWN, CSR, Official Court Reporter

 7   for the Circuit Court of Cook County, Illinois

 8   Judicial Circuit of Illinois, do hereby certify that

 9   I reported in shorthand the proceedings had on the

10   hearing in the above-entitled cause; that I

11   thereafter caused the foregoing to be transcribed,

12   which I hereby certify to be a true and accurate

13   transcript of the proceedings had before the

14   Honorable LEO E. HOLT, Judge of said court.

15

16                       _____
17                       Official Court Reporter
                         License #084-1665
18

19

20

21   Dated this 31st day

22   of July, 2005.

23

24
```

NN 10

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT — CRIMINAL DIVISION

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | |
| | ) | |
| vs. | ) | 88 CR 12517-01 |
| | ) | |
| JEROME HENDRICKS, | ) | |
| | ) | |
| Defendant. | ) | |

REPORT OF PROCEEDINGS had at the hearing of the above—entitled matter, on the 22nd day of May, 2002, before the Honorable LEO HOLT, Judge of said court.

PRESENT:

       HON. RICHARD DEVINE
       State's Attorney of Cook County, by:
       MR. JOHN HASKINS,
           On behalf of the People of the
           State of Illinois;

       MS. RITA FRY
       Public Defender of Cook County, by:
       MS. MARINNE BRANCH,
           On behalf of Defendant.

TANYA E. WHITERS, CSR
Official Court Reporter
Criminal Division
(773) 869-6065

OO —  1

1              THE CLERK:  Jerome Hendricks, post-conviction,

2    sheet one.

3              MR. HASKINS:  Good morning, Judge.  John

4    Haskins, assistant state's attorney.

5              THE COURT:  Some things never go away.

6              MR. HASKINS:  Right.  You told her to be here

7    and be ready to argue.  I am not surprised she is not

8    here.  It's been nine years.  She has been here a few

9    times.

10             THE COURT:  Pass it.

11                        (Whereupon, the proceedings were

12                         passed and later recalled.)

13             THE CLERK:  Jerome Hendricks.

14             MS. BRANCH:  Good morning, your Honor.

15   Marinne, M-a-r-i-n-n-e Branch, B-r-a-n-c-h, assistant

16   public defender, on behalf of Mr. Jerome Hendricks

17   standing before you.

18             MR. HASKINS:  John Haskins, assistant state's

19   attorney, representing the People of the State of

20   Illinois.

21             MS. BRANCH:  Your Honor, on the last court

22   date, I believe you marked this case final, final for me

23   to comply with the appellate court mandate.  And

24   unfortunately I have not been able to do that.  I have

OO -  3

1    had some personal difficulties that prevented me from

2    being at work for approximately more than two weeks in

3    the time period since the last continuance, the last

4    court date.  And so that is the reason.

5         THE COURT:  I am not aware.  On January 7, the

6    defendant fill a pro se motion requesting other counsel.

7         MS. BRANCH:  I heard about that, your Honor.

8         THE COURT:  I don't know that I was aware of

9    the filing of that motion.  In any event it has not been

10   addressed and it needs to be addressed before we go any

11   further.

12        I am most unhappy with the events of this

13   case.  I would like to resolve this issue before the end

14   of the year.  Are you available before the end of the

15   week?  Are you available Friday?

16        MS. BRANCH:  Let me look at my calendar, your

17   Honor.  Yes, sir.

18        THE COURT:  Order of court, May 24.

19        MS. BRANCH:  Your Honor, that would be to

20   resolve the matter of his motion?

21        THE COURT:  The matter of the defendant's

22   motion and we will come back and helpfully to address

23   the substance of what this report is.

24        MR. HASKINS:  Judge, if I could make a brief

1    statement.  This petition was filed on April 19, 1994.

2    Your Honor dismissed the case on 12-16 of '94 and it was

3    remanded because the petitioner's counsel, not the

4    present one, didn't file a 651 petition.  It was back in

5    court on March 21st of '97.  The State filed a motion to

6    dismiss on 8-29-97 and we have been ready since then.

7              THE COURT:  I am aware of the chronology of

8    events in this case.  Unfortunately, we will get over

9    the hump of counsel on Friday.  Then we will see where

10   we are going.

11             MS. BRANCH:  I understand that.  Your Honor,

12   may I inquire of the State whether they have a copy of

13   that motion because I don't have a copy of it.

14             THE COURT:  It's not in the court file.  That

15   will be the order.

16             MS. BRANCH:  Thank you, your Honor.

17                          (Whereupon, further proceedings

18                          were continued to 5-24-02.)

19             *          *          *

20

21

22

23

24

OO -  5

1          IN THE CIRCUIT COURT OF THE COOK JUDICIAL CIRCUIT

2                      COOK COUNTY, ILLINOIS

3

4                I, TANYA E. WHITERS, an Official Court

5     Reporter for the Circuit Court of Cook County, Cook

6     Judicial Circuit of Illinois, do hereby certify that I

7     reported in shorthand the proceedings had on the hearing

8     in the above-entitled cause, that I thereafter caused

9     the foregoing to be transcribed into typewriting, which

10    I hereby certify to be a true and accurate transcript of

11    the proceedings had before the Honorable LEO HOLT, Judge

12    of said court.

13                        _____

14                        Official Court Reporter
                          #084-003433

15

16

17

18

19

20

21

22

23    Dated this 1st day

24    of December, 2005.


                        OO -  6

1    STATE OF ILLINOIS   )
                         )   SS:
2    COUNTY OF C O O K   )

3

         IN THE CIRCUIT COURT OF THE COOK JUDICIAL CIRCUIT
4                        COOK COUNTY, ILLINOIS

5

     THE PEOPLE OF THE         )
6    STATE OF ILLINOIS         )
                               )   Case No. 88-CR-12517-01
7         vs.                  )
                               )
8    JEROME HENDRICKS          )

9

10                  REPORT OF PROCEEDINGS had before

11   the HONORABLE LEO E. HOLT, Judge of said court, on

12   the 24th day of May, 2002.

13

14        APPEARANCES:

15             HONORABLE RICHARD A. DEVINE,
                    State's Attorney of Cook County, by:
16             MR. JOHN HASKINS,
                    Assistant State's Attorney,
17                  appeared on behalf of the People;

18             MS. RITA A. FRY,
                    Public Defender of Cook County, by:
19             MS. MARIENNE BRANCH,
                    Assistant Public Defender,
20                  appeared on behalf of the Defendant.

21

22   Mary M. Flagg, CSR
     Official Court Reporter
23   Lic. #084-001447
     2650 South California Avenue
24   Chicago, Illinois  60608

1    THE CLERK:  Jerome Hendricks.

2    MR. HASKINS:  Good morning, Your Honor.  John

3    Haskins, assistant state's attorney representing the

4    people of the state of Illinois.

5    MS. BRANCH:  My name is Marienne Branch.  I'm an

6    assistant public defender and I represent Mr.

7    Hendricks.

8    THE COURT:  Have you filed something --

9    MS. BRANCH:  We're here, Judge, on his motion to

10   remove the public defender's office.

11   THE COURT:  That still doesn't answer my question.

12   MS. BRANCH:  Right, Judge.  Well, no.

13   THE COURT:  What's the date of the filing of the

14   defendant's pro se motion?

15   MS. BRANCH:  January 7, Your Honor.

16   THE COURT:  On a motion.

17   MS. BRANCH:  Yes, Your Honor.  I'm sorry.  Filed

18   January 7, received January 31.  It's received January

19   18.  There's a lot of dates on here.  Earliest date or

20   latest date?  There's three.  But the file date it's

21   January 7, '02.  I got this from the file and I

22   believe you have --  It's attached to an envelope.

23   THE COURT:  Motion defendant for a bar association

24   attorney is denied.

1          MS. BRANCH:  Your Honor, may we be heard?

2          THE COURT:  Yes.

3          MS. BRANCH:  Thank you.  Your Honor, my office had

4     talked about this with my supervisor and we did not

5     oppose Mr. Hendricks' motion because based on the

6     documents that you've just perused, Your Honor, Mr.

7     Hendricks seems to misunderstand this process but we

8     also believe that this misunderstanding is based in

9     part on some of the prior history of the case.  As

10    regards to my office.

11         THE COURT:  All right, let me suggest this to you.

12    Mr. Hendricks does not have the constitutional right

13    to counsel in these proceedings.  He has had a trial,

14    he's had an appeal, he's had a post conviction

15    hearing.  This is a remand for the failure to file the

16    651 certificate.  I don't think he has a

17    constitutional right to have an attorney in this case.

18              Nonetheless, counsel has been appointed or

19    the unhappiness that he expresses has to do with the

20    length of time that this case has been pending without

21    resolution.  Changing counsel now will not address

22    that problem.  Rather, it will really exacerbate the

23    problem.

24              I think if there is misunderstanding in

1   regards to the nature of these proceedings that may be

2   precipitating some of his anxieties, but nonetheless I

3   do not feel that a change of his attorney is justified

4   under these circumstances.

5        MS. BRANCH:  Thank you Your Honor.

6        THE COURT:  So the motion for substitution is

7   denied.

8        MS. BRANCH:  Your Honor --

9        THE COURT:  You're going to have to file the 651

10  certificate before we proceed to a resolution of the

11  State's motion to dismiss.  I should think that that

12  would be --  Could be done in a half hour.

13       MS. BRANCH:  Well in order to come in compliance

14  with Illinois Supreme Court Rule 651 C, Your Honor,

15  I'll have to read the transcript which is about

16  eighteen hundred pages.

17       THE COURT:  You haven't done that in three years?

18       MS. BRANCH:  No.  But I started it.

19       THE COURT:  How in the world are you going to

20  proceed with a post conviction proceeding --

21       MS. BRANCH:  Well Your Honor --

22       THE COURT:  That was the reason that the case came

23  back from the Appellate Court was for the sole

24  purposes of allowing you to file a 651.  Obviously you

1    can't file it without having perused the record and

2    making the appropriate determinations that the rule

3    requires you to make.  I have been under the

4    impression that for the last two years that's what

5    your office has been doing.

6         MS. BRANCH:  Well Your Honor, may I respond?

7         THE COURT:  There's little to respond to if you

8    tell me that you haven't read the record and the

9    record is eighteen or nineteen hundred pages, maybe

10   longer.

11        MS. BRANCH:  May I respond?

12        THE COURT:  Well obviously as I indicated there's

13   very little that you can respond to.  My level of

14   frustration is pretty high at this stage of the game

15   that for two years we've been sitting here doing

16   nothing but continuing this case and I don't know what

17   we've been continuing it for every time the case comes

18   up for what purpose?  What have we been continuing

19   this case for if it was not for the purposes of

20   familiarizing yourself with the record?

21        MS. BRANCH:  Your Honor, I was not aware of the

22   mandate of the Appellate Court from the beginning.

23   That was not clear from the file that I inherited and

24   so I spent a lot of time doing other things in the

1    case that were not germane to getting it to the 651C

2    filed immediately.

3        THE COURT:  I don't see how you could do anything

4    with the case until you have read the record.

5    Whatever issues you were exploring would first require

6    you to read the record.

7        MS. BRANCH:  And then, Your Honor, I proceeded as

8    a successor petition and I was preparing the case as a

9    successor petition which wouldn't necessitate me

10   reading the transcript until the Court ruled on

11   whether his defense to appear successor or his

12   reasoning for filing successor petition was ruled on

13   by the Court.  So at that point I determined that --

14   about the mandate.

15       THE COURT:  Miss Branch, what you're saying does

16   not have much intelligence to it, respectfully,

17   respectfully.

18       MS. BRANCH:  I understand.  But that's what it

19   was.  That's what I was doing.  I thought it was a

20   successor petition.  When I understood the mandate I

21   talked to my supervisor, I talked to my chief and we

22   came in here and we talked to you and you said this is

23   what the Appellate Court said and so it cannot be

24   treated like a successor petition.  I have to read it

1    and that changes the whole structure of the case, the

2    way I would handle it.

3        THE COURT:  I don't see how you could proceed with

4    it under any theory that you've talked about,

5    successor petition or otherwise, until you've read the

6    record.  You are in no position to know anything at

7    all about this defendant's case.  Nothing.  Nothing

8    can you know about his case without having read the

9    record.

10       MS. BRANCH:  Well if you say so.  I know a lot

11   about his case.

12       THE COURT:  I don't see how you could possibly

13   have acquired any knowledge about this defendant's

14   case since you were not trial counsel, you were not

15   present at the trial.  The only source of information

16   that you could possibly have comes out of the record.

17       MS. BRANCH:  Well I'm not saying I didn't read any

18   parts of the record.  I said I didn't read all of the

19   record.

20       THE COURT:  How long will it take you to complete

21   whatever reading you must do so that you can put

22   yourself in a position to respond to the State's

23   motion to dismiss?  And to file a 651 certificate.

24       MS. BRANCH:  Well we would be asking for a

1    continuance date Your Honor of August 14.

2         THE COURT:  Order of court, August 14.

3         MR. HASKINS:  Judge, could you let us know what

4    that continuance is for?  Is that continuance to argue

5    or is that continuance --

6         THE COURT:  I don't know.  We'll see where we are

7    at that time.

8         MR. HASKINS:  Thank you.

9                   (Whereupon, the matter was continued

10                   until August 14, 2002.)

11                        *  *  *  *  *

12

13

14

15

16

17

18

19

20

21

22

23

24

1   STATE OF ILLINOIS )
                      )   SS.
2   COUNTY OF C O O K )

3

4

5            I, Mary M. Flagg, C.S.R., an Official Court

6   Reporter for the Circuit Court of Cook County, County

7   Department, Criminal Division, do hereby certify that

8   I reported in shorthand the proceedings had at the

9   hearing of the above-entitled cause; that I thereafter

10  caused the foregoing to be transcribed into

11  typewriting, which I hereby certify to be a true and

12  accurate transcript of the proceedings had before the

13  Honorable LEO E. HOLT, Judge of said court.

14

15

16

17

18  _____
         Official Court Reporter
19       Lic. #084-001447

20

21  Dated this 29th day

22  of July, 2005.

23

24

```
1    STATE OF ILLINOIS   )
                         )    ss
2    COUNTY OF C O O K  )

3          IN THE CIRCUIT COURT OF COOK COUNTY
             COUNTY DEPARTMENT - CRIMINAL DIVISION
4
     THE PEOPLE OF THE       )
5    STATE OF ILLINOIS       )
                             )    Case No. 88 CR 12517
6       vs.                  )
                             )
7    JEROME HENDRICKS        )

8                    .REPORT OF PROCEEDINGS

9          BE IT REMEMBERED that on the 14th day of

10   August, 2002, this cause came on for hearing

11   before the Honorable LEO HOLT, Judge of said

12   Court, upon the indictment herein, the defendant

13   having entered a plea of not guilty.

14          APPEARANCES:
                HON. RICHARD DEVINE,
15              State's Attorney of Cook County, by
                MR. JOHN HASKINS,
16              Assistant State's Attorney,
                Appeared on behalf of the People;
17
                HON. EDWIN BURNETTE,
18              Public Defender of Cook County, By:
                MS. MARGE SANDERS,
19              Assistant Public Defender,
                appeared on behalf of the Defendant.
20

21

22
     Kenneth Madoch
23   Official Court Reporter
     Circuit Court of Cook County
24   County Department-Criminal Division
```

1          THE CLERK: Jerome Hendricks, sheet two.

2          MR. HASKINS: That's my case.  Miss

3     Branch's too.  The case is a 1994 remand for no

4     651 in 1994.  The petitioner has done nothing

5     since 1994.  The State is ready.

6          MR. SANDERS: We would ask for a

7     continuance on this case.

8          THE COURT:  It's time to get it to a

9     hearing.

10         MS. SANDERS: My understanding, your Honor,

11    was that Miss Branch was going to be here today.

12    Apparently she's not and she was on family

13    leave.  I don't know if that has been continued

14    now.

15         THE COURT:  If this young man is in

16    prison, it's a violation of the Constitution.

17    His efforts to have it heard and make some

18    determination as to whether he's

19    unconstitutionally in prison has been met with

20    no success at all.  To continue this case on and

21    on and on four or five years later, what

22    difference does it make whether he's successful

23    in his petition.  All of is liberty rights have

24    been proliferated by the time we get around to

1    deciding this.  This is most unfair.  Most

2    unfair.  I can think of no reason at all for

3    this case having been here with nothing having

4    taken place over the last four or five years and

5    you can tell your office and your superiors and

6    your colleagues that it's a disservice to this

7    man and a disservice to the system to have this

8    case pending like this.

9          MR. SANDERS: Yes, your Honor, I'll report

10   back to my supervisor, Mr. Winston.

11         THE COURT:  If this case is not resolved

12   on the next Court date, I'm going to start

13   taking some very drastic steps here.

14         MR. SANDERS: Yes, Judge.

15         THE COURT:  By agreement November 14th.

16              (Whereupon, the further proceedings of

17              the above-entitled cause was continued

18              to 11-14-02.)

19

20

21

22

23

24

1    STATE OF ILLINOIS    )
                          )
2    COUNTY OF C O O K    )

3

4        THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
            COUNTY DEPARTMENT - CRIMINAL DIVISION

5

6                        I, Kenneth Madoch, Official
     Shorthand Reporter of the Circuit Court of Cook
7    County, County Department-Criminal Division, do
     hereby certify that I reported in shorthand the
8    proceedings had at the hearing in the
     above-entitled cause; and that I thereafter
9    caused to be transcribed into typewriting the
     foregoing transcript, which I certify is a true
10   and correct transcript of said proceedings.

11

12

13   _____
     Official Shorthand Reporter
     Circuit Court of Cook County
14

15

16

17   Dated this 30th day of October, 2005

18

19

20

21

22

23

24

1    STATE OF ILLINOIS)

2                     )   SS.

3    COUNTY OF C O O K)

4

5

6       IN THE CIRCUIT COURT OF COOK COUNTY,

7    ILLINOIS

8          COUNTY DEPARTMENT - CRIMINAL DIVISION

9

1 0

1 1  THE PEOPLE OF THE        )

1 2  STATE OF ILLINOIS,        )

1 3                            )

1 4              Plaintiff,)

1 5                            )  NO. 88 CR 1 2 5 1 7  (01)

1 6        vs.                 )

1 7                            )

1 8        JEROME HENDRICKS, )  Post-conviction

1 9                            )

2 0              Defendant.)

2 1          REPORT OF THE PROCEEDINGS of the
     hearing had before the Honorable LEO E. HOLT,
2 2  Judge of said court, on the 13th day of March,
     A.D. 2002.
2 3  Carolyn C. Brown, CSR, RPR
     Official Court Reporter
2 4  Criminal Division

```
 1              PRESENT:

 2                   HON. RICHARD A. DEVINE

 3                   State's Attorney of Cook County

 4                   BY MR. JOHN HASKINS

 5                   Assistant State's Attorney

 6                   on behalf of the People.

 7

 8                   MR. EDWIN BURNETTE

 9                   Public Defender of Cook County

10                   BY MR. LINDSAY HUGE

11                   Assistant Public Defender

12                   on behalf of the Defendant.

13

14

15

16

17

18

19

20

21

22

23

24
```

1                    THE CLERK:    Sheet 3, Jerome

2    Hendricks.

3                    MR. HUGE:    Good morning, your

4    Honor.   My name is Lindsay Huge, H-u-g-e,

5    Assistant Public Defender on behalf of Jerome

6    Hendricks.

7                    I've been newly assigned to the

8    division and the case is new to me.   I

9    understand it is an old case.   I've talked with

10   my supervisor and the State's Attorney about

11   it.   If I could have more time to review it and

12   submit a 6-51.

13                   THE COURT:   Here's the problem.

14   This case has been around as long as I have.

15   It has been back from the Appellate Court for

16   the filing of a certificate for at least five

17   years.

18                   MR. HASKINS:   '94, Judge.

19                   THE COURT:   '94, Mr. Haskins tells

20   me.   Finally awaiting filing of a 6-51

21   certificate.   I understand that you have

22   recently come to this case, but the Cook County

23   Public Defender's Office is not recently

24   involved in this case.   Somebody has to be

1  responsible for filing this certificate.

2            Consequently, I'm going to grant

3  you a continuance of 30 days.  If it isn't

4  filed on that date, the next continuance will

5  be for two weeks.  And if it isn't filed then,

6  the next continuance will be for a week.  And

7  if it isn't filed then, you will be held day to

8  day until it is filed.

9            This certificate is going to be

10  filed.  Your office must give this case some

11  priority.  There is no reason why it takes nine

12  years to resolve this issue.

13            MR. HUGE:  I understand, Judge.

14            THE COURT:  Motion defendant,

15  April 15th.

16            (The above-entitled cause was

17             continued to April 15, 2003.)

18

19

20

21

22

23

24

1   STATE OF ILLINOIS)

2                    )  SS.

3   COUNTY OF C O O K)

4

5

6            I, CAROLYN C. BROWN, Official Court

7   Reporter of the Circuit Court of Cook County,

8   County Department, Criminal Division, do hereby

9   certify that I reported in shorthand the

10  proceedings had at the hearing of the

11  above-entitled cause, and that the foregoing is

12  a true and correct transcript of the

13  proceedings had.

14

15  _____

16  Carolyn C. Brown

17  Official Court Reporter

18  CSR No. 084-003848

19  Circuit Court of Cook County

20  County Department

21  Criminal Division

22

23  Dated this ____ day of
    November, 2005.
24

1          IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                COUNTY DEPARTMENT-CRIMINAL DIVISION
2

3    THE PEOPLE OF THE STATE OF      )
     ILLINOIS,                       )
4                                    )
              Plaintiff,             )
5                                    )
     vs.                             )      No. 88 CR 12517
6                                    )
     JEROME HENDRICKS,               )      Post Conviction
7                                    )
              Defendant.             )
8    ----------------------------)

9

10              TRANSCRIPT OF PROCEEDINGS had at the

11   hearing of the above-entitled cause before the

12   Honorable LEO HOLT, judge of said Court, on the 15th

13   day of April, 2003, at the hour of 11:30 a.m.

14        PRESENT:

15             HON. RICHARD DEVINE
               State's Attorney of Cook County, by
16             MR. JOHN HASKINS
                  Appearing on behalf of the Plaintiff;
17

18             HON. EDWIN BURNETTE
               Public Defender of Cook County, by
19             MR. LINDSEY HUGE
                  Appearing on behalf of the Defendant.
20

21

22
     Paul W. O'Connor
23   Official Court Reporter
     Circuit Court of Cook County
24   County Department

1          THE CLERK:  Jerome Hendricks.  Sheet one.

2          ASA HASKINS:  John Haskins.  For post

3    conviction case.  I'm handling Mr. Hendricks.

4          MR. HUGE:  On behalf Mr. Hendricks, I'm

5    Lindsey Huge, H-u-g-e, assistant public defender in the

6    post conviction unit.  Agreed on date of May 21st.

7          THE COURT:  By agreement May 21st.  For

8    further status.

9

10

11

12               (Whereupon, proceedings were

13               adjourned in this case)

14

15

16

17

18

19

20

21

22

23

24

1     IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
          COUNTY DEPARTMENT-CRIMINAL DIVISION

2

3                         I, PAUL W. O'CONNOR, an Official

4     Court Reporter for the Circuit Court of Cook County,

5     County Department/Criminal Division, do hereby certify

6     that I reported in shorthand the proceedings had at the

7     hearing in the above-entitled cause; that I hereafter

8     caused the foregoing to be transcribed into

9     typewriting, which I hereby certify to be a true and

10    accurate transcript of the proceedings had before the

11    Honorable LEO HOLT, Judge of said court.

12

13

14    _____
                         Official Court Reporter

15

16    Lic. No. 084-002955

17

18    Dated this _____5^th_____ day

19    of _____December_____, 2005.

20

21

22

23

24

1   STATE OF ILLINOIS )
                       )
2   COUNTY OF C O O K )

3               IN THE CIRCUIT COURT OF COOK COUNTY
                COUNTY DEPARTMENT-CRIMINAL DIVISION
4
    THE PEOPLE OF THE      )
5   STATE OF ILLINOIS      )
                           )
6           -VS-           )    No. 88 12517
                           )
7   JEROME HENDRICKS       )

8           REPORT OF PROCEEDINGS in the above-entitled

9   cause taken before the Hon. LEO E. HOLT,

10  Judge of said court, on May 21, 2003.

11      PRESENT:

12              HON. RICHARD A. DEVINE,
                    State's Attorney of Cook County, by
13              MR. JOHN HASKINS,
                    Assistant State's Attorney,
14                  representing the People;

15              MR. EDWIN A. BURNETTE,
                    Public Defender of Cook County, by
16              MS. LINDSEY HUGE,
                    Assistant Public Defender,
17                  representing the Defendant.

18
    Victoria A. Ondriska
19  Official Court Reporter
    #084-001457
20

21

22

23

24

1          THE CLERK:  Hendricks.

2          MS. HASKINS:  John Haskins, Assistant State's

3    Attorney, representing the People.

4          MS. HUGE:  Good morning, Judge.  Lindsey Huge,

5    H-u-g-e, on behalf of Jerome Hendricks.

6          Judge, I have been before you a couple of

7    times on this case.  You know the situation.  I have

8    gone through everything, and I have the 651 certificate

9    to file.

10          However, I haven't -- I have written him a

11    letter.  I'd like the chance to get some communication

12    back from him.  I can tell him about the recent Supreme

13    Court case on Apprendi.

14          And so what I'm saying, I don't think I have

15    fully communicated with him.

16          If I can have like another month, I could

17    sufficiently file this with the Court --

18          THE COURT:  Mr. Haskins, this has to come to

19    an end.

20          MR. HASKINS:  Well, Judge, he's got the

21    petition.  The Court can take judicial notice of the

22    fact that Apprendi just came down and said it did not

23    apply to post-conviction petitions.  That's Supreme

24    Court Rule.  It's pretty simple.  All they're asking is

1    to file a 651 petition.

2           But I'll do whatever the Court wants to do.

3           THE COURT:  Well, in filing the certificate,

4    requires that the counsel fully inform his client and

5    receive from his client all the information that is

6    available so that the certificate has significance and

7    meaning rather than just being a piece of paper filed in

8    court.

9           You know, I take it, this has been going on

10   for almost ten years --

11          MR. HASKINS:  I know.  I have been here for

12   all ten.

13          MS. HUGE:  And I just came to it this year.

14          I'm trying to bring it to a close, and we are

15   right there.

16          I understand the Court's frustration.  But I

17   think you understand that I have to --

18          THE COURT:  Motion Defendant.

19          MR. HASKINS:  How about June 16?

20          MS. HUGE:  I'm on vacation in June.

21          Can we have early July?  July 9?

22          MR. HASKINS:  That's fine.

23          THE COURT:  Motion defendant, July 9.

24                          (Whereupon the above-entitled

1                       cause was continued to

2                       7-9-03.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1   STATE OF ILLINOIS )
                     ) SS.
2   COUNTY OF COOK   )

3

4           I, VICTORIA A. ONDRISKA, Official Court

5   Reporter, do hereby certify that the foregoing Report of

6   Proceedings was reported by me, and is a true and

7   accurate transcript of my shorthand notes so taken.

8

9                        _Victoria A. Ond_____

10                       Victoria A. Ondriska

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1    STATE OF ILLINOIS    )
                          )   SS:
2    COUNTY OF COOK       )

3              IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                    COUNTY DEPARTMENT-CRIMINAL DIVISION
4
     PEOPLE OF THE STATE OF ILLINOIS        )
5                                           )
                    -vs-                     )    No. 88 CR 12517 01
6                                           )
     JEROME HENDRICKS                        )
7

8                                    REPORT OF PROCEEDINGS had at the

9    hearing of the above-entitled cause before Leo E. Holt, one of

10   the judges of said division, on the 30th day of July, A.D., 2003.

11

12              PRESENT:

13              MR. RICHARD DEVINE, Cook County State's Attorney by
                MR. CHRISTOPHER SYREGELAS, Assistant State's Attorney,
14
                     on behalf of the People;
15
                MR. EDWIN BURNETTE, Cook County Public Defender by
16              MR. LINDSEY HUGE, Assistant Public Defender,

17                   on behalf of the Defendant.

18

19

20

21

22

23

24

1      THE CLERK:  People versus Jerome Hendricks, sheet one.

2      MR. HUGE:  Hello.  Lindsey Huge, H U G E, Assistant Public

3   Defender for Jerome Hendricks.

4          Judge, I have a 651 petition on file in this case.

5   We'll stand on the post-conviction petition.

6          The State's attorney is not here right now.  I think

7   the clerk or the sheriff said he had been here.

8      THE COURT:  Mr. --

9      MR. HUGE:  Haskins.

10      THE COURT:  -- Haskins was here.

11      MR. HUGE:  I'm not sure how to track him down.

12      MR. SYREGELAS:  He said something about Richard Bernal.

13      THE COURT:  Yeah.  Richard Bernal's case but he didn't --

14   didn't give us any indication or didn't give to me any indication

15   what he wanted to do with Mr. Hendricks.

16      MR. HUGE:  Is it on your call today, Hendricks?

17      MR. SYREGELAS:  Yeah.

18      THE COURT:  Hendricks is on the call.

19      MR. HUGE:  Okay.

20      THE COURT:  What date did Mr. Haskins want on Bernal?

21      MR. SYREGELAS:  October 15th.  That's for a hearing.

22      THE COURT:  Is there on Mr. Hendricks' case a motion to

23   dismiss?

24      MR. HUGE:  I'm not sure.  I suspect there is.

1          THE COURT:  All right.  Why don't we -- if -- if Mr.

2     Hendricks' case is in a position where his motion to -- the

3     State's motion to dismiss can be ruled on, I would just as soon

4     try to rule on it long before October 15th.  Maybe you can reach

5     Mr. Haskins at his office if I pass this cause and see what day

6     he's available or otherwise I will arbitrarily set this case for

7     a date for hearing on the motion to dismiss.  Why don't we pass

8     it.

9          MR. HUGE:  Okay.  I'll try to get ahold of him.  Thank you,

10     Judge.

11                          (Case passed)

12          THE CLERK:  Jerome Hendricks, sheet one.

13          MR. HUGE:  I looked in all the courtrooms.  I left a message.

14          THE COURT:  Couldn't find him?

15          MR. HUGE:  I couldn't find him, Judge.  I know October 15th

16     is not preferable to you.  It's okay with me.

17          THE COURT:  That's what -- that's the only date I know with

18     certainty that Mr. Haskins is going to be here and I don't want

19     to set a long date where he can't be here and then ultimately

20     have to reset it again.

21          MR. HUGE:  Okay.

22          THE COURT:  So if you'd also notify him that this case is on

23     the call order of Court September 15th.

24          MR. SYREGELAS:  It's October actually.

1        THE COURT:  October?

2        MR. SYREGELAS:  Yes.

3        THE COURT:  October 15th.  And at that time we will hear the

4     State's motion to dismiss, and if it's not granted, we'll set the

5     case for an evidentiary hearing if need be.

6        MR. HUGE:  Okay.

7                (Which were all the proceedings had)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1   STATE OF ILLINOIS  )
                        )  SS:
 2   COUNTY OF COOK     )

 3            I, ELIZABETH A. REYES, Official Shorthand Reporter of

 4   the Circuit Court of Cook County, County Department-Criminal

 5   Division, do hereby certify that I reported in shorthand the

 6   evidence had in the above-entitled cause and that the foregoing

 7   is a true and correct transcript of all the evidence heard.

 8

 9

10                                  _____
                                    Official Shorthand Reporter
11                                  License No. 084-001910
                                    Circuit Court of Cook County
12                                  County Department
                                    Criminal Division
13

14   Dated this 27th day of February, 2006.

15

16

17

18

19

20

21

22

23

24
```

1    STATE OF ILLINOIS )
                         ) SS:
2    COUNTY OF COOK    )

3            IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                    COUNTY DEPARTMENT-CRIMINAL DIVISION
4
     THE PEOPLE OF THE      )
5    STATE OF ILLINOIS,     )
                            )
6                           )
                            )  88 CR 12517-01
7            vs.            )  Judge Marcus R. Salone
                            )  October 15, 2003
8                           )
     JEROME HENDRICKS       )
9

10

11

12   Court having reconvened pursuant to adjournment.

13
          PRESENT:
14
              HON. RICHARD A. DEVINE,
15            STATE'S ATTORNEY OF COOK COUNTY, by
              MR. JOHN HASKINS,
16            Assistant State's Attorney,
                  Appeared on behalf of the People;
17
              MR. EDWIN BURNETTE,
18            PUBLIC DEFENDER OF COOK COUNTY, by
              MR. LINDSAY HUGE,
19            Assistant Public Defender of Cook County,
                  Appeared on behalf of the Defendant.
20
                         * * * * *
21

22
     Peter J. Paris
23   Official Court Reporter
     2650 South California
24   Chicago, Illinois  60608

XX- 1

1              THE CLERK:  Jerome Hendricks?

2              THE COURT:  And Jerome of course has been

3      around since the memory of man runneth.

4              MR. HASKINS:  I think we can dispose of that

5      today.

6                      John Haskins, assistant state's

7      attorney.

8              MR. HUGE: Lindsay Huge, H-u-g-e.

9              THE COURT:  What is the situation with Mr.

10     Hendricks?

11             MR. HUGE: Judge, at this time, I am prepared

12     to file a 651(C) certificate and stand on Mr.

13     Hendricks' pro se post-conviction petition.

14             THE COURT:  Did you file a petition to

15     dismiss?

16             MR. HASKINS: A long time. It was like in

17     1994. There were two PCs. The first one you dismissed.

18     The second one you dismissed. Sent it back because they

19     needed a 651(C).

20             THE COURT:  Motion State to dismiss is

21     allowed.

22             MR. HASKINS: Thank you, Judge.

23

24

STATE OF ILLINOIS  )
                   ) SS:
COUNTY OF C O O K  )

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT-CRIMINAL DIVISION

I, Peter J. Paris, an Official Court
Reporter in the Circuit Court of Cook County, County
Department, Criminal Division, do hereby certify that I
reported in shorthand the proceedings had at the
hearing of the aforementioned cause; that I thereafter
caused the foregoing to be transcribed, which I hereby
certify to be a true and accurate transcript taken to
the best of my ability of the proceedings had before
the Honorable JUDGE LEO E. HOLT, Judge of said Court.

_____
Official Court Reporter

Dated this 13th day

of MARCH, 2006.

CSR# 084-002875

XX- 4

1

2        STATE OF ILLINOIS )
                          )  SS:
3        COUNTY OF C O O K )

4

         IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
5            COUNTY DEPARTMENT-CRIMINAL DIVISION

6

7        THE PEOPLE OF THE        )
         STATE OF ILLINOIS,       )
8                                 )
                      Plaintiff,  )
9                                 )  No. 88 CR 12517-01
              vs.                 )
10                                )  Charge:   Murder
         JEROME HENDRICKS,        )
11                                )
                      Defendant.  )
12

13

14                      REPORT OF PROCEEDINGS of the

15       hearing had before the HONORABLE WILBUR E.

16       CROOKS, on the 28th day of February 2005, in

17       Chicago, Illinois.

18

19

20

21

22       Sandra Battaglia
         Official Court Reporter
23       Criminal Division
         C.S.R. #084-003168
24

YY-1

1          THE CLERK:   Jerome Hendricks, Sheet 1, Line

2     19.

3          THE COURT:   Jerome Hendricks, order of

4     Court, 3-15.

5

6                         ( WHEREUPON the above-entitled

7                           cause was continued to

8                           2-28-05 in Courtroom 306. )

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1

2       STATE OF ILLINOIS )
                         ) SS.

3       COUNTY OF C O O K )

4

5                 I, SANDRA BATTAGLIA, Official

6       Shorthand Reporter of the Circuit Court of Cook

7       County, County Department, Criminal Division, do

8       hereby certify that I reported in shorthand the

9       proceedings had at the hearing of the

10      above-entitled cause, and that the foregoing is

11      a true and correct transcript of the proceedings

12      had.

13

14

15

16                                        
             Official Shorthand Reporter

17            C.S.R. #084-003158

             Circuit Court of Cook County

18            County Department

             Criminal Division

19

            Dated this 2nd       day of

20            February       , 2006

21

22

23

24

YY-4

1    STATE OF ILLINOIS   )
                         ) SS:

2    COUNTY OF C O O K )

3          IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
               COUNTY DEPARTMENT-CRIMINAL DIVISION

4

    THE PEOPLE OF THE     )

5    STATE OF ILLINOIS,      )
                         )

6          Plaintiff,     )   NO. 88 CR 12517 (01)
                         )

7          vs.         )
                         )

8    JEROME HENDRICKS,   )
                         )

9          Defendant.   ) Post-Conviction

10

11          REPORT OF THE PROCEEDINGS had at the hearing

12   of the above-entitled cause, before the HONORABLE

13   WILBUR E. CROOKS, Judge of said court, on the 15th day

14   of MARCH, A.D., 2005.

15          PRESENT:

16          HON. RICHARD A. DEVINE
           State's Attorney of Cook County

17          BY MR. JOHN HASKINS
           Assistant State's Attorney

18          on behalf of the People;

19          MR. EDWIN A. BURNETTE
           Public Defender of  Cook County

20          BY MR. LINDSAY HUGE
            Assistant Public Defender

21          on behalf of the Defendant.

22

    CAROLYN C. BROWN, CSR, RPR

23   Official Court Reporter
    Circuit Court of Cook County

24   Criminal Division

1                    THE CLERK:   Jerome Hendricks.

2                    MR. HASKINS:   Judge, you know what happened

3     here?  He's saying that the Clerk didn't send him a

4     copy of the judgment dismissing it within 10 days,

5     which is the law.  No question about it.  But I don't

6     think his form should be here.  I think it should be in

7     the Appellate Court, because it's an appealable issue,

8     but the ruling here is over and it was quite awhile

9     ago, I think.

10                    THE COURT:   What should I do with this then?

11                    MR. HASKINS:   Take it off call.  I don't know

12    if he would want to him send a letter, if he wants to

13    ask for a late appeal.  This case was appealed, I

14    think, in March of '03.

15                    THE COURT:   Are you talking about Hendricks?

16                    MR. HASKINS:   Jerome Hendricks.

17                    THE COURT:   Well, as far as Hendricks,

18    petition dismissed, off call.

19                    (The above-entitled cause was concluded.)

20

21

22

23

24

1    STATE OF ILLINOIS    )

2                         ) SS:

3    COUNTY OF C O O K )

4

5

6

7                I, CAROLYN C. BROWN, Official Court Reporter

8    of the Circuit Court of Cook County, County Department,

9    Criminal Division, do hereby certify that I reported in

10   shorthand the proceedings had at the hearing of the

11   above-entitled cause, and that the foregoing is a true

12   and correct transcript of the proceedings had.

13

14

15

16   _____

     CAROLYN C. BROWN

17
     Official Court Reporter
18
     CSR NO. 084-003848
19
     Circuit Court of Cook County
20
     County Department
21
     Criminal Division
22

23   Dated this 6th day of
     December, 2005.
24

ZZ - 4